UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPARTA INSURANCE COMPANY            :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                                                :

         Plaintiff,                      :   Civil Action
                                                                    No. 21-11205
   v.                                                    :

PENNSYLVANIA GENERAL INSURANCE   :
COMPANY (now known as Pennsylvania
Insurance Company),                                       :

        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**
**OF PLAINTIFF SPARTA INSURANCE COMPANY**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff SPARTA Insurance Company (formerly known as Sparta Insurance Holdings, Inc.) hereby states that its parent is Catalina Holdings (Bermuda) Ltd.  Apollo Global Management, Inc., a publicly-held corporation, owns 10 percent or more of Catalina Holdings (Bermuda) Ltd.'s stock.

Dated:  July 26, 2021
        Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Christopher G. Clark (BBO #663455)
Isaac N. Saidel-Goley (BBO #699659)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.clark@skadden.com
isaac.saidel-goley@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*