UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.), | : : : | |
| Plaintiff, | : | Civil Action No. 21-11205-FDS |
| v. | : | |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : : | |
| Defendant. | : | |

**CORPORATE DISCLOSURE STATEMENT**
**OF PENNSYLVANIA INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pennsylvania Insurance Company (formerly known as Pennsylvania General Insurance Company) by and through undersigned counsel, hereby submits this Corporate Disclosure Statement identifying its parent corporation as North American Casualty Company, a subsidiary of AU Holding Company Inc. Defendant certifies that AU Holding Company is not a publicly traded company.

Dated: October 18, 2021

Respectfully submitted,

*/s/ John F. Dew*
John F. Dew (BBO #668467)
jdew@cohenkinne.com
COHEN, KINNE, VALICENTI & COOK
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

1

Maxwell V. Pritt *(pro hac vice forthcoming)*
mpritt@bsfllp.com
Reed D. Forbush (*pro hac vice forthcoming*)
rforbush@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Samuel C. Kaplan (*pro hac vice forthcoming*)
skaplan@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any party or counsel of record who is not a registered participant of the Court's ECF system.

Dated: October 18, 2021                */s/ John F. Dew*
                                            John F. Dew