UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.), | : : : | |
| Plaintiff, | : | Civil Action No. 21-11205-FDS |
| v. | : | |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : : | |
| Defendant. | : | |

## DECLARATION OF JOHN F. DEW IN SUPPORT OF DEFENDANT PENNSYLVANIA INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF SPARTA INSURANCE COMPANY'S AMENDED COMPLAINT

I, John F. Dew, declare as follows.

1. I am an associate with the law firm of Cohen, Kinne, Valicenti & Cook LLP, counsel for Pennsylvania Insurance Company, Defendant in this matter. I am an attorney at law duly licensed to practice before all courts of the Commonwealth of Massachusetts, and admitted to this Court. I make this Declaration in Support of Defendant's Motion to Dismiss Plaintiff Sparta Insurance Company's Amended Complaint. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of Section 8.1 of the March 12, 2007 Stock Purchase Agreement between Pennsylvania General Insurance Company and SPARTA Insurance Holdings, Inc.

3. Attached hereto as **Exhibit B** is a true and correct copy of Section 8.3 of the March 12, 2007 Stock Purchase Agreement between Pennsylvania General Insurance Company and SPARTA Insurance Holdings, Inc.

1

4.  Attached hereto as **Exhibit C** is a true and correct copy of Section 6 of the June 15, 2005 Transfer and Assumption Reinsurance Agreement between Pennsylvania General Insurance Company and American Employers' Insurance Company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2021, at Pittsfield, Massachusetts.

*/s/ John F. Dew*
John F. Dew

## **CERTIFICATE OF SERVICE**

       I certify that this document and accompanying exhibits filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any party or counsel of record who is not a registered participant of the Court's ECF system.

Dated: October 18, 2021                  */s/ John F. Dew*
                                                   John F. Dew