# EXHIBIT C

*[Excerpted]*

This INSTRUMENT OF TRANSFER AND ASSUMPTION (this "Instrument"), made this 15th day of June, 2005, is by and between Pennsylvania General Insurance Company, a stock insurance company duly organized and existing under the laws of the Commonwealth of Pennsylvania ("Pennsylvania General"), and American Employers' Insurance Company, a stock insurance company duly organized and existing under the laws of the Commonwealth of Massachusetts ("American", and, together with Pennsylvania General, the "Parties" and each, individually, a "Party").

WITNESSETH:

WHEREAS, Pennsylvania General is the record holder of 100% of the issued and outstanding stock of American;

WHEREAS, Pennsylvania General has decided to offer for sale (the "Sale") 100% of the issued and outstanding shares of American to an unrelated party; and

WHEREAS, to facilitate the Sale, it is deemed desirable to transfer any and all of American's liabilities to, and have them assumed by, Pennsylvania General (the "Transfer and Assumption").

NOW, THEREFORE, in consideration of the premises and of the mutual agreements and covenants hereinafter set forth, the Parties hereby agree as follows:





6. Pennsylvania General shall assume as 100% reinsurance, as opposed to a complete Transfer and Assumption, the following insurance business which is in force as of the Effective Date and Time: (a) the historical bond insurance business of American (the "Retained Bonding Business") and (b) the historical insurance business of American in those states in which such business has unearned premium or unpaid loss and in which Pennsylvania General does not have an insurance license (the "Retained Non-Bonding Business", and together with the Retained Bonding Business, the "Retained Business"); provided, that such reinsurance for the Retained Non-Bonding Business shall continue only until such time as Pennsylvania General receives the insurance license(s), if necessary, to permit a complete Transfer and Assumption of the Retained Non-Bonding Business into Pennsylvania General or one of its affiliates or there ceases to be unearned premium or unpaid loss on such business. Pennsylvania General shall, at its sole expense, perform any and all administrative functions for such Retained Business, including without limitation claims handling, underwriting and regulatory functions, and shall

reimburse American for any and all out of pocket expenses related thereto. Pennsylvania General shall 100% reinsure American with respect to, and American shall cede to Pennsylvania General, all premiums, losses and expenses relating to such Retained Business as of the Effective Date and Time and as renewed by American thereafter pending regulatory approvals. Pennsylvania General shall diligently seek to obtain regulatory approval to undertake a complete Transfer and Assumption of the Retained Non-Bonding Business within one year following the Effective Date and Time. Pennsylvania General shall provide all accounting data related to the Retained Business within twenty (20) business days of the end of each quarter as may be necessary for American to account in its Statutory Statements for the Retained Business so reinsured. The Retained Business shall include only the Retained Business in force as of the Effective Date and Time. In the event of the insolvency of American, the reinsurance provided by Pennsylvania General with respect to the Retained Business pursuant to this Section 6 shall be payable directly to American or to American's liquidator, receiver, conservator, or statutory successor on the basis of the liability of American without diminution because of the insolvency of American or because the liquidator, receiver, conservator or statutory successor of American has failed to pay all or a portion of any applicable claim.

