UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.), | : : : |
| Plaintiff, | :  Civil Action No. 21-11205-FDS |
| v. | : |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : : |
| Defendant. | : |

---

# **DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant Pennsylvania General Insurance Company (now Pennsylvania Insurance Company) ("Defendant"), seeks leave from this Court, pursuant to Local Rule 7.1(b)(3), to file a reply brief in support of Defendant's Motion to Dismiss (Dkt. No. 21) and Defendant's Memorandum in Support of that Motion (Dkt. No. 22). Defendant believes its reply will assist this Court in ruling on its Motion to Dismiss. On November 5, 2021, Plaintiff's counsel consented to Defendant's filing of a reply brief. For the Court's convenience, Defendant has attached its proposed reply to this Motion as Exhibit A.

Dated: November 11, 2021                         Respectfully submitted,

                                                 */s/ John F. Dew*

John F. Dew (BBO #668467)  
jdew@cohenkinne.com  
COHEN, KINNE, VALICENTI & COOK  
28 North Street, 3rd Floor  
Pittsfield, MA 01201  
Telephone: (413) 443-9399  
Facsimile: (413) 442-9399  

Maxwell V. Pritt (*admitted pro hac vice*)  
mpritt@bsfllp.com  
Reed D. Forbush (*admitted pro hac vice*)  
rforbush@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
44 Montgomery Street, 41st Floor  
San Francisco, CA 94104  
Telephone: (415) 293-6800  
Facsimile: (415) 293-6899  

Samuel C. Kaplan (*admitted pro hac vice*)  
skaplan@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
1401 New York Avenue, NW  
Washington, DC 20005  
Telephone: (202) 237-2727  
Facsimile: (202) 237-6131  

*Counsel for Defendant*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that on November 5, 2021, the undersigned counsel conferred in good faith with counsel for Plaintiff with respect to the subject matter of this motion, and Plaintiff's counsel consented to Defendant's filing a reply brief.

/s/ *Samuel C. Kaplan*
Samuel C. Kaplan

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 11, 2021, the foregoing Motion for Leave to Reply was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *John F. Dew*
John F. Dew