UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.), | : :  : |
| Plaintiff, | : Civil Action No. 21-11205-FDS |
| v. | : |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : : |
| Defendant. | : |

---

# DEFENDANT PENNSYLVANIA GENERAL INSURANCE COMPANY'S MOTION FOR PARTIAL RECONSIDERATION OF THE ORDER DENYING ITS MOTION TO DISMISS

Defendant Pennsylvania General Insurance Company (now Pennsylvania Insurance Company) ("Defendant") hereby moves this Court for partial reconsideration of this Court's August 9, 2022 Order on Defendant's Motion to Dismiss. Dkt. 38. In support of this Motion, Defendant respectfully refers the Court to its Memorandum of Law filed concurrently herewith.

WHEREFORE, Defendant respectfully requests that the Court reconsider its denial of Defendant's motion to dismiss as to Count II and if it does so, as to Count I as well.

Dated: August 10, 2022

Respectfully submitted,

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan (*admitted pro hac vice*)
skaplan@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW

Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Maxwell V. Pritt *(admitted pro hac vice)*
mpritt@bsfllp.com
Reed D. Forbush (*admitted pro hac vice*)
rforbush@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

John F. Dew (BBO #668467)
jdew@cohenkinne.com
COHEN, KINNE, VALICENTI & COOK
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

*Counsel for Defendant*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I, Samuel Kaplan, as counsel for Defendant Pennsylvania Insurance Company, hereby certify that on August 10, 2022, before the filing of this Motion, I telephonically met and conferred with counsel for Plaintiff SPARTA Insurance Company and attempted in good faith to resolve or narrow the issues in accordance with the requirements of Local Rule 7.1(a)(2) but was unsuccessful. Plaintiff's counsel indicated that SPARTA Insurance Company will oppose the motion.

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan (*admitted pro hac vice*)

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 10, 2022, the foregoing document was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ John F. Dew*
John F. Dew