UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SPARTA INSURANCE COMPANY          :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                              :

             Plaintiff,          :      Civil Action
                         No. 21-11205-FDS

    v.                                           :

PENNSYLVANIA GENERAL INSURANCE :
COMPANY (now known as Pennsylvania
Insurance Company),                      :

             Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLAINTIFF SPARTA INSURANCE COMPANY'S**
**<u>LOCAL RULE 16.1(d)(3) CERTIFICATION</u>**

        Pursuant to Local Rule 16.1(d)(3), the undersigned counsel of record and duly authorized representative of Plaintiff SPARTA Insurance Company certify that they have conferred:

        (a)     with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

        (b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  August 23, 2022
Boston, Massachusetts

_____
Amy Gallent
SPARTA Insurance Company

Respectfully submitted,


/s/ James R. Carroll
James R. Carroll (BBO #554426)
Christopher G. Clark (BBO #663455)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.clark@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*

2