UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPARTA INSURANCE COMPANY              :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                       :

             Plaintiff,           :  Civil Action
                                      No. 21-11205-FDS
   v.                               :
                                   **ORAL ARGUMENT REQUESTED**

PENNSYLVANIA GENERAL INSURANCE       :
COMPANY (now known as Pennsylvania
Insurance Company),                    :

             Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF SPARTA INSURANCE COMPANY'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiff SPARTA Insurance Company ("SPARTA") hereby moves for entry of judgment on the pleadings on its declaratory judgment claims, and hereby seeks the following declarations based on the plain language of the Stock Purchase Agreement ("SPA") entered into as of March 12, 2007 and the transfer and assumption agreement ("Reinsurance Agreement") entered into as of June 15, 2005:

     (a)     Pennsylvania General Insurance Company ("PGIC") is required to indemnify and hold SPARTA harmless of and from any loss, cost, expense, claim, interest, fine, penalty, deficiency, obligation, liability or damage, including, without limitation, reasonable attorneys' fees, accountants' fees and other investigatory fees, and out-of-pocket expenses, actually expended or incurred by SPARTA or American Employers' Insurance Company ("AEIC"), arising out of or resulting from (i) any breach of representation or warranty (including any misrepresentation in, or omission from, any certificate or other document furnished or to be furnished by PGIC to SPARTA) or nonfulfillment of any covenant or agreement on the part of PGIC under the SPA; (ii) the failure by PGIC to perform any of its obligations under the Reinsurance Agreement, as defined in the SPA; (iii) any loss arising out of or resulting from the existence of AEIC prior to the August 7, 2007 closing or the conduct of the Business, as defined in the SPA, or other operations by or of AEIC

prior to the August 7, 2007 closing; and (iv) all actions, suits, proceedings, demands, assessments, judgments, costs and expenses incident to any of the foregoing.

(b) PGIC is required to pay all of SPARTA's costs, expenses and reasonable attorneys' fees incurred in obtaining PGIC's compliance with its obligations under the SPA and in connection with this action.

(c) PGIC is responsible for all of AEIC's liabilities and contractual commitments of every nature and description, whether absolute, accrued, contingent or otherwise, or whether due at the time of the Reinsurance Agreement, as defined in the SPA, or in the future, including, without limitation, any and all subsequent actions, proceedings or liabilities arising from any of the liabilities or assets of AEIC.

(d) PGIC shall, at its sole expense, perform any and all administrative functions for the prior AEIC Business, as defined in the SPA, including without limitation claims handling.

The grounds for this motion are set forth in the accompanying memorandum of law and transmittal declaration submitted herewith. A proposed form of order is attached hereto as Exhibit A.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), SPARTA respectfully requests oral argument on this motion.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for SPARTA conferred with counsel for PGIC in a good faith attempt to resolve or narrow the issues raised in this motion and that counsel for SPARTA could not obtain PGIC's counsel's agreement to the relief sought by this motion.

Dated: September 19, 2022
       Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Christopher G. Clark (BBO #663455)
Catherine A. Fisher (BBO #686163)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.clark@skadden.com
catherine.fisher@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*