UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPARTA INSURANCE COMPANY :
(as successor in interest to Sparta Insurance
Holdings, Inc.), :

             Plaintiff, :   Civil Action
                                    No. 21-11205-FDS
     v. :

PENNSYLVANIA GENERAL INSURANCE :
COMPANY (now known as Pennsylvania
Insurance Company), :

           Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF
JAMES R. CARROLL IN SUPPORT OF PLAINTIFF SPARTA
INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

I, JAMES R. CARROLL, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts, admitted to practice before this Court, and am an attorney with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Plaintiff SPARTA Insurance Company ("SPARTA") in the above-captioned action.

2. I respectfully submit this declaration in support of SPARTA's Motion for Judgment on the Pleadings, and to provide the Court true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| 1. | Stock Purchase Agreement, dated March 12, 2007, entered into by Pennsylvania General Insurance Company, OneBeacon Insurance Company and SPARTA Insurance Holdings, Inc. |

| Exhibit | Document |
|---|---|
| 2. | Instrument of Transfer and Assumption, dated June 15, 2005, entered into by Pennsylvania General Insurance Company and American Employers' Insurance Company |
| 3. | Emails between Amy Gallent (SPARTA) and Jeff Silver (PGIC), dated May-June 2021 |
| 4. | Email between Joshua Weiner (SPARTA) and Jeff Silver (PGIC), dated June 23, 2021 |
| 5. | Letter from Joshua Weiner (SPARTA) to Jeff Silver (PGIC), dated July 26, 2021 |
| 6. | Letter from James R. Carroll (Skadden) to Samuel C. Kaplan (Boies Schiller), dated September 27, 2021 |
| 7. | Letter from Joshua Weiner (SPARTA) to Jeff Silver (PGIC), dated August 16, 2022, and excerpts from enclosed spreadsheets[1] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2022, in Boston, Massachusetts.

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com

Counsel for Plaintiff
SPARTA Insurance Company

---

[1] Sensitive nonpublic information concerning specific claims made against policies issued by American Employers' Insurance Company ("AEIC") has been redacted from the spreadsheets included in Exhibit 7.  SPARTA provided the unredacted spreadsheets to PGIC on August 16, 2022, and can provide an unredacted version of the document under seal upon regret of the Court.