# EXHIBIT 3

**From:** Amy Gallent <AmyGallent@Catalinare.com>
**Sent:** Tuesday, June 1, 2021 1:18 PM
**To:** Jeff Silver <jeffreysilver@silver-law.net>
**Subject:** RE: American Employers/Pennsylvania Insurance Co Obligations

Mr. Silver-

Given the deadlines noted in my original email below, we reiterate our reque noted timeframes that PIC will continue to protect SIC's interests and manag to do under the relevant agreements.

If we do not hear back from you as requested we will protect SIC's interests reimbursement of any expenses.

I look forward to your timely response.

Thank you.

Amy Gallent



Amy Gallent
**U.S. General Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3441
www.catalinare.com

---

**From:** Jeff Silver <jeffreysilver@silver-law.net>
**Sent:** Tuesday, June 1, 2021 10:01 AM
**To:** Amy Gallent <AmyGallent@Catalinare.com>
**Subject:** RE: American Employers/Pennsylvania Insurance Co Obligations

**Warning:** External email, use care with links & attachments

1

Ms. Gallant:

Thank you for your e-mail.

We are currently reviewing the situation and will revert upon completion of our review.

Jeff Silver

**From:** Amy Gallent <AmyGallent@Catalinare.com>
**Sent:** Friday, May 28, 2021 2:54 PM
**To:** Jeff Silver <jeffreysilver@silver-law.net>
**Subject:** American Employers/Pennsylvania Insurance Co Obligations

Dear Mr. Silver,

Pursuant to the Transfer and Assumption agreement entered into between Pennsylvania General Insurance Company, now known as Pennsylvania Insurance Company (PIC), and American Employers' Ins. Co. (AEIC), now known as SPARTA Insurance Company (SIC), we write to confirm that PIC - which for 16 years has either handled the AEIC claims itself or by virtue of an assignment to its then parent - will continue to honor its obligations and assume, handle, and pay all claims. The Chief Liquidation Officer (CLO) of Bedivere Insurance Company in Liquidation (BIC) has informed us that he has duly tendered all claims that arise from the AEIC policies that BIC had been managing and paying on behalf of PIC pursuant to a reinsurance agreement between BIC's predecessor, One Beacon Insurance Company, and PIC.

SIC has been directly named and served in the following matters: (i) *Bedivere Ins. Co. v. Triangle Enterprises, Inc.*, No 17-CI-00522, McCracken, KY Circuit Court; (ii) *Roman Catholic Diocese of Syracuse v. Arrowpoint Cap. et al.*, Case No 20-30663-5-mcr, Adv. Pro. 21-50002-5-mcr, US Bkcy. Ct. WDNY; and (iii) *In re Diocese of Buffalo*, Case No. 20-10322 CLB, Adv. Pro. 21-01001, US Bkcy. Ct. WDNY; (iv) Missouri Department of Labor and Industrial Relations Division of Workers' Compensation claim, injury number 18-111944. SIC has retained DLA Piper to protect SIC's interest in the liquidation proceedings and all related matters. DLA has obtained an extension to respond to Triangle's third party complaint through and including July 2, 2021. A copy of DLA's confirmatory letter is attached. SIC has not yet been served with Great American's third party complaint in the *Triangle* action. Filings in the *Triangle* and *Great American* actions are under seal and subject to a protective order.  We will provide the *Triangle* filings to you upon confirmation that they will be protected under the terms of the protective order.  We will provide the *Great American* filings to you once we are served with them and confirm that they too will be protected under the order.

 In the two bankruptcy coverage matters referenced above, we understand that there is a stay until June 2, 2021, and in the WC matter a response is required by June 16, 2021.

SIC has also been advised that the CLO of BIC has demanded that PIC establish an imprest account with Armour Risk Management (ARM) by June 7, 2021, so that the WC claims for which PIC is responsible can continue to be funded. We have also been informed that PIC is in discussions with ARM to continue managing these claims and all other related claims on behalf of PIC.

We would be grateful if you would acknowledge receipt of this e-mail. Please also confirm within the timeframes noted above that PIC will continue to protect SIC's interest, and manage and pay claims as it is obligated to do under the relevant agreements.

Thank you very much. Have a good weekend.

Amy Gallent



Amy Gallent
**U.S. General Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3441
www.catalinare.com

---

Confidentiality Notice: This e-mail, including any attachments, is intended for the sole and exclusive use of the person(s) or entity to whom it is addressed and may contain proprietary, confidential and/or legally privileged information. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) notify us immediately by return e-mail and delete this message, including any attachments. Unauthorized disclosure, forwarding, copying or use of this information may be unlawful and is strictly prohibited.