# EXHIBIT 7



Catalina U.S. Insurance Services LLC

*Administrator on behalf of:*
Alea North America Insurance Company
National American Insurance Company of California
National Home Insurance Company (RRG)
SPARTA Insurance Company
ProBuilders Specialty Insurance Company

*Members of Catalina Holdings (Bermuda) Ltd*

August 16, 2022

Mr. Silver,

Please see attached an update from SPARTA Insurance Company ("SIC") to Pennsylvania Insurance Company ("PIC") regarding the American Employers' Insurance Company ("AEIC") claims and payments made by SIC.

SIC plans to provide periodic reports to PIC of the status of the claims made and paid. To the extent that PIC requests further or different information, please contact me promptly.

Thanks,

Josh



Joshua Weiner
**Vice President, Claims Counsel**

Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com

| Claim Number | Check Number | Record Id | Paid By | Claimant | Insured | Coverage | Payee | Tran Type | Amount | Check Posted Date | Tran Date | Entry Date | Approval Date | Status | Payment Type | Adjuster Name | UW Co | Loaded in SQL Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 7,541,936.48 | | | | | | | | | |
| 0AA088979 | 0000326171 | 7 | BEDIVERE | | | Workers Compensation | | 7913 Sundry Second Injury Medical Payment | 99.04 | | 44474 | 10/1/2021 | 10/1/2021 | 10/1/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AA088979 | 0000326337 | 1 | BEDIVERE | | | Workers Compensation | | 7910 Sundry Second Injury Ind Payment | 790.0 | | 44483 | 10/1/2021 | 10/1/2021 | 10/1/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AA408996 | 0000326479 | 4 | BEDIVERE | | | Workers Compensation | | 7910 Sundry Second Injury Ind Payment | 790.0 | | 44495 | 10/25/2021 | 10/15/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AA534085986 | 0000326359 | 246 | BEDIVERE | | | General Liability | | 2F21 Legal Fees and Exp - Def of Insured | 24.83 | | 44488 | 10/14/2021 | 10/14/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AA534022296 | 0000326359 | 248 | BEDIVERE | | | General Liability | | 2F21 Legal Fees and Exp - Def of Insured | 24.83 | | 44488 | 10/14/2021 | 10/14/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AA534037796 | 0000326359 | 250 | BEDIVERE | | | General Liability | | 2F21 Legal Fees and Exp - Def of Insured | 24.82 | | 44488 | 10/14/2021 | 10/14/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AB08302796 | 0000326353 | 17 | BEDIVERE | | | General Liability | | 2F25 Cov Determination and Other Expenses | 31.69 | | 44488 | 10/11/2021 | 10/11/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AB08303066 | 0000326353 | 18 | BEDIVERE | | | General Liability | | 2F25 Cov Determination and Other Expenses | 31.69 | | 44488 | 10/11/2021 | 10/11/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AB08303196 | 0000326353 | 19 | BEDIVERE | | | General Liability | | 2F25 Cov Determination and Other Expenses | 31.69 | | 44488 | 10/11/2021 | 10/11/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AB08303206 | 0000326353 | 20 | BEDIVERE | | | General Liability | | 2F25 Cov Determination and Other Expenses | 31.69 | | 44488 | 10/11/2021 | 10/11/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AB08303506 | 0000326353 | 21 | BEDIVERE | | | General Liability | | 2F25 Cov Determination and Other Expenses | 31.68 | | 44488 | 10/11/2021 | 10/11/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0AB05422696 | 0000326353 | 22 | BEDIVERE | | | General Liability | | 2F25 Cov Determination and Other Expenses | 31.68 | | 44488 | 10/11/2021 | 10/11/2021 | 10/15/2021 | O | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| | 0000326216 | 254 | BEDIVERE | | | Workers Compensation | | 3F08 Permanent Total Disability | 206.52 | | 44474 | 10/5/2021 | 9/20/2021 | 9/20/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0890XR794 | 0000326322 | 255 | BEDIVERE | | | Workers Compensation | | 3F08 Permanent Total Disability | 206.52 | | 44481 | 10/12/2021 | 9/20/2021 | 9/20/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| | 0000326416 | 256 | BEDIVERE | | | Workers Compensation | | 3F08 Permanent Total Disability | 206.52 | | 44488 | 10/19/2021 | 9/20/2021 | 9/20/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| | 0000326527 | 257 | BEDIVERE | | | Workers Compensation | | 3F08 Permanent Total Disability | 206.52 | | 44495 | 10/26/2021 | 9/20/2021 | 9/20/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| | 0000326189 | 28 | BEDIVERE | | | Workers Compensation | | 3F11 Fatality | 160.0 | | 44474 | 10/4/2021 | 10/4/2021 | 10/4/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0BC000947 | 0000326190 | 29 | BEDIVERE | | | Workers Compensation | | 7910 Sundry Second Injury Ind Payment | 1,008.25 | | 44474 | 10/4/2021 | 10/4/2021 | 10/4/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| | 0000326370 | 30 | BEDIVERE | | | Workers Compensation | | 3F11 Fatality | 160.0 | | 44488 | 10/18/2021 | 10/18/2021 | 10/18/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| | 0000326371 | 31 | BEDIVERE | | | Workers Compensation | | 7910 Sundry Second Injury Ind Payment | 1,008.25 | | 44488 | 10/18/2021 | 10/18/2021 | 10/18/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| | 0000326184 | 34 | BEDIVERE | | | Workers Compensation | | 3F08 Permanent Total Disability | 978.64 | | 44474 | 10/4/2021 | 10/4/2021 | 10/4/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |
| 0CC00236Y | 0000326364 | 39 | BEDIVERE | | | Workers Compensation | | 1F19 Nursing Care/Home Health Assist | 8,696.0 | | 44488 | 10/18/2021 | 10/18/2021 | 10/18/2021 | R | Process Voucher | American Employers Insurance Company | 3/12/2022 |

Redacted (Claimant, Insured, Payee, Adjuster Name columns)

Pages 2-167 Omitted

AEIC Claims Run
7/31/2022 Data

| TPA Claim Number Id | Catalina Ref | TPA Adjuster | DOL | Date 1st Reported | State Acc | State Res | Insured | Policy Number | Policy Effective | Status | Main Coverage | Minor Coverage Loss | Incurred Loss | Incurred ALAE | Incurred Total | Paid Loss | Paid ALAE | Paid Total | Reserve Loss | Reserve ALAE | Reserve Total | TPA | Description of Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00000024 | 01 | Redacted | 1/1/2007 | 2/3/2016 | MO | | Redacted | Redacted | | C | General Liability | 170 | 5338.39 | 0 | 5338.39 | 5338.39 | 0 | 5338.39 | 0 | 0 | 0 | Allan Grey | Redacted |
| 00000027 | 01 | | 6/24/2000 | 2/9/2016 | CA | | | | | C | General Liability | 170 | 794.08 | 0 | 794.08 | 794.08 | 0 | 794.08 | 0 | 0 | 0 | Allan Grey | |
| 00000028 | 01 | | 1/1/2009 | 2/16/2016 | MO | | | | | C | General Liability | 170 | -569.38 | 13842.65 | 13273.27 | -569.38 | 13842.65 | 13273.27 | 0 | 0 | 0 | Allan Grey | |
| 00000037 | 2802 | | 1/1/2009 | 2/16/2016 | MO | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| 00000037 | 3803 | | 1/2/2009 | 2/16/2016 | MO | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| | 01 | | 3/31/1995 | 2/16/2016 | MO | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| 00000038 | 01 | | 3/31/1998 | 3/9/2016 | MO | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| 00000040 | 4501 | | 3/16/2001 | 3/15/2016 | CA | | | | | C | General Liability | 170 | 2327.5 | 0 | 2327.5 | 2327.5 | 0 | 2327.5 | 0 | 0 | 0 | Allan Grey | |
| | 01 | | 1/1/2009 | 3/24/2016 | LA | | | | | C | General Liability | 170 | 1609.5 | 0 | 1609.5 | 1609.5 | 0 | 1609.5 | 0 | 0 | 0 | Allan Grey | |
| | 5402 | | 1/1/2009 | 3/24/2016 | LA | | | | | C | General Liability | 170 | 1803 | 0 | 1803 | 1803 | 0 | 1803 | 0 | 0 | 0 | Allan Grey | |
| | 5403 | | 11/29/1998 | 3/24/2016 | LA | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| 00000060 | 01 | | 4/1/1995 | 1/29/2016 | NJ | | | | | C | General Liability | 170 | 9564.84 | 0 | 9564.84 | 9564.84 | 0 | 9564.84 | 0 | 0 | 0 | Allan Grey | |
| 00000060 | 8002 | | 1/2/2000 | 1/29/2016 | NJ | | | | | C | General Liability | 170 | 187 | 0 | 187 | 187 | 0 | 187 | 0 | 0 | 0 | Allan Grey | |
| 00000039 | 01 | | 5/21/1992 | 6/2/2016 | IL | | | | | C | General Liability | 170 | 2080 | 0 | 2080 | 2080 | 0 | 2080 | 0 | 0 | 0 | Allan Grey | |
| 0010011101 | | | 2/10/1998 | 6/20/2016 | MO | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| 15601 | | | 6/26/2000 | 9/30/2016 | CA | | Redacted | Redacted | | C | General Liability | 170 | 735 | 0 | 735 | 735 | 735 | 735 | 0 | 0 | 0 | Allan Grey | Redacted |
| 16401 | | | 6/24/2000 | 10/26/2016 | CA | | | | | C | General Liability | 170 | 563.5 | 0 | 563.5 | 500 | 563.5 | 1003.5 | 0 | 0 | 0 | Allan Grey | |
| 17501 | | | 2/11/1998 | 12/5/2016 | MO | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| 00000186 | 01 | | 7/1/2001 | 1/3/2017 | CA | | | | | C | General Liability | 170 | 3542.75 | 0 | 3542.75 | 3542.75 | 0 | 3542.75 | 0 | 0 | 0 | Allan Grey | |
| 15501 | | | 7/2/2000 | 1/19/2017 | FL | | | | | C | General Liability | 170 | 3542.75 | 0 | 3542.75 | 3542.75 | 0 | 3542.75 | 0 | 0 | 0 | Allan Grey | |
| 00000264 | 01 | | 7/1/2000 | 2/13/2017 | CA | | | | | C | General Liability | 170 | 6341.45 | 0 | 6341.45 | 6341.45 | 0 | 6341.45 | 0 | 0 | 0 | Allan Grey | |
| 00000233 | 01 | | 2/11/1998 | 3/10/2017 | MO | | | | | C | General Liability | 170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allan Grey | |
| 23401 | | | 10/4/2001 | 5/16/2017 | CA | | | | | C | General Liability | 170 | 735 | 0 | 735 | 735 | 735 | 735 | 0 | 0 | 0 | Allan Grey | |
| 25001 | | | 10/4/2001 | 6/20/2017 | CA | | | | | C | General Liability | 170 | 563.5 | 0 | 563.5 | 500 | 563.5 | 1003.5 | 0 | 0 | 0 | Allan Grey | |
| 32701 | | | 6/26/2000 | 2/20/2018 | IN | | | | | C | General Liability / Workers Compensation | 170 / 160 | 8000 | 0 | 8000 | 3000 | 8000 | 3000 | 0 | 0 | 0 | Allan Grey | |
| 3343 | | | 7/2/2000 | 10/29/2019 | NJ | | | | | O | Workers Compensation | 160 | 25000 | 0 | 25000 | 15115.69 | 15115.69 | 25000 | 25000 | 0 | 0 | Allan Grey | |
| 9600035 | | | 1/25/2009 | 12/29/2015 | NY | | | | | C | General Liability | 170 | 20386.13 | 0 | 20386.13 | 20386.13 | 20386.13 | 20386.13 | 0 | 0 | 0 | Allan Grey | |
| DA3108YW | | | 9/30/1962 | 9/30/1962 | CA | | | | | C | Workers Compensation | 160 | 628.47 | 0 | 628.47 | 6427.3 | 7050.97 | 7050.97 | 0 | 0 | 0 | Allan Grey | |
| DA329480 | | | 8/7/1970 | 6/30/1988 | AZ | AZ | | | | IO | Workers Compensation Excess | 173 | 136178.4 | 1627.89 | 137806.3 | 114757 | 1627.89 | 116384.9 | 23401.35 | 0 | 21421.35 | Allan Grey | |
| DA554429E | | | 8/31/1962 | 9/21/1966 | CA | CA | | | | C | Workers Compensation | 160 | 139683.7 | 73045 | 215153.7 | 139683.7 | 75049 | 215153.7 | 2864.31 | 2864.31 | 77884.31 | Allan Grey | |
| DA504969W | | | 9/30/1972 | 9/30/1972 | CA | CA | | | | C | Workers Compensation | 160 | 1708.65 | 16434.38 | 16434.38 | 1708.65 | 16434.38 | 18143.01 | 0 | 0 | 18143.01 | Allan Grey | |

Pages 2-71 Omitted