UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.), | : |
| Plaintiff, | : Civil Action No. 21-11205-FDS |
| v. | : |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : |
| Defendant. | : |

---

# DECLARATION OF ERIKA NYBORG-BURCH IN SUPPORT OF DEFENDANT PENNSYLVANIA INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF SPARTA INSURANCE COMPANY'S MOTION FOR JUDGEMENT ON THE PLEADINGS

I, Erika Nyborg-Burch, declare as follows.

1.  I am an associate attorney with the law firm of Boies Schiller Flexner LLP, counsel for Pennsylvania General Insurance Company, n/k/a Pennsylvania Insurance Company, Defendant in this matter. I am admitted to this Court *pro hac vice* in this matter. I make this Declaration in Support of Defendant's Opposition to Plaintiff Sparta Insurance Company's Motion for a Judgement on the Pleadings. I have personal knowledge of the matters set forth herein and am competent to testify.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the Transfer and Assumption Agreement dated October 1, 2012.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the Report of Examination of the OneBeacon America Insurance Company prepared by the Commonwealth of

Massachusetts Office of Consumer Affairs and Business Regulation Division of Insurance and with information current as of December 31, 2006.

4. Attached hereto as **Exhibit C** is a true and copy of an email from the Division of Insurance of the Commonwealth of Massachusetts, in response to Defendant's public records request, confirming delivery of public records of the agency responsive to Defendant's requests.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpted pages from SPARTA's application to the Division of Insurance of the Commonwealth of Massachusetts for approval of SPARTA's purchase of American Employers' Insurance Company. The full application was among the documents provided to Defendant by the Division of Insurance of the Commonwealth of Massachusetts in response to Defendant's public records request, as represented in Exhibit C. The agency's response reflects that the agency's public record of SPARTA's application included a "Form A," prepared by SPARTA, and a "Form D," prepared by OneBeacon Insurance Company.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpted pages from a Prior Notice of Transaction relating to a proposed Pooling Agreement prepared by OneBeacon Insurance Company and filed with the Division of Insurance of the Commonwealth of Massachusetts.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the Stock Purchase Agreement between North American Casualty Co. and OneBeacon Insurance Group dated June 8, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 19, 2022, at San Francisco, California.

_____<br>Erika Nyborg-Burch

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 19, 2022, the foregoing document was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan