# EXHIBIT C

| | |
|---|---|
| **From:** | RAO, DOI (DOI) <doi.rao@state.ma.us> |
| **Sent:** | Friday, September 30, 2022 12:07 PM |
| **To:** | Erika Nyborg-Burch; Maxwell Pritt |
| **Cc:** | Andrea Ayala |
| **Subject:** | RE: Public Record Request |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Thank you for your patience.  The documents will be sent today through Interchange, the Commonwealth's file transfer system.


Mindy A. Merow Rubin
Counsel to the Commissioner and Records Access Officer
Massachusetts Division of Insurance
1000 Washington Street, Suite 810
Boston, MA 02118
Phone: 857-529-0551

**From:** Erika Nyborg-Burch <enyborg-burch@bsfllp.com>
**Sent:** Friday, September 23, 2022 11:25 AM
**To:** RAO (DOI) <doi.rao@mass.gov>; Maxwell Pritt <mpritt@BSFLLP.com>
**Cc:** Andrea Ayala <AAyala@bsfllp.com>
**Subject:** RE: Public Record Request

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.


Good morning, Mindy.

I'm following up regarding the status of this request.  Do you have an estimate of when the scanning will be completed?  Thank you very much for your time.

Best regards,
Erika

**From:** Erika Nyborg-Burch
**Sent:** Wednesday, August 31, 2022 2:17 PM
**To:** RAO, DOI (DOI) <doi.rao@state.ma.us>; Maxwell Pritt <mpritt@BSFLLP.com>
**Cc:** Andrea Ayala <AAyala@BSFLLP.COM>
**Subject:** RE: Public Record Request

Thank you for your quick response, Mindy.

We are requesting all of the files in the attached docket sheets for Dockets F2007-01 and F2008-03. We understand that the process of scanning and sending will likely extend beyond the 10 business days under the statute, and appreciate your office undertaking it.

Do you have an estimate of around when that process will be completed?

Best regards,

**Erika Nyborg-Burch**
(she/her/Erika)
Associate

**BOIES SCHILLER FLEXNER** LLP

44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t) 415 293 6806
enyborg-burch@bsfllp.com
www.bsfllp.com

**From:** RAO, DOI (DOI) <doi.rao@state.ma.us>
**Sent:** Wednesday, August 31, 2022 12:22 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>
**Cc:** Andrea Ayala <AAyala@bsfllp.com>; Erika Nyborg-Burch <enyborg-burch@bsfllp.com>
**Subject:** RE: Public Record Request

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Max,

As we discussed, the Division of Insurance has docket files responsive to this request, but they are not available electronically at this time. The decisions are available on our website for Docket F2007-01 and F2008-03. I have attached the docket sheets containing the contents of the files. Please let me know if you will need some or all the files. If so, please note that we continue to work remotely and I will have to send a staff person into the office to scan the files. This will require additional time beyond the 10 business days noted in the statute. Please let me know.

Thank you,
Mindy

Mindy A. Merow Rubin
Counsel to the Commissioner and Records Access Officer
Massachusetts Division of Insurance
1000 Washington Street, Suite 810
Boston, MA 02118
Phone: 857-529-0551

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Monday, August 29, 2022 10:56 PM
**To:** RAO (DOI) <doi.rao@mass.gov>
**Cc:** Andrea Ayala <AAyala@bsfllp.com>; Erika Nyborg-Burch <enyborg-burch@bsfllp.com>
**Subject:** RE: Public Record Request

Attached is a slightly revised request. Thank you, and again, please don't hesitate to reach out if you would like to discuss the request.

Best,
Max

---

**From:** Maxwell Pritt
**Sent:** Monday, August 29, 2022 4:46 PM
**To:** DOI.RAO@mass.gov
**Cc:** Andrea Ayala <AAyala@BSFLLP.COM>; Erika Nyborg-Burch <enyborg-burch@BSFLLP.COM>
**Subject:** Public Record Request

Dear Public Records Department,

Pennsylvania Insurance Company, through its attorneys, submits the attached request under the Massachusetts Public Records Law (M. G. L. Chapter 66, Section 10). The request, as set forth more fully in the attached, relates to information provided to the Division of Insurance by Massachusetts Company Sparta Insurance Company, f/k/a Sparta Insurance Holdings, now owned by Catalina Holdings.

Thank you for your consideration of this request. Should you require any additional information, please do not hesitate to contact me at this email or by phone at (415) 722-6382.

Best,
Max Pritt

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]