# EXHIBIT E


## OneBeacon
INSURANCE GROUP

150 Royall Street
MD C2-35
Canton, MA 02021
onebeacon.com

**VIA OVERNIGHT MAIL**

Virginia A. McCarthy
Associate General Counsel

July 24, 2012

The Honorable Joseph G. Murphy
Commissioner of Insurance
Massachusetts Insurance Division
1000 Washington Street, 8th Floor
Boston, Massachusetts 02118-6200

Re: Prior Notice of a Transaction under
Massachusetts Insurance Holding Company Act:
OneBeacon America Insurance Company
The Employers' Fire Insurance Company
The Northern Assurance Company of America

Dear Commissioner Murphy:

Enclosed are three copies of a Prior Notice of a Transaction relating to a proposed Pooling Agreement Amendment among the referenced Massachusetts insurance companies and their affiliates.

Should you have any questions or require additional information, I can be reached at 781-332-7191 or vmccarthy@onebeacon.com.

Sincerely,

Virginia A. McCarthy

c: Robert R. DiBiasio

FORM D

PRIOR NOTICE OF A TRANSACTION

Filed with the Division of Insurance
of the Commonwealth of Massachusetts

By

ONEBEACON AMERICA INSURANCE COMPANY

ON BEHALF OF ITSELF AND
THE EMPLOYERS' FIRE INSURANCE COMPANY
THE NORTHERN ASSURANCE COMPANY OF AMERICA

July 19, 2012

Notices and correspondence concerning this
Statement should be addressed to:

Virginia A. McCarthy
Associate General Counsel & Secretary
OneBeacon Insurance Group
150 Royall Street
Canton, Massachusetts 02021

Telephone: (781) 332-7191
e-mail: vmccarthy@onebeacon.com

ITEM 1. **IDENTITY OF PARTIES TO TRANSACTION.**

(a),(b),(c) The name, home office address, principal executive office address, organizational structure and nature of business operations of each of the parties to the transaction are as follows:

ONEBEACON AMERICA INSURANCE COMPANY ("OBAIC"), a Massachusetts corporation, with home office at 150 Royall Street, Canton, Massachusetts 02021 and principal executive office at 601 Carlson Parkway, Suite 600, Minnetonka, Minnesota 55305.

THE EMPLOYERS' FIRE INSURANCE COMPANY ("EFIC") a Massachusetts corporation, with home office at 150 Royall Street, Canton, Massachusetts 02021 and principal executive office at 601 Carlson Parkway, Suite 600, Minnetonka, Minnesota 55305.

THE NORTHERN ASSURANCE COMPANY OF AMERICA ("NOAC"), a Massachusetts corporation, with home office at 150 Royall Street, Canton, Massachusetts 02021 and principal executive office at 601 Carlson Parkway, Suite 600, Minnetonka, Minnesota 55305.

ONEBEACON INSURANCE COMPANY ("OBIC"), a Pennsylvania corporation, with home office at 116 Pine Street, Suite 320, Harrisburg, PA 17101 and principal executive office at 601 Carlson Parkway, Suite 600, Minnetonka, Minnesota 55305

PENNSYLVANIA GENERAL INSURANCE COMPANY ("PGIC"), a Pennsylvania corporation, with home office at 116 Pine Street, Suite 320, Harrisburg, PA 17101 and principal executive office at 601 Carlson Parkway, Suite 600, Minnetonka, Minnesota 55305.

HOMELAND INSURANCE COMPANY OF NEW YORK ("HONY"), a New York corporation, with home office at 1000 Woodbury Road, Woodbury, New York 11797 and principal executive office at 601 Carlson Parkway, Suite 600, Minnetonka, Minnesota 55305.

ATLANTIC SPECIALTY INSURANCE COMPANY ("ASIC"), a New York corporation, with home office at 77 Water Street, New York, New York 10005 and principal executive office at 601 Carlson Parkway, Suite 600, Minnetonka, Minnesota 55305.

OBAIC, EFIC, NOAC, PGIC, HONY and ASIC are collectively called the "Associated Companies"; and OBIC and the Associated Companies are collectively called the "OneBeacon Companies".

(d) Each of the parties is a corporation.

(e) Each of the parties is a property and casualty insurance company.

(f) Each party is an affiliate of the other party, in that each party is an indirect subsidiary of White Mountains Insurance Group, Ltd., the ultimate controlling person in the OneBeacon Companies' holding company system.

(g) No non-affiliates are parties to the transaction.

**ITEM 2. DESCRIPTION OF THE TRANSACTION.**

(a) Notice is being given under M.G.L. c. 175, §206C(n)(3).

(b) The nature of the transaction is an Amendment to the OneBeacon Reinsurance (Pooling) Agreement (the "Pooling Agreement Amendment") among OBIC and the Associated Companies. A copy of the proposed Pooling Agreement Amendment is enclosed herewith.

(c) The proposed effective date of the transaction is the date of closing (the "Closing Date") of the sale by OneBeacon Insurance Group, LLC ("OBIG") of its wholly owned subsidiary, PGIC, to North American Casualty Co. ("NAC"), pursuant to the Purchase Agreement described in Item 5 below, provided that the transaction will not be implemented until the same has been approved or not disapproved by the Massachusetts Insurance Division, the New York Department of Financial Services and the Pennsylvania Insurance Department within the time period specified by applicable law.

**ITEM 3. SALES, PURCHASES, EXCHANGES, LOANS, EXTENSIONS OF CREDIT, GUARANTEES, INVESTMENTS, PLEDGES OF ASSETS OR CONTRIBUTIONS TO SURPLUS.**

Not applicable.

**ITEM 4. LOANS OR EXTENSIONS OF CREDIT TO A NON-AFFILIATE.**

Not applicable.

**ITEM 5. REINSURANCE.**

General

OBIG has entered into a Purchase Agreement dated as of June 8, 2012 (the "Purchase Agreement") with NAC, whereby OBIG will transfer to NAC, and NAC will acquire from OBIG all of the issued and outstanding capital stock of PGIC. Such transfer is the subject of a separate Form A filing made by NAC with the Pennsylvania Insurance Department on June 26, 2012.

## Pooling Agreement Amendment

OBIC and the Associated Companies are currently parties to an Amended and Restated Reinsurance (Pooling) Agreement dated as of January 1, 2001, as amended by Amendment No. 1 to Amended and Restated Reinsurance (Pooling) Agreement dated as of April 1, 2004, Amendment No. 2 to Amended and Restated Reinsurance (Pooling) Agreement dated as of July 1, 2004, Amendment No. 3 to Amended and Restated Reinsurance (Pooling) Agreement dated as of February 22, 2012 and Amendment No. 4 to Amended and Restated Reinsurance (Pooling) Agreement dated as of April 24, 2012 (collectively, the "Pooling Agreement"), pursuant to which all business written by OBIC and the Associated Companies is pooled, the combined premiums distributed and the liabilities, losses and expenses prorated and shared in accordance with the following pooling percentage shares:

| Company | Percentage |
|---|---|
| OneBeacon Insurance Company | 66.5% |
| OneBeacon America Insurance Company | 16.4% |
| The Employers' Fire Insurance Company | 1.5% |
| The Northern Assurance Company of America | 5.0% |
| Pennsylvania General Insurance Company | 0.0% |
| Homeland Insurance Company of New York | 10.0% |
| Atlantic Specialty Insurance Company | 0.6% |
| TOTAL | 100.0% |

PGIC's percentage share was previously reduced to zero pursuant to Amended and Restated Reinsurance (Pooling) Agreement dated as of April 24, 2012. In conjunction with the proposed sale of PGIC to NAC, it is now proposed that, effective as of the Closing Date, PGIC will cease to be a party to the Pooling Agreement. No other changes would be made to the Pooling Agreement. The changes described above would be effected pursuant to the Pooling Agreement Amendment, specifically in the form of an Amendment No. 5 to the Pooling Agreement, a draft copy of which is enclosed herewith.

### ITEM 6. MANAGEMENT AGREEMENTS, SERVICE AGREEMENTS AND COST-SHARING ARRANGEMENTS.

Not applicable.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ITEM 7.   SIGNATURE AND CERTIFICATION.

### SIGNATURE

Pursuant to the requirements of M.G.L. c. 175, §206C(n) and 211 CMR 7.07, OneBeacon America Insurance Company has caused this notice to be duly signed on its behalf and on behalf of its affiliated insurers referred to above in the Town of Canton and Commonwealth of Massachusetts on the 19th day of July, 2012.

ONEBEACON AMERICA INSURANCE COMPANY

(Seal)

By _Joan K. Geddes_ (signature)
Joan K. Geddes
Vice President

ATTEST:

_Virginia A. McCarthy_ (signature)
Virginia A. McCarthy
Secretary

### CERTIFICATION

The undersigned deposes and says that she has duly executed the attached notice dated July 19, 2012 for and on behalf of OneBeacon America Insurance Company and its affiliated insurers therein referred to; that she is a Vice President of such company, and that she is authorized to execute and file such instrument. Deponent further says that she is familiar with such instrument and the contents thereof, and that the facts therein set forth are true to the best of her knowledge, information and belief.

_Joan K. Geddes_ (signature)
Joan K. Geddes
Vice President