UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------- x
SPARTA INSURANCE COMPANY                                :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                                        :

                Plaintiff,                              :    Civil Action
                                                             No. 21-11205-FDS
        v.                                              :

PENNSYLVANIA GENERAL INSURANCE                          :
COMPANY (now known as Pennsylvania
Insurance Company),                                     :

                Defendant.                              :
------------------------------------------------------- x
```

## DEFENDANT PENNSYLVANIA GENERAL INSURANCE COMPANY'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Defendant Pennsylvania General Insurance Company (n/k/a Pennsylvania Insurance Company) ("Defendant") hereby moves this Court for an entry of partial judgment on Plaintiff SPARTA Insurance Company ("Plaintiff")'s pleadings. Specifically, Defendant seeks a judgment that Count I of Plaintiff's Amended Complaint is not justiciable and a corresponding order dismissing this Count for lack of subject matter jurisdiction.

In support of this Motion, Defendant respectfully refers the Court to its memorandum of law and transmittal declaration filed concurrently herewith. A proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendant respectfully requests that the Court issue a judgment that Plaintiff's first request for relief is not justiciable and order Count I dismissed.

Dated: October 19, 2022                               Respectfully submitted,

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan (*admitted pro hac vice*)
skaplan@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Maxwell V. Pritt *(admitted pro hac vice)*
mpritt@bsfllp.com
Reed D. Forbush (*admitted pro hac vice*)
rforbush@bsfllp.com
Erika Nyborg-Burch
enyborg-burch@bsfllp.com
Mariah J. Noah
mnoah@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

John F. Dew (BBO #668467)
jdew@cohenkinne.com
COHEN, KINNE, VALICENTI & COOK
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

*Counsel for Defendant*

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues in accordance with the requirements of Local Rule 7.1(a)(2) but was not able to obtain Plaintiff's consent to the relief requested herein.

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 19, 2022, the foregoing document was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan