# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.), | : : : | |
| Plaintiff, | : | Civil Action No. 21-11205-FDS |
| v. | : | |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : : : | |
| Defendant. | : | |

---

**[PROPOSED] ORDER GRANTING DEFENDANT PENNSYLVANIA GENERAL INSURANCE COMPANY'S PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS**

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(c)(1), Defendant Pennsylvania General Insurance Company, n/k/a Pennsylvania Insurance Company ("Defendant"), has moved for partial judgment on Plaintiff SPARTA Insurance Company's ("Plaintiff's") pleadings, and the Court having concluded that there are good grounds for the relief requested in Defendant's Motion;

IT IS HEREBY ORDERED that:

1. Judgment on the pleadings is entered in favor of Defendant and against Plaintiff on Plaintiff's first request for declaratory judgment (Count I).

2. The Court finds that Plaintiff has not pled a justiciable claim for declaratory relief in Count I of its Amended Complaint and thus dismisses Count I for lack of federal subject matter jurisdiction.

Dated: _____       _____
                                                                                The Hon. Chief Judge F. Dennis Saylor, IV
                                                                                United States District Court