UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
SPARTA INSURANCE COMPANY                                   :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                                           :

             Plaintiff,                           :   Civil Action
                                                  No. 21-11205-FDS
   v.                                                      :

PENNSYLVANIA GENERAL INSURANCE                             :
COMPANY (now known as Pennsylvania
Insurance Company),                                        :

            Defendant.                           :
---------------------------------------------------------- x

**DECLARATION OF ERIKA NYBORG-BURCH IN SUPPORT OF DEFENDANT
PENNSYLVANIA INSURANCE COMPANY'S CROSS-MOTION
<u>FOR JUDGEMENT ON THE PLEADINGS ON COUNT I</u>**

    I, Erika Nyborg-Burch, declare as follows.

    1.    I am an associate attorney with the law firm of Boies Schiller Flexner LLP, counsel for Pennsylvania General Insurance Company, n/k/a Pennsylvania Insurance Company, Defendant in this matter. I am admitted to this Court *pro hac vice* in this matter. I make this Declaration in Support of Defendant's Opposition to Plaintiff Sparta Insurance Company's Motion for a Judgement on the Pleadings. I have personal knowledge of the matters set forth herein and am competent to testify.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the Transfer and Assumption Agreement entered into by Pennsylvania General Insurance Company and OneBeacon Insurance Company and executed on October 1, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Stock Purchase Agreement between North American Casualty Co. and OneBeacon Insurance Group dated June 8, 2012.

Executed on October 19, 2022, at San Francisco, California.

_____
Erika Nyborg-Burch

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 19, 2022, the foregoing document was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

>                                         */s/ Samuel C. Kaplan*
>                                         Samuel C. Kaplan