# EXHIBIT A

**PORTION OF COUNSEL'S EMAIL EXCHANGE THAT PGIC DID NOT SUBMIT TO THE COURT**

| | |
|---|---|
| **From:** | Carroll, James R (BOS) |
| **To:** | 'Erika Nyborg-Burch' |
| **Subject:** | Sparta v. PGIC- position on short continuance for 11/2 hearing |
| **Date:** | 10/27/2022 3:58:00 PM |
| **CC:** | Clark, Christopher G (BOS); Fisher, Catherine (BOS); Samuel Kaplan; Maxwell Pritt; Jack F. Dew; Mariah Noah |
| **BCC:** | |

**Message:**

Erika
While I regret not being able to accommodate your scheduling concerns, the reasons include, among others, that my client is currently paying out monies that are the responsibility of your client and your client has consistently sought to delay this action such that such payments have continued to the great and continuing detriment of my client. Further, the court set this time after agreeing to it with all parties and I would expect that finding an alternative date convenient for the court and for all parties will be difficult and cause still further delay (particularly given some international travel that I have for later in November). Jim

> On Oct 27, 2022, at 1:05 PM, Erika Nyborg-Burch <enyborg-burch@bsfllp.com> wrote:
>
> Thank you for your response, Jim.
>
> On what basis do you oppose a motion to continue the hearing date?
>
> Best,
> Erika

**From:** Carroll, James R <James.Carroll@skadden.com>
**Sent:** Thursday, October 27, 2022 9:55 AM
**To:** Erika Nyborg-Burch <enyborg-burch@bsfllp.com>; Fisher, Catherine <Catherine.Fisher@skadden.com>; Christopher Clark <Christopher.Clark@skadden.com>
**Cc:** Samuel Kaplan <skaplan@bsfllp.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Jack F. Dew <jdew@cohenkinne.com>; Mariah Noah <mnoah@bsfllp.com>
**Subject:** RE: Sparta v. PGIC- position on short continuance for 11/2 hearing

Erika,
I'm afraid we cannot stipulate to move the hearing date and would oppose any motion seeking to do so.
Jim

**James R. Carroll**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**

500 Boylston Street | Boston | Massachusetts | 02116
T: +1.617.573.4801 | M: 617.270.4801
james.carroll@skadden.com

**From:** Erika Nyborg-Burch <enyborg-burch@bsfllp.com>
**Sent:** Thursday, October 27, 2022 10:39 AM
**To:** Fisher, Catherine (BOS) <Catherine.Fisher@skadden.com>; Clark, Christopher G (BOS) <Christopher.Clark@skadden.com>; Carroll, James R (BOS) <James.Carroll@skadden.com>
**Cc:** Samuel Kaplan <skaplan@bsfllp.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Jack F. Dew <jdew@cohenkinne.com>; Mariah Noah <mnoah@bsfllp.com>
**Subject:** [Ext] Sparta v. PGIC- position on short continuance for 11/2 hearing

Counsel,

We write to request your position on a short continuance for the 11/2 hearing in the *Sparta v. PGIC* matter. Sam is still in trial, and anticipates that it will not close until next week. We also understand that your deadline to respond to our cross-motion for judgment on the pleadings falls on the same date as the scheduled hearing.

Would you consent to a joint stipulation asking the Court for a continuance to its earliest available hearing date after 11/9, which would allow for complete briefing on the cross-motion? Thank you for your consideration.

Best,

**Erika Nyborg-Burch**
(she/her/Erika)
Associate

**BOIES SCHILLER FLEXNER LLP**

44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t) 415 293 6806
enyborg-burch@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

--------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original