UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------- x
SPARTA INSURANCE COMPANY                                :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                                        :
                                                        :
                Plaintiff,                              :    Civil Action
                                                             No. 21-11205-FDS
        v.                                              :
                                                        :
PENNSYLVANIA GENERAL INSURANCE                          :
COMPANY (now known as Pennsylvania
Insurance Company),                                     :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
```

**DEFENDANT PENNSYLVANIA GENERAL INSURANCE COMPANY'S
<u>NOTICE OF INTENT</u>**

Defendant Pennsylvania Insurance Company, formerly known as Pennsylvania General Insurance Company ("Defendant"), hereby provides notice to Plaintiff SPARTA Insurance Company ("Plaintiff") and the Court that it may rely on the document submitted herewith as Exhibit A at the hearing on Plaintiff's Motion for Judgment on the Pleadings, scheduled for November 2, 2022. Exhibit A is a discovery request Plaintiff served on Defendant on October 28, 2022, that attaches Plaintiff's "Exhibit C" compromised of 4173 entries, of which Defendant has included a redacted exemplar set of 36 entries.

DATED: November 2, 2022

Respectfully submitted,

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan (admitted *pro hac vice*)
skaplan@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Maxwell V. Pritt (admitted *pro hac vice*)
mpritt@bsfllp.com
Reed D. Forbush (admitted *pro hac vice*)
rforbush@bsfllp.com
Erika Nyborg-Burch (admitted *pro hac vice*)
enyborg-burch@bsfllp.com
Mariah J. Noah (admitted *pro hac vice*)
mnoah@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

John F. Dew (BBO #668467)
jdew@cohenkinne.com
COHEN, KINNE, VALICENTI & COOK
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

*Counsel for Defendant, Pennsylvania Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 2, 2022, the foregoing document was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                     */s/ Samuel C. Kaplan*
                                                     Samuel C. Kaplan