# EXHIBIT E



Catalina U.S. Insurance Services LLC

***Administrator on behalf of:***
Alea North America Insurance Company
National American Insurance Company of California
National Home Insurance Company (RRG)
SPARTA Insurance Company
ProBuilders Specialty Insurance Company

*Members of Catalina Holdings (Bermuda) Ltd*

January 17, 2023

Erika Nyborg-Burch
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

Dear Ms. Nyborg-Burch,

**Re: AEIC Update**

Please find enclosed a thumb drive containing an update from SPARTA Insurance Company ("SIC") to Pennsylvania Insurance Company ("PIC") regarding the American Employers' Insurance Company claims and payments made by SIC.

SIC plans to provide periodic reports to PIC of the status of the claims made and paid. To the extent that PIC requests further or different information, please contact me promptly.

Thanks,

Josh

Joshua Weiner
**Vice President, Claims Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | Claimant | TPA Claim Number | Insurer Claim Number | In Lit | Law Firm | DOL | Date 1st Reported | State Acc | State Juris | Insured | Policy Number |
| 4 | | 00003343 | | Yes | | 7/1/2000 | 10/29/2019 | NJ | NJ | | |
| 5 | | 0A102949J | | | | 8/7/1970 | 6/30/1988 | AZ | AZ | | |
| 6 | | 0AA00005501 | | | | 12/22/2004 | 1/3/2005 | NH | Mas | | |
| 7 | | 0AA0458696 | | Yes | | 6/29/1973 | 4/17/2003 | IL | IL | | |
| 8 | | 0AA088979 | | | | 11/1/2001 | 7/18/2005 | NY | NY | | |
| 9 | | 0AA48404401 | | | | 11/27/1989 | 11/27/1989 | NY | NY | | |
| 10 | | 0A63400896 | | Yes | | 12/31/1959 | 1/1/2002 | LA | LA | | |
| 11 | | 0AA63401796 | | | | 12/31/1961 | 1/1/2002 | LA | LA | | |
| 12 | | 0AA63402296 | | | | 12/31/1962 | 1/1/2002 | LA | LA | | |
| 13 | Redacted | 0A63402796 | | | | 12/31/1963 | 1/1/2002 | LA | LA | Redacted | |
| 14 | | 0A63403296 | | | | 6/30/1967 | 1/1/2002 | LA | LA | | |
| 15 | | 0AA63403796 | | | | 6/30/1968 | 1/1/2002 | LA | LA | | |
| 16 | | 0A936581 | | Yes | | 6/3/1995 | 6/11/2012 | CT | CT | | |
| 17 | | 0AA3937596 | | | | 9/29/1984 | 1/6/2011 | OR | OR | | |
| 18 | | 0AA3938596 | | Yes | | 6/30/1984 | 1/1/2002 | CA | CA | | |
| 19 | | 0AA93940396 | | | | 1/31/1971 | 1/1/2002 | TX | TX | | |
| 20 | | 0AA93940596 | | | | 1/31/1972 | 1/1/2002 | TX | TX | | |
| 21 | | 0AA93940896 | | | | 1/31/1970 | 1/1/2002 | TX | TX | | |
| 22 | | 0AA93047296 | | | | 10/15/1991 | 1/1/2002 | MD | MD | | |
| 23 | | 0AA94048096 | | | | 10/15/1990 | 1/1/2002 | MD | MD | | |
| 24 | | 0AA94051296 | | | | 10/15/1992 | 1/1/2002 | MD | MD | | |
| 25 | | 0AA94052496 | | | | 10/15/1994 | 1/1/2002 | MD | MD | | |
| 26 | | 0AA94052796 | | | | 10/15/1995 | 1/1/2002 | MD | MD | | |
| 27 | | 0AA94060396 | | No | | 12/31/1964 | 3/28/2005 | PA | PA | | |
| 28 | | 0AA94063596 | | | | 12/31/1965 | 3/28/2005 | PA | PA | | |
| 29 | | 0AA94063796 | | | | 12/31/1966 | 3/28/2005 | PA | PA | | |

| | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Policy Effective | Status | Main Coverage | Minor Coverage | Incurred Loss | Incurred ALAE | Incurred Total | Paid Loss | Paid ALAE | Paid Total | Reserve Loss | Reserve ALAE | Reserve Total | TPA | Data As of Date |
| 3 | | | | | 118,945,496 | 82,225,065 | 201,170,561 | 97,005,848 | 78,235,200 | 175,241,048 | 21,939,648 | 3,989,865 | 25,929,512 | | |
| 4 | 7/1/2000 | O | Workers Compensatio | 160 | 25,000 | 8,000 | 33,000 | | 5,620 | 5,620 | 25,000 | 2,380 | 27,380 | Alan Gray | 31 |
| 5 | 8/1/1970 | O | Workers Compensation Excess | 173 | 136,178 | 1,628 | 137,806 | 114,757 | 1,628 | 116,385 | 21,421 | 0 | 21,421 | Alan Gray | 31 |
| 6 | 1/1/2004 | R | Auto Physical Damage - Commercial | 212 | 1,851 | -12,601 | -10,750 | 1,851 | -12,601 | -10,750 | 0 | 0 | 0 | Alan Gray | 31 |
| 7 | 6/30/1970 | O | General Liability | 180 | | 92,662 | 92,662 | | 92,662 | 92,662 | 0 | 0 | 0 | Alan Gray | 31 |
| 8 | 7/1/2001 | O | Workers Compensatio | 160 | -314,942 | 620,282 | 305,340 | -314,942 | 472,897 | 157,956 | | 147,385 | 147,385 | Alan Gray | 31 |
| 9 | 1/1/1989 | R | Auto Liability - Commercial | 193 | 7,088 | 1,000 | 8,088 | 3,565 | | 3,565 | 3,523 | 1,000 | 4,523 | Alan Gray | 31 |
| 10 | 1/1/1959 | O | General Liability | 180 | 210,707 | 888,178 | 1,098,885 | 203,423 | 884,904 | 1,088,327 | 7,284 | 3,274 | 10,558 | Alan Gray | 31 |
| 11 | 1/1/1961 | O | General Liability | 180 | 359,343 | 813,370 | 1,172,713 | 346,830 | 810,404 | 1,157,234 | 12,514 | 2,965 | 15,479 | Alan Gray | 31 |
| 12 | 1/1/1962 | O | General Liability | 180 | 166,788 | 878,669 | 1,045,457 | 159,599 | 875,358 | 1,034,957 | 7,189 | 3,311 | 10,500 | Alan Gray | 31 |
| 13 | 1/1/1963 | O | General Liability | 180 | 461,508 | 892,741 | 1,354,249 | 415,723 | 889,790 | 1,305,514 | 45,784 | 2,951 | 48,735 | Alan Gray | 31 |
| 14 | 7/1/1966 | O | General Liability | 180 | 602,829 | 880,210 | 1,483,039 | 598,308 | 876,899 | 1,475,208 | 4,520 | 3,311 | 7,831 | Alan Gray | 31 |
| 15 | 7/1/1967 | O | General Liability | 180 | 549,080 | 886,990 | 1,436,070 | 548,322 | 883,679 | 1,432,001 | 758 | 3,311 | 4,069 | Alan Gray | 31 |
| 16 | 6/3/1995 | R | Workers Compensation | 160 | 2,510 | 12,543 | 15,053 | | 8,299 | 8,299 | 2,510 | 4,244 | 6,754 | Alan Gray | 31 |
| 17 | 9/30/1983 | R | Products Liability | 181 | 800 | 6,015 | 6,815 | 800 | 4,404 | 5,204 | 0 | 1,611 | 1,611 | Alan Gray | 31 |
| 18 | 7/1/1983 | O | General Liability | 170 | 27,250 | 95,294 | 122,544 | 27,250 | 90,273 | 117,523 | 0 | 5,021 | 5,021 | Alan Gray | 31 |
| 19 | 1/31/1971 | O | General Liability | 180 | | | | | | | | | 0 | Alan Gray | 31 |
| 20 | 1/31/1972 | O | General Liability | 180 | | | | | | | | | 0 | Alan Gray | 31 |
| 21 | 1/31/1970 | O | General Liability | 180 | | | | | | | | | 0 | Alan Gray | 31 |
| 22 | 10/16/1990 | O | Products Liability | 052 | | 163 | 163 | | 163 | 163 | 0 | 0 | 0 | Alan Gray | 31 |
| 23 | 10/16/1989 | R | Products Liability | 052 | | 163 | 163 | | 163 | 163 | 0 | 0 | 0 | Alan Gray | 31 |
| 24 | 10/16/1991 | O | Products Liability | 052 | | 163 | 163 | | 163 | 163 | 0 | 0 | 0 | Alan Gray | 31 |
| 25 | 10/16/1993 | O | Products Liability | 052 | | 3 | 3 | | 3 | 3 | 0 | 0 | 0 | Alan Gray | 31 |
| 26 | 10/16/1994 | O | Products Liability | 052 | | 3 | 3 | | 3 | 3 | 0 | 0 | 0 | Alan Gray | 31 |
| 27 | 1/1/1964 | O | General Liability | 180 | | | | | | | | | 0 | Alan Gray | 31 |
| 28 | 1/1/1964 | O | General Liability | 180 | | | | | | | | | 0 | Alan Gray | 31 |
| 29 | 1/1/1964 | O | General Liability | 180 | | | | | | | | | 0 | Alan Gray | 31 |

| | AA | AB |
|---|---|---|
| | Book Date | Description of Loss |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | 31 | |
| 5 | 31 | |
| 6 | 31 | |
| 7 | 31 | |
| 8 | 31 | |
| 9 | 31 | |
| 10 | 31 | |
| 11 | 31 | |
| 12 | 31 | |
| 13 | 31 | |
| 14 | 31 | Redacted |
| 15 | 31 | |
| 16 | 31 | |
| 17 | 31 | |
| 18 | 31 | |
| 19 | 31 | |
| 20 | 31 | |
| 21 | 31 | |
| 22 | 31 | |
| 23 | 31 | |
| 24 | 31 | |
| 25 | 31 | |
| 26 | 31 | |
| 27 | 31 | |
| 28 | 31 | |
| 29 | 31 | |

Pages 4-150 Omitted

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | Claimant | TPA Claim Number | Insurer Claim Number | In Lit | Attorney | Law Firm | DOL | Date 1st Reported | State Acc | State Juris | Insured |
| 4 | | 0000002401 | | | | | 1/1/2007 | 2/3/2016 | MO | MO | |
| 5 | | 0000002701 | | | | | 6/26/2000 | 2/9/2016 | | CA | |
| 6 | | 0000002801 | | | | | 1/1/2009 | 2/16/2016 | | MO | |
| 7 | | 0000002802 | | | | | 1/1/2009 | 2/16/2016 | | MO | |
| 8 | | 0000002803 | | | | | 1/1/2009 | 2/16/2016 | | MO | |
| 9 | | 0000003701 | | | | | 3/25/1999 | 2/18/2016 | | MO | |
| 10 | | 0000003801 | | | | | 2/11/1998 | 3/9/2016 | | MD | |
| 11 | | 0000004501 | | | | | 10/4/2001 | 3/15/2016 | | CA | |
| 12 | | 0000005401 | | | | | 11/29/1998 | 3/14/2016 | | LA | |
| 13 | Redacted | 0000005402 | | | | | 11/29/1998 | 3/14/2016 | | LA | Redacted |
| 14 | | 0000005403 | | | | | 11/29/1998 | 3/14/2016 | | LA | |
| 15 | | 0000008001 | | | | | 4/1/1996 | 1/29/2016 | NJ | NJ | |
| 16 | | 0000008002 | | | | | 1/2/2000 | 1/29/2016 | NJ | NJ | |
| 17 | | 0000009301 | | | | | 5/21/1992 | 6/2/2016 | | IL | |
| 18 | | 00000113 01 | | | | | 2/10/1998 | 6/20/2016 | | MD | |
| 19 | | 0000015601 | | | | | 6/26/2000 | 9/30/2016 | | CA | |
| 20 | | 0000016401 | | | | | 6/26/2000 | 10/26/2016 | | CA | |
| 21 | | 0000017501 | | | | | 2/11/1998 | 12/5/2016 | | MD | |
| 22 | | 0000018601 | | | | | 7/1/2001 | 1/3/2017 | | CA | |
| 23 | | 0000019501 | | | | | 7/1/2000 | 1/19/2017 | FL | FL | |
| 24 | | 0000020401 | | | | | 7/1/2000 | 2/13/2017 | | CA | |
| 25 | | 0000023301 | | | | | 2/11/1998 | 5/10/2017 | | MD | |
| 26 | | 0000023601 | | | | | 10/4/2001 | 5/16/2017 | | CA | |
| 27 | | 0000025501 | | | | | 10/4/2001 | 6/30/2017 | | CA | |
| 28 | | 0000032701 | | | | | 8/28/2000 | 2/20/2018 | | IN | |
| 29 | | 09000035 | | | | | 1/26/2009 | 12/29/2015 | | NY | |
| 30 | | 0A100458W | | | | | 11/26/1972 | 9/2/2022 | | CA | |

| | Policy Number | Policy Effective | Status | Main Coverage | Minor Coverage | Incurred Loss | Incurred ALAE | Incurred Total | Paid Loss | Paid ALAE | Paid Total | Reserve Loss | Reserve ALAE | Reserve Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | 273,782,085 | 97,909,354 | 371,691,439 | 273,782,085 | 97,909,354 | 371,691,439 | 0 | 0 | 0 |
| 4 | | 12/31/2006 | C | General Liability | 170 | | 5,318 | 5,318 | | 5,318 | 5,318 | 0 | 0 | 0 |
| 5 | | 6/26/2000 | C | General Liability | 170 | 734 | | 734 | 734 | | 734 | 0 | 0 | 0 |
| 6 | | 12/31/2008 | C | General Liability | 170 | -569 | 15,843 | 15,273 | -569 | 15,843 | 15,273 | 0 | 0 | 0 |
| 7 | | 12/31/2008 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 8 | | 1/1/1900 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 9 | | 1/1/1900 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 10 | | 1/1/1900 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 11 | | 10/4/2001 | C | General Liability | 170 | | 2,328 | 2,328 | | 2,328 | 2,328 | 0 | 0 | 0 |
| 12 | | 1/1/1900 | C | General Liability | 170 | | 1,610 | 1,610 | | 1,610 | 1,610 | 0 | 0 | 0 |
| 13 | | 11/29/1998 | C | General Liability | 170 | | 1,803 | 1,803 | | 1,803 | 1,803 | 0 | 0 | 0 |
| 14 | | 11/29/1998 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 15 | | 3/31/1996 | C | General Liability | 170 | | 9,565 | 9,565 | | 9,565 | 9,565 | 0 | 0 | 0 |
| 16 | | 1/2/2000 | C | General Liability | 170 | | 187 | 187 | | 187 | 187 | 0 | 0 | 0 |
| 17 | | 1/1/1900 | C | General Liability | 170 | | 2,080 | 2,080 | | 2,080 | 2,080 | 0 | 0 | 0 |
| 18 | | 2/10/1998 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 19 | | 6/26/2000 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 20 | | 6/26/2000 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 21 | | 2/10/1998 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 22 | | 7/1/2001 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 23 | | 7/1/2000 | C | General Liability | 170 | | 5,143 | 5,143 | | 5,143 | 5,143 | 0 | 0 | 0 |
| 24 | | 7/1/2000 | C | General Liability | 170 | | 6,341 | 6,341 | | 6,341 | 6,341 | 0 | 0 | 0 |
| 25 | | 2/10/1998 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 26 | | 10/4/2001 | C | General Liability | 170 | | 735 | 735 | | 735 | 735 | 0 | 0 | 0 |
| 27 | | 10/4/2001 | C | General Liability | 170 | 500 | 564 | 1,064 | 500 | 564 | 1,064 | 0 | 0 | 0 |
| 28 | | 8/27/2000 | C | General Liability | 170 | | | | | | | 0 | 0 | 0 |
| 29 | | 1/25/2009 | C | General Liability | 170 | | 20,386 | 20,386 | | 20,386 | 20,386 | 0 | 0 | 0 |
| 30 | | 1/1/1962 | C | Workers Compensatio | 160 | | | | | | | 0 | 0 | 0 |

Redacted

| | Z | AA | AB | AC |
|---|---|---|---|---|
| 1 | | | | |
| 2 | TPA | Data As of Date | Book Date | Description of Loss |
| 3 | | | | |
| 4 | Allan Gray | 31 | 31 | |
| 5 | Allan Gray | 31 | 31 | |
| 6 | Allan Gray | 31 | 31 | |
| 7 | Allan Gray | 31 | 31 | |
| 8 | Allan Gray | 31 | 31 | |
| 9 | Allan Gray | 31 | 31 | |
| 10 | Allan Gray | 31 | 31 | |
| 11 | Allan Gray | 31 | 31 | |
| 12 | Allan Gray | 31 | 31 | |
| 13 | Allan Gray | 31 | 31 | |
| 14 | Allan Gray | 31 | 31 | |
| 15 | Allan Gray | 31 | 31 | |
| 16 | Allan Gray | 31 | 31 | Redacted |
| 17 | Allan Gray | 31 | 31 | |
| 18 | Allan Gray | 31 | 31 | |
| 19 | Allan Gray | 31 | 31 | |
| 20 | Allan Gray | 31 | 31 | |
| 21 | Allan Gray | 31 | 31 | |
| 22 | Allan Gray | 31 | 31 | |
| 23 | Allan Gray | 31 | 31 | |
| 24 | Allan Gray | 31 | 31 | |
| 25 | Allan Gray | 31 | 31 | |
| 26 | Allan Gray | 31 | 31 | |
| 27 | Allan Gray | 31 | 31 | |
| 28 | Allan Gray | 31 | 31 | |
| 29 | Allan Gray | 31 | 31 | |
| 30 | Allan Gray | 31 | 31 | |

Pages 4-225 Omitted