# EXHIBIT F

November 7, 2022

Jeffrey Silver
Pennsylvania Insurance Company
10805 Old Mill Road
Omaha, NE 68154

      Re:    Indemnification Claim

Dear Mr. Silver:

      I write on behalf of SPARTA in reference to the Stock Purchase Agreement ("SPA") among Pennsylvania General Insurance Company ("PGIC"), OneBeacon Insurance Company ("OneBeacon"), and SPARTA Insurance Holdings, Inc. ("SPARTA") dated as of March 12, 2007.

      SPARTA has previously provided Pennsylvania Insurance Company ("PIC," formerly PGIC) with notice of various claims under Section 8.1 of the SPA, which relate to insurance policies originally issued by American Employers' Insurance Company ("AEIC"), for which PGIC agreed to indemnify SPARTA under the SPA. *See, e.g.*, Correspondence attached as Group Ex. A.

      In prior correspondence, SPARTA has reserved its right to advise PIC of the dollar amount of each such claim at a later date. Pursuant to Section 8.3 of the SPA, SPARTA hereby advises PIC that SPARTA has expended $11,849,047 on the previously noticed claims through September 30, 2022. *See Ex. B.* Please promptly remit payment to SPARTA of that amount.

      PIC is responsible for the handling and defense of these claims under the SPA and the Instrument of Transfer and Assumption between PGIC and AEIC dated June 15, 2005. Until PIC confirms that it will satisfy its contractual obligations to SPARTA by administering and paying these claims, SPARTA may continue to protect its interest and reserves all rights. The amounts set forth on Exhibit B are provided without prejudice to SPARTA's right to recover additional amounts expended after September 30, 2022, in furtherance of resolving these or other claims for which PIC is responsible. SPARTA will provide PIC with any such additional amounts expended by SPARTA periodically.

      Please confirm receipt of this letter.

      Regards,

      Joshua Weiner

      Enclosure

| Sum of Amount | Column Labels | | |
|---|---|---|---|
| | 2021 | 2022 | Grand Total |
| Row Labels | | | |
| 1P00 Default Med/BI/Comp | | 2,950.11 | 2,950.11 |
| 1P07 Medical, Not Otherwise Classified | | 45,251.73 | 45,251.73 |
| 1P08 Hospital | | 1,128.27 | 1,128.27 |
| 1P11 Pharmacy | | 53,175.03 | 53,175.03 |
| 1P12 Physical Therapy | | 24,089.66 | 24,089.66 |
| 1P13 Anesthesiology | | 1,399.86 | 1,399.86 |
| 1P16 General Pract/Pmts to Physicians | | 20,579.11 | 20,579.11 |
| 1P17 Lab Tests | | 6,745.00 | 6,745.00 |
| 1P18 Durable Medical Costs | | 2,805.00 | 2,805.00 |
| 1P19 Nursing Care/Home Health Assist | | 230,856.46 | 230,856.46 |
| 1P20 Medical Supplies | | 11,046.25 | 11,046.25 |
| 2P00 Other Expenses | | 614,890.53 | 614,890.53 |
| 2P01 Experts O/T Medical | | 193,253.87 | 193,253.87 |
| 2P02 Private Investigator Expense | | 678.76 | 678.76 |
| 2P20 Medical Evaluations | | 4,345.00 | 4,345.00 |
| 2P21 Legal Fees and Exp - Def of Insured | 126,136.15 | 3,428,901.20 | 3,555,037.35 |
| 2P25 Cov Determination and Other Expenses | 157,480.20 | 1,574,690.56 | 1,732,170.76 |
| 2P26 Medical Bill Review and UR Expense | | 10,549.90 | 10,549.90 |
| 2P30 Court Costs | | 196.75 | 196.75 |
| 3P00 Default Ind/Pd/Col | (407.86) | (56,526.85) | (56,934.71) |
| 3P01 Full Settlement | 100,000.00 | 12,235.64 | 112,235.64 |
| 3P08 Permanent Total Disability | (447.96) | 50,073.72 | 49,625.76 |
| 3P09 Permanent Partial Disability | | 55,945.74 | 55,945.74 |
| 3P11 Fatality | | 48,355.90 | 48,355.90 |
| 3P30 Indemnity Payment | 105,599.04 | 2,814,354.79 | 2,919,953.83 |
| 3P34 PD Payment | | 607.14 | 607.14 |
| 3P37 Claimant Indemnity Expert | | 2,405.55 | 2,405.55 |
| 4P00 Default Recovery | (22,255.81) | (81,718.14) | (103,973.95) |
| 4P03 Second Injury Fund Recovery | (35,553.42) | (54,697.11) | (90,250.53) |
| 4P04 Subrogation Recovery | (4,540.84) | (407.92) | (4,948.76) |
| 4P42 Recovery Payment | | (2,154.16) | (2,154.16) |
| 6P05 Mediation | | 2,498.72 | 2,498.72 |
| 7P10 Sundry Second Injury Ind Payment | | 115,998.27 | 115,998.27 |
| 7P13 Sundry Second Injury Medical Payment | | 15,227.73 | 15,227.73 |
| Reinsurance recoverable | | (261,574.58) | (261,574.58) |
| Grand Total | 426,009.50 | 8,888,157.49 | 9,314,166.99 |

AEIC Payment Update 9.30.2022 v2.XLSX          Pivot - Loss and LAE Payments

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | As of Date | Claim Number | Check Number | Record Id | Paid By | Claimant | Insured | Coverage |
| 2 | 10/31/2021 | 0AA00005501 | 016953 | 507 | SPARTA | | | Auto Physical Damage - C |
| 3 | 10/31/2021 | 0AA00005501 | 016953 | 507 | SPARTA | | | Auto Physical Damage - C |
| 4 | 10/31/2021 | 0AA00005501 | 017710 | 504 | SPARTA | | | Auto Physical Damage - C |
| 5 | 10/31/2021 | 0AA00005501 | 018508 | 505 | SPARTA | | | Auto Physical Damage - C |
| 6 | 10/31/2021 | 0AA00005501 | 021346 | 508 | SPARTA | | | Auto Physical Damage - C |
| 7 | 10/31/2021 | 0AA63402296 | RES-20071 | 496 | SPARTA | | | General Liability |
| 8 | 10/31/2021 | 0AA63402296 | RES-20071 | 497 | SPARTA | | | General Liability |
| 9 | 10/31/2021 | 0AA94355096 | RES-20071 | 466 | SPARTA | | | Products Liability |
| 10 | 10/31/2021 | 0AA94355096 | RES-320554 | 465 | SPARTA | | | Products Liability |
| 11 | 10/31/2021 | 0AA94355296 | RES-320554 | 468 | SPARTA | | | Products Liability |
| 12 | 10/31/2021 | 0AA94355296 | RES-333141 | 467 | SPARTA | | | Products Liability |
| 13 | 10/31/2021 | 0AA94355396 | RES-320554 | 470 | SPARTA | | | Products Liability |
| 14 | 10/31/2021 | 0AA94355396 | RES-333141 | 469 | SPARTA | | | Products Liability |
| 15 | 10/31/2021 | 0AA94355598 | RES-320554 | 472 | SPARTA | | | Products Liability |
| 16 | 10/31/2021 | 0AA94355598 | RES-333141 | 471 | SPARTA | | | Products Liability |
| 17 | 10/31/2021 | 0AA94356196 | 333141 | 473 | SPARTA | | | Products Liability |
| 18 | 10/31/2021 | 0AA94356196 | RES-320554 | 474 | SPARTA | | | Products Liability |
| 19 | 10/31/2021 | 0AA94356696 | RES-320554 | 476 | SPARTA | | | Products Liability |
| 20 | 10/31/2021 | 0AA94356696 | RES-333141 | 475 | SPARTA | | | Products Liability |
| 21 | 10/31/2021 | 0AA94358196 | RES-320554 | 478 | SPARTA | | | Products Liability |
| 22 | 10/31/2021 | 0AA94358196 | RES-333141 | 477 | SPARTA | | | Products Liability |
| 23 | 10/31/2021 | 0AA94361296 | 333141 | 479 | SPARTA | | | Products Liability |
| 24 | 10/31/2021 | 0AA94361296 | RES-320554 | 480 | SPARTA | | | Products Liability |
| 25 | 10/31/2021 | 0AA94362596 | 333141 | 481 | SPARTA | | | Products Liability |
| 26 | 10/31/2021 | 0AA94362596 | RES-320554 | 482 | SPARTA | | | Products Liability |
| 27 | 10/31/2021 | 0AA94363296 | RES-320554 | 484 | SPARTA | | | Products Liability |
| 28 | 10/31/2021 | 0AA94363296 | RES-333141 | 483 | SPARTA | | | Products Liability |
| 29 | 10/31/2021 | 0AA94363696 | RES-320554 | 486 | SPARTA | | | Products Liability |
| 30 | 10/31/2021 | 0AA94363696 | RES-333141 | 485 | SPARTA | | | Products Liability |
| 31 | 10/31/2021 | 0AA95923296 | 1075 | 487 | SPARTA | | | Products Liability |
| 32 | 10/31/2021 | 0AA95923296 | 1075 | 499 | SPARTA | | | Products Liability |
| 33 | 10/31/2021 | 0AA95923696 | 1075 | 488 | SPARTA | | | Products Liability |
| 34 | 10/31/2021 | 0AA95923696 | 1075 | 500 | SPARTA | | | Products Liability |
| 35 | 10/31/2021 | 0AA95923896 | 1075 | 489 | SPARTA | | | Products Liability |
| 36 | 10/31/2021 | 0AA95923896 | 1075 | 501 | SPARTA | | | Products Liability |
| 37 | 10/31/2021 | 0AB00640896 | RES-155 | 498 | SPARTA | | | General Liability |
| 38 | 10/31/2021 | 0AB00640701 | RES-29225 | 490 | SPARTA | | | General Liability |
| 39 | 10/31/2021 | 0AB00800801 | RES-29225 | 491 | SPARTA | | | General Liability |
| 40 | 10/31/2021 | 0AB00800901 | RES-29225 | 492 | SPARTA | | | General Liability |
| 41 | 10/31/2021 | 0AB00801001 | RES-29225 | 493 | SPARTA | | | General Liability |
| 42 | 10/31/2021 | 0AB00801101 | 29225 | 494 | SPARTA | | | General Liability |
| 43 | 10/31/2021 | 0AB00801401 | RES-29225 | 495 | SPARTA | | | General Liability |
| 44 | 10/31/2021 | 0B610980P01 | 0100308512 | 510 | SPARTA | | | Fidelity |
| 45 | 10/31/2021 | 0P22063840T | 002729206 | 502 | SPARTA | | | Auto Liability - Commercial |
| 46 | 10/31/2021 | 0P22063840T | 003103601 | 503 | SPARTA | | | Auto Liability - Commercial |
| 47 | 11/30/2021 | 0AA00005501 | 021791 | 506 | SPARTA | | | Auto Physical Damage - C |
| 48 | 11/30/2021 | 0B610980P01 | 0100322429 | 509 | SPARTA | | | Fidelity |
| 49 | 11/30/2021 | 0P22063840T | 003155618 | 464 | SPARTA | | | Auto Liability - Commercial |
| 50 | 12/31/2021 | 0AA00005501 | 022330 | 784 | SPARTA | | | Auto Physical Damage - C |
| 51 | 12/31/2021 | 0AA94076796 | | 513 | SPARTA | | | General Liability |
| 52 | 12/31/2021 | 0AA94080196 | | 514 | SPARTA | | | General Liability |

Redacted

| | Payee | Tran Type | Amount | Check Posted Date | Tran Date | Entry Date | Approval Date | Status |
|---|---|---|---|---|---|---|---|---|
| 1 | Payee | Tran Type | Amount | Check Posted Date | Tran Date | Entry Date | Approval Date | Status |
| 2 | | 4P04 Subrogation Recovery | -4,225.97 | | 3/3/2021 | 10/21/2021 | 10/21/2021 | R |
| 3 | | 4P04 Subrogation Recovery | -13.33 | | 3/3/2021 | 10/21/2021 | 10/21/2021 | R |
| 4 | | 4P04 Subrogation Recovery | -13.33 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | R |
| 5 | | 4P04 Subrogation Recovery | -26.67 | | 4/21/2021 | 10/22/2021 | 10/22/2021 | R |
| 6 | | 4P04 Subrogation Recovery | -13.34 | | 10/5/2021 | 10/5/2021 | 10/5/2021 | O |
| 7 | | 2P21 Legal Fees and Exp - Def of Insured | -37.05 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 8 | | 2P21 Legal Fees and Exp - Def of Insured | -37.05 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 9 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 10 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 11 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 12 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 13 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 14 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 15 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 16 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 17 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 18 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2023 | 10/22/2021 | 10/22/2021 | O |
| 19 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 20 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 21 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 22 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 23 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 24 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 25 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 26 | | 2P21 Legal Fees and Exp - Def of Insured | -4.55 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 27 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 28 | | 2P21 Legal Fees and Exp - Def of Insured | -76.70 | | 3/12/2021 | 10/22/2021 | 10/22/2021 | O |
| 29 | | 2P21 Legal Fees and Exp - Def of Insured | -4.50 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 30 | | 2P21 Legal Fees and Exp - Def of Insured | -76.69 | | 3/3/2021 | 10/22/2021 | 10/22/2021 | O |
| 31 | | 3P30 Indemnity Payment | -1,754.34 | | 10/19/2021 | 10/19/2021 | 10/19/2021 | O |
| 32 | | 4P00 Default Recovery | -1,754.34 | | 10/19/2021 | 10/19/2021 | 10/19/2021 | O |
| 33 | | 3P30 Indemnity Payment | -1,754.34 | | 10/19/2021 | 10/19/2021 | 10/19/2021 | O |
| 34 | | 4P00 Default Recovery | -1,754.34 | | 10/19/2021 | 10/19/2021 | 10/19/2021 | O |
| 35 | | 3P30 Indemnity Payment | -1,754.33 | | 10/19/2021 | 10/19/2021 | 10/19/2021 | O |
| 36 | | 4P00 Default Recovery | -1,754.33 | | 10/19/2021 | 10/19/2021 | 10/19/2021 | O |
| 37 | | 2P21 Legal Fees and Exp - Def of Insured | -43.71 | | 11/5/2021 | 11/5/2021 | 11/5/2021 | R |
| 38 | | 2P21 Legal Fees and Exp - Def of Insured | -34.76 | | 1/23/2021 | 10/22/2021 | 10/22/2021 | R |
| 39 | | 2P21 Legal Fees and Exp - Def of Insured | -34.76 | | 1/23/2021 | 10/22/2021 | 10/22/2021 | R |
| 40 | | 2P21 Legal Fees and Exp - Def of Insured | -34.76 | | 1/23/2021 | 10/22/2021 | 10/22/2021 | R |
| 41 | | 2P21 Legal Fees and Exp - Def of Insured | -34.76 | | 1/23/2021 | 10/22/2021 | 10/22/2021 | R |
| 42 | | 2P21 Legal Fees and Exp - Def of Insured | -34.76 | | 1/23/2021 | 10/22/2021 | 10/22/2021 | R |
| 43 | | 2P21 Legal Fees and Exp - Def of Insured | -34.81 | | 1/23/2021 | 10/22/2021 | 10/22/2021 | R |
| 44 | | 4P04 Subrogation Recovery | -88.62 | | 3/3/2021 | 10/21/2021 | 10/21/2021 | R |
| 45 | | 4P00 Default Recovery | -5,553.20 | | 3/12/2021 | 10/21/2021 | 11/15/2021 | O |
| 46 | | 4P00 Default Recovery | -5,719.80 | | 10/4/2021 | 10/4/2021 | 11/15/2021 | O |
| 47 | | 4P04 Subrogation Recovery | -13.33 | | 11/2/2021 | 11/2/2021 | 11/2/2021 | R |
| 48 | | 4P04 Subrogation Recovery | -132.92 | | 11/23/2021 | 11/23/2021 | 11/23/2021 | R |
| 49 | | 4P00 Default Recovery | -5,719.80 | | 11/11/2021 | 11/11/2021 | 11/15/2021 | O |
| 50 | | 4P04 Subrogation Recovery | -13.33 | | 12/9/2021 | 12/9/2021 | 12/9/2021 | R |
| 51 | | 3P30 Indemnity Payment | 3,181.81 | | 12/16/2021 | 12/16/2021 | 12/17/2021 | R |
| 52 | | 3P30 Indemnity Payment | 3,181.81 | | 12/16/2021 | 12/16/2021 | 12/17/2021 | O |

Redacted

| | Q | R | S | T | U |
|---|---|---|---|---|---|
| 1 | Payment Type | Adjuster Name | UW Co | ded in SQL | |
| 2 | Log Payment | | American Emplo | 3/12/2022 | |
| 3 | Log Payment | | American Emplo | 3/12/2022 | |
| 4 | Log Payment | | American Emplo | 3/12/2022 | |
| 5 | Log Payment | | American Emplo | 3/12/2022 | |
| 6 | Log Payment | | American Emplo | 3/12/2022 | |
| 7 | Log Payment | | American Emplo | 3/12/2022 | |
| 8 | Log Payment | | American Emplo | 3/12/2022 | |
| 9 | Log Payment | | American Emplo | 3/12/2022 | |
| 10 | Log Payment | | American Emplo | 3/12/2022 | |
| 11 | Log Payment | | American Emplo | 3/12/2022 | |
| 12 | Log Payment | | American Emplo | 3/12/2022 | |
| 13 | Log Payment | | American Emplo | 3/12/2022 | |
| 14 | Log Payment | | American Emplo | 3/12/2022 | |
| 15 | Log Payment | | American Emplo | 3/12/2022 | |
| 16 | Log Payment | | American Emplo | 3/12/2022 | |
| 17 | Log Payment | | American Emplo | 3/12/2022 | |
| 18 | Log Payment | | American Emplo | 3/12/2022 | |
| 19 | Log Payment | | American Emplo | 3/12/2022 | |
| 20 | Log Payment | | American Emplo | 3/12/2022 | |
| 21 | Log Payment | | American Emplo | 3/12/2022 | |
| 22 | Log Payment | | American Emplo | 3/12/2022 | |
| 23 | Log Payment | | American Emplo | 3/12/2022 | |
| 24 | Log Payment | | American Emplo | 3/12/2022 | |
| 25 | Log Payment | | American Emplo | 3/12/2022 | |
| 26 | Log Payment | Redacted | American Emplo | 3/12/2022 | |
| 27 | Log Payment | | American Emplo | 3/12/2022 | |
| 28 | Log Payment | | American Emplo | 3/12/2022 | |
| 29 | Log Payment | | American Emplo | 3/12/2022 | |
| 30 | Log Payment | | American Emplo | 3/12/2022 | |
| 31 | Log Payment | | American Emplo | 3/12/2022 | |
| 32 | Log Payment | | American Emplo | 3/12/2022 | |
| 33 | Log Payment | | American Emplo | 3/12/2022 | |
| 34 | Log Payment | | American Emplo | 3/12/2022 | |
| 35 | Log Payment | | American Emplo | 3/12/2022 | |
| 36 | Log Payment | | American Emplo | 3/12/2022 | |
| 37 | Log Payment | | American Emplo | 3/12/2022 | |
| 38 | Log Payment | | American Emplo | 3/12/2022 | |
| 39 | Log Payment | | American Emplo | 3/12/2022 | |
| 40 | Log Payment | | American Emplo | 3/12/2022 | |
| 41 | Log Payment | | American Emplo | 3/12/2022 | |
| 42 | Log Payment | | American Emplo | 3/12/2022 | |
| 43 | Log Payment | | American Emplo | 3/12/2022 | |
| 44 | Log Payment | | American Emplo | 3/12/2022 | |
| 45 | Log Payment | | American Emplo | 3/12/2022 | |
| 46 | Log Payment | | American Emplo | 3/12/2022 | |
| 47 | Log Payment | | American Emplo | 3/12/2022 | |
| 48 | Log Payment | | American Emplo | 3/12/2022 | |
| 49 | Log Payment | | American Emplo | 3/12/2022 | |
| 50 | Log Payment | | American Emplo | 3/12/2022 | |
| 51 | Log Payment | | American Emplo | 3/12/2022 | |
| 52 | Log Payment | | American Emplo | 3/12/2022 | |

Pages 5-245 Omitted

| | As of Date | Claim Number | Check Number | Record Id | Paid By | Claimant | Insured | Coverage |
|---|---|---|---|---|---|---|---|---|
| 4134 | 9/30/2022 | R900000003137 | 1545 | 5822 | SPARTA | | | General Liability |
| 4135 | 9/30/2022 | R900000003138 | 1239 | 5832 | SPARTA | | | General Liability |
| 4136 | 9/30/2022 | R900000003138 | 1352 | 5831 | SPARTA | | | General Liability |
| 4137 | 9/30/2022 | R900000003138 | 1413 | 5830 | SPARTA | | | General Liability |
| 4138 | 9/30/2022 | R900000003138 | 1444 | 5827 | SPARTA | | | General Liability |
| 4139 | 9/30/2022 | R900000003138 | 1495 | 5828 | SPARTA | | | General Liability |
| 4140 | 9/30/2022 | R900000003138 | 1499 | 5833 | SPARTA | | | General Liability |
| 4141 | 9/30/2022 | R900000003138 | 1545 | 5829 | SPARTA | | | General Liability |
| 4142 | 9/30/2022 | R900000003139 | 1239 | 5839 | SPARTA | | | General Liability |
| 4143 | 9/30/2022 | R900000003139 | 1352 | 5838 | SPARTA | | | General Liability |
| 4144 | 9/30/2022 | R900000003139 | 1413 | 5837 | SPARTA | | | General Liability |
| 4145 | 9/30/2022 | R900000003139 | 1444 | 5834 | SPARTA | | | General Liability |
| 4146 | 9/30/2022 | R900000003139 | 1495 | 5835 | SPARTA | | | General Liability |
| 4147 | 9/30/2022 | R900000003139 | 1499 | 5840 | SPARTA | | | General Liability |
| 4148 | 9/30/2022 | R900000003139 | 1545 | 5836 | SPARTA | | | General Liability |
| 4149 | 9/30/2022 | R900000003140 | 1239 | 5846 | SPARTA | | | General Liability |
| 4150 | 9/30/2022 | R900000003140 | 1352 | 5845 | SPARTA | | | General Liability |
| 4151 | 9/30/2022 | R900000003140 | 1444 | 5843 | SPARTA | | | General Liability |
| 4152 | 9/30/2022 | R900000003140 | 1478 | 5844 | SPARTA | | | General Liability |
| 4153 | 9/30/2022 | R900000003140 | 1495 | 5841 | SPARTA | | | General Liability |
| 4154 | 9/30/2022 | R900000003140 | 1533 | 5847 | SPARTA | | | General Liability |
| 4155 | 9/30/2022 | R900000003140 | 1545 | 5842 | SPARTA | | | General Liability |
| 4156 | 9/30/2022 | R900000003148 | 1452 | 5848 | SPARTA | | | General Liability |
| 4157 | 9/30/2022 | R900000003149 | 1452 | 5849 | SPARTA | | | General Liability |
| 4158 | 9/30/2022 | R900000003150 | 1452 | 5850 | SPARTA | | | General Liability |
| 4159 | 9/30/2022 | R900000003151 | 1452 | 5851 | SPARTA | | | General Liability |
| 4160 | 9/30/2022 | R900000003152 | 1382 | 5852 | SPARTA | | | General Liability |
| 4161 | 9/30/2022 | R900000003152 | 1389 | 5853 | SPARTA | | | General Liability |
| 4162 | 9/30/2022 | R900000003170 | 1325 | 5854 | SPARTA | | | General Liability |
| 4163 | 9/30/2022 | R900000003171 | 1447 | 5855 | SPARTA | | | General Liability |
| 4164 | 9/30/2022 | R900000003172 | 1447 | 5856 | SPARTA | | | General Liability |
| 4165 | 9/30/2022 | R900000003178 | 1322 | 5857 | SPARTA | | | General Liability |
| 4166 | 9/30/2022 | R900000003179 | 1322 | 5859 | SPARTA | | | General Liability |
| 4167 | 9/30/2022 | R900000003179 | 1452 | 5858 | SPARTA | | | General Liability |
| 4168 | 9/30/2022 | R900000003180 | 1322 | 5860 | SPARTA | | | General Liability |
| 4169 | 9/30/2022 | R900000003181 | 1452 | 5861 | SPARTA | | | General Liability |
| 4170 | 9/30/2022 | R900000003189 | 1387 | 5862 | SPARTA | | | General Liability |
| 4171 | 9/30/2022 | R900000003190 | 1387 | 5863 | SPARTA | | | General Liability |
| 4172 | 9/30/2022 | R900000003195 | 1327 | 5864 | SPARTA | | | General Liability |
| 4173 | 8/31/2022 | R900000003196 | 1327 | 5865 | SPARTA | | | General Liability |
| | | 0AA94844396 | | 1515 | | | | |

Redacted (Claimant / Insured columns)

| | Payee | Tran Type | Amount | Check Posted Date | Tran Date | Entry Date | Approval Date | Status |
|---|---|---|---|---|---|---|---|---|
| 4133 | Redacted | 2P21 Legal Fees and Exp - Def of Insured | 479.97 | | 44832 | 9/27/2022 | 9/27/2022 | 9/27/2022 | ○ |
| 4134 | | 2P21 Legal Fees and Exp - Def of Insured | (9,021.03) | | 1 | 9/29/2022 | 9/29/2022 | 9/29/2022 | ○ |
| 4135 | | 2P21 Legal Fees and Exp - Def of Insured | 4,919.96 | | 44811 | 9/2/2022 | 9/2/2022 | 9/2/2022 | ○ |
| 4136 | | 2P21 Legal Fees and Exp - Def of Insured | 408.09 | | 44818 | 9/9/2022 | 9/9/2022 | 9/9/2022 | ○ |
| 4137 | | 2P21 Legal Fees and Exp - Def of Insured | 1,751.79 | | 44820 | 9/15/2022 | 9/15/2022 | 9/15/2022 | ○ |
| 4138 | | 2P21 Legal Fees and Exp - Def of Insured | 326.42 | | 44825 | 9/16/2022 | 9/16/2022 | 9/16/2022 | ○ |
| 4139 | | 2P21 Legal Fees and Exp - Def of Insured | 334.41 | | 44827 | 9/22/2022 | 9/22/2022 | 9/22/2022 | ○ |
| 4140 | | 3P30 Indemnity Payment | 479.97 | | 44832 | 9/27/2022 | 9/27/2022 | 9/27/2022 | ○ |
| 4141 | | 2P21 Legal Fees and Exp - Def of Insured | (9,021.03) | | 1 | 9/29/2022 | 9/29/2022 | 9/29/2022 | ○ |
| 4142 | | 2P21 Legal Fees and Exp - Def of Insured | 4,919.96 | | 44811 | 9/2/2022 | 9/2/2022 | 9/2/2022 | ○ |
| 4143 | | 2P21 Legal Fees and Exp - Def of Insured | 408.09 | | 44818 | 9/9/2022 | 9/9/2022 | 9/9/2022 | ○ |
| 4144 | | 2P21 Legal Fees and Exp - Def of Insured | 1,751.79 | | 44820 | 9/15/2022 | 9/15/2022 | 9/15/2022 | ○ |
| 4145 | | 2P21 Legal Fees and Exp - Def of Insured | 326.42 | | 44825 | 9/16/2022 | 9/16/2022 | 9/16/2022 | ○ |
| 4146 | | 3P30 Indemnity Payment | 334.41 | | 44827 | 9/22/2022 | 9/22/2022 | 9/22/2022 | ○ |
| 4147 | | 2P21 Legal Fees and Exp - Def of Insured | 479.96 | | 44832 | 9/27/2022 | 9/27/2022 | 9/27/2022 | ○ |
| 4148 | | 2P21 Legal Fees and Exp - Def of Insured | (9,021.03) | | 1 | 9/29/2022 | 9/29/2022 | 9/2/2022 | ○ |
| 4149 | | 2P21 Legal Fees and Exp - Def of Insured | 4,919.96 | | 44811 | 9/2/2022 | 9/2/2022 | 9/2/2022 | ○ |
| 4150 | | 2P21 Legal Fees and Exp - Def of Insured | 1,751.78 | | 44820 | 9/15/2022 | 9/15/2022 | 9/15/2022 | ○ |
| 4151 | | 2P21 Legal Fees and Exp - Def of Insured | 408.09 | | 44825 | 9/20/2022 | 9/20/2022 | 9/20/2022 | ○ |
| 4152 | | 2P21 Legal Fees and Exp - Def of Insured | 326.42 | | 44825 | 9/16/2022 | 9/16/2022 | 9/16/2022 | ○ |
| 4153 | | 3P30 Indemnity Payment | 334.41 | | 44832 | 9/27/2022 | 9/27/2022 | 9/27/2022 | ○ |
| 4154 | | 2P21 Legal Fees and Exp - Def of Insured | 479.96 | | 44832 | 9/27/2022 | 9/27/2022 | 9/27/2022 | ○ |
| 4155 | | 2P21 Legal Fees and Exp - Def of Insured | 673.65 | | 44820 | 9/15/2022 | 9/15/2022 | 9/15/2022 | ○ |
| 4156 | | 2P21 Legal Fees and Exp - Def of Insured | 673.65 | | 44825 | 9/16/2022 | 9/16/2022 | 9/15/2022 | ○ |
| 4157 | | 2P21 Legal Fees and Exp - Def of Insured | 673.65 | | 44820 | 9/16/2022 | 9/15/2022 | 9/15/2022 | ○ |
| 4158 | | 2P21 Legal Fees and Exp - Def of Insured | 673.65 | | 44820 | 9/15/2022 | 9/15/2022 | 9/15/2022 | ○ |
| 4159 | | 2P21 Legal Fees and Exp - Def of Insured | 970.80 | | 44813 | 9/8/2022 | 9/8/2022 | 9/8/2022 | ○ |
| 4160 | | 3P30 Indemnity Payment | 288.33 | | 44813 | 9/8/2022 | 9/8/2022 | 9/8/2022 | ○ |
| 4161 | | 2P21 Legal Fees and Exp - Def of Insured | 1,553.74 | | 44806 | 8/31/2022 | 8/31/2022 | 8/31/2022 | ○ |
| 4162 | | 3P30 Indemnity Payment | 7,440.91 | | 44820 | 9/14/2022 | 9/14/2022 | 9/14/2022 | ○ |
| 4163 | | 3P30 Indemnity Payment | 7,440.91 | | 44820 | 9/14/2022 | 9/14/2022 | 9/14/2022 | ○ |
| 4164 | | 2P21 Legal Fees and Exp - Def of Insured | 1,447.63 | | 44806 | 9/1/2022 | 9/1/2022 | 9/1/2022 | ○ |
| 4165 | | 2P21 Legal Fees and Exp - Def of Insured | 1,447.63 | | 44806 | 9/1/2022 | 9/1/2022 | 9/1/2022 | ○ |
| 4166 | | 2P21 Legal Fees and Exp - Def of Insured | 32.45 | | 44820 | 9/14/2022 | 9/14/2022 | 9/14/2022 | ○ |
| 4167 | | 2P21 Legal Fees and Exp - Def of Insured | 1,447.62 | | 44806 | 9/1/2022 | 9/1/2022 | 9/1/2022 | ○ |
| 4168 | | 2P21 Legal Fees and Exp - Def of Insured | 32.45 | | 44820 | 9/14/2022 | 9/14/2022 | 9/14/2022 | ○ |
| 4169 | | 3P30 Indemnity Payment | 62.50 | | 44813 | 9/7/2022 | 9/7/2022 | 9/7/2022 | ○ |
| 4170 | | 3P30 Indemnity Payment | 62.50 | | 44813 | 9/7/2022 | 9/7/2022 | 9/7/2022 | ○ |
| 4171 | | 2P21 Legal Fees and Exp - Def of Insured | 1,743.59 | | 44806 | 9/1/2022 | 9/1/2022 | 9/1/2022 | ○ |
| 4172 | | 2P21 Legal Fees and Exp - Def of Insured | 1,743.59 | | 44806 | 9/1/2022 | 9/1/2022 | 9/1/2022 | ○ |
| 4173 | | Reinsurance recoverable | (261,574.58) | | 44806 | 2/8/2022 | 2/8/2022 | 2/8/2022 | ○ |

9,314,166.99

| | 2021 | 2022 |
|---|---|---|
| Loss Adjustment Expense | 283,616 | 5,832,411 |
| Loss Payment | 142,393 | 3,055,746 |
| | 426,010 | 8,888,157 |
| | | 9,314,167 |

OCTOBER 2022 PREFUNDS 2,534,880

| | Q | R | S | T | U |
|---|---|---|---|---|---|
| 1 | Payment Type | Adjuster Name | UW Co | dded in SQL Data | |
| 4133 | Process Check | | American Emplo | 10/12/2022 | |
| 4134 | Log Payment | | American Emplo | 10/12/2022 | |
| 4135 | Process Check | | American Emplo | 10/12/2022 | |
| 4136 | Process Check | | American Emplo | 10/12/2022 | |
| 4137 | Process Check | | American Emplo | 10/12/2022 | |
| 4138 | Process Check | | American Emplo | 10/12/2022 | |
| 4139 | Process Check | | American Emplo | 10/12/2022 | |
| 4140 | Process Check | | American Emplo | 10/12/2022 | |
| 4141 | Log Payment | | American Emplo | 10/12/2022 | |
| 4142 | Process Check | | American Emplo | 10/12/2022 | |
| 4143 | Process Check | | American Emplo | 10/12/2022 | |
| 4144 | Process Check | | American Emplo | 10/12/2022 | |
| 4145 | Process Check | | American Emplo | 10/12/2022 | |
| 4146 | Process Check | | American Emplo | 10/12/2022 | |
| 4147 | Process Check | | American Emplo | 10/12/2022 | |
| 4148 | Log Payment | | American Emplo | 10/12/2022 | |
| 4149 | Process Check | Redacted | American Emplo | 10/12/2022 | |
| 4150 | Process Check | | American Emplo | 10/12/2022 | |
| 4151 | Process Check | | American Emplo | 10/12/2022 | |
| 4152 | Process Check | | American Emplo | 10/12/2022 | |
| 4153 | Process Check | | American Emplo | 10/12/2022 | |
| 4154 | Process Check | | American Emplo | 10/12/2022 | |
| 4155 | Process Check | | American Emplo | 10/12/2022 | |
| 4156 | Process Check | | American Emplo | 10/12/2022 | |
| 4157 | Process Check | | American Emplo | 10/12/2022 | |
| 4158 | Process Check | | American Emplo | 10/12/2022 | |
| 4159 | Process Check | | American Emplo | 10/12/2022 | |
| 4160 | Process Check | | American Emplo | 10/12/2022 | |
| 4161 | Process Check | | American Emplo | 10/12/2022 | |
| 4162 | Process Check | | American Emplo | 10/12/2022 | |
| 4163 | Process Check | | American Emplo | 10/12/2022 | |
| 4164 | Process Check | | American Emplo | 10/12/2022 | |
| 4165 | Process Check | | American Emplo | 10/12/2022 | |
| 4166 | Process Check | | American Emplo | 10/12/2022 | |
| 4167 | Process Check | | American Emplo | 10/12/2022 | |
| 4168 | Process Check | | American Emplo | 10/12/2022 | |
| 4169 | Process Check | | American Emplo | 10/12/2022 | |
| 4170 | Process Check | | American Emplo | 10/12/2022 | |
| 4171 | Process Check | | American Emplo | 10/12/2022 | |
| 4172 | Process Check | | American Emplo | 10/12/2022 | |
| 4173 | Log Payment | | American Emplo | 3/22/2022 | |
| 4174 | | | | | |
| 4175 | | | | | |
| 4176 | | | | | |
| 4177 | | | | | |
| 4178 | | | | | |
| 4179 | | | | | |
| 4180 | | | | | |
| 4181 | | | | | |
| 4182 | | | | | |
| 4183 | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | As of Date | Claim Number | Check Number | Record Id | Paid By | Claimant | Insured | Coverage |
| 4184 | | | | | | | | |
| 4185 | | | | | | | | |

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Payee | Tran Type | Amount | Check Posted Date | Tran Date | Entry Date | Approval Date | Status |
| 4184 | | | | | | | | |
| 4185 | | | **GRAND TOTAL PAID ITD** | **11,849,047** | | | | |

| | Q | R | S | T | U |
|---|---|---|---|---|---|
| 1 | Payment Type | Adjuster Name | UW Co | nbkd in SQL DB | |
| 4184 | | | | | |
| 4185 | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BU | Ledger | Account | Account Name | Period | Trans Date | Jrnal Num | Jrnal Line | USD | D C | Type | Jrnal Source | Transaction Reference |
| 2 | | | | | | | | | | | | | |
| 3 | SIC | A | 101602 | Other Receivable | 2021012 | 12/31/2021 | 4329 | 2 | 169,050.00 | D | JE | TLP | AEIC reclass TPA Fees |
| 4 | SIC | A | 101602 | Other Receivable | 2022002 | 2/4/2022 | 4490 | 2 | 112,700.00 | D | WSPA | SAB | AMERICAN EMP FEES FEB22 |
| 5 | SIC | A | 101602 | Other Receivable | 2022004 | 4/26/2022 | 4697 | 2 | 112,700.00 | D | WSPA | SAB | AMERICAN EMP FEES APR22 |
| 6 | SIC | A | 101602 | Other Receivable | 2022006 | 6/3/2022 | 4804 | 2 | 56,350.00 | D | WSPA | SAB | AMERICAN EMP FEES JUNE22 |
| 7 | SIC | A | 101602 | Other Receivable | 2022007 | 7/14/2022 | 4902 | 2 | 56,350.00 | D | WSPA | SAB | AMERICAN EMP FEES JUL22 |
| 8 | SIC | A | 101602 | Other Receivable | 2022008 | 8/11/2022 | 4951 | 2 | 56,350.00 | D | WSPA | SAB | AMERICAN EMP FEES AUG22 |
| 9 | SIC | A | 101602 | Other Receivable | 2022009 | 9/15/2022 | 5031 | 2 | 56,350.00 | D | WSPA | SAB | AMERICAN EMP FEES SEPT2 |
| 10 | | | | | | | | | 619,850.00 | | | | |
| 11 | | | | | | | | | | | | | |

| Journal Description | Date | BLOB/ Line | Contract | BU | State | Department | AY | UWY | PIC | Service Center |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Other Receivable | | | | | | | | | | |
| SERVICE FEES JAN22-FEB22 AMERICAN EMPLOYERS CLAIM | 1/6/2022 | | | | | | | | | |
| SERVICE FEES MAR22-APR22 AMERICAN EMPLOYERS CLAIM | 2/25/2022 | | | | | | | | | |
| SERVICE FEES MAY2 AMERICAN EMPLOYERS CLAIMS | 5/6/2022 | | | | | | | | | |
| SERVICE FEES JUNE22 AMERICAN EMPLOYERS CLAIMS | 6/14/2022 | | | | | | | | | |
| SERVICE FEES JUL22 AMERICAN EMPLOYERS CLAIMS | 7/20/2022 | | | | | | | | | |
| SERVICE FEES JUL22 AMERICAN EMPLOYERS CLAIMS | 8/24/2022 | | | | | | | | | |
| | 9/30/2022 | | | | | | | | | |
| | | | | | | | | | | |

| | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|
| 1 | ASL | Posting Date | Poster ID | Creator ID | Date |
| 2 | | | | | |
| 3 | | 3/4/2022 | DEC | TLP | 1/6/2022 10:58 |
| 4 | | SAB | 2/25/2022 13:54 | | |
| 5 | | SAB | 5/6/2022 7:14 | | |
| 6 | | SAB | 6/14/2022 10:56 | | |
| 7 | | SAB | 7/20/2022 11:43 | | |
| 8 | | SAB | 8/24/2022 15:35 | | |
| 9 | | SAB | 9/30/2022 13:22 | | |
| 10 | | | | | |
| 11 | | | | | |