# EXHIBIT G

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

500 BOYLSTON STREET

BOSTON, MASSACHUSETTS 02116
———
TEL: (617) 573-4800

FAX: (617) 573-4822

www.skadden.com

DIRECT DIAL
(617) 573-4800
DIRECT FAX
(617) 305-4800
EMAIL ADDRESS
James.Carroll@SKADDEN.COM

FIRM/AFFILIATE OFFICES

CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

February 3, 2023

**BY FEDERAL EXPRESS**

Samuel C. Kaplan  
Boies Schiller Flexner LLP  
1401 New York Avenue, N.W.  
Washington, DC 20005

John F. Dew  
Cohen, Kinne, Valicenti & Cook  
28 North Street, 3rd Floor  
Pittsfield, MA 01201

Maxwell V. Pritt  
Erika Nyborg-Burch  
Mariah J. Noah  
Boies Schiller Flexner LLP  
44 Montgomery Street, 41st Floor  
San Francisco, CA 94104

Jeffrey Silver  
Pennsylvania Insurance Company  
10805 Old Mill Road  
Omaha, NE 68154

RE:     SPARTA Indemnification Claim dated November 7, 2022

Dear Counsel:

I write on behalf of SPARTA Insurance Company ("SPARTA") in reference to the Stock Purchase Agreement ("SPA") among Pennsylvania General Insurance Company ("PGIC"), OneBeacon Insurance Company ("OneBeacon"), and SPARTA Insurance Holdings, Inc. (now known as SPARTA) dated as of March 12, 2007.

SPARTA has previously provided Pennsylvania Insurance Company ("PIC," formerly PGIC) with notice under Section 8.1 of the SPA of various claims that relate to insurance policies originally issued by American Employers' Insurance Company ("AEIC"), for which PGIC agreed to indemnify SPARTA under the SPA. (*See, e.g.*, Correspondence attached as Ex. A.)  To date, PGIC has never informed SPARTA that it would assume the defense of any such AEIC claims.

On November 7, 2022, SPARTA advised PIC that SPARTA had expended $11,849,047 on certain of the previously noticed claims incurred through September 30, 2022 ("the November 7, 2022 Section 8.3 Notice").  SPARTA requested that PIC remit payment to SPARTA in that amount.  Our records indicate that this notice was delivered to Mr. Jeff Silver on November 8, 2022.  To date, PGIC has not served written notice that PIC disagrees with the amount of the Claim set forth in the November 7, 2022 Section 8.3 Notice.

Because more than thirty (30) business days have passed since PIC's receipt of SPARTA's November 7, 2022 Section 8.3 Notice, the amount set forth in that notice "shall conclusively be deemed to have been accepted by the indemnifying party and to be the agreed amount which the indemnified party, and in the event the Purchaser is the indemnified party, the Company, are entitled to receive by way of indemnification from the indemnification party."  (SPA, Section 8.3.)  Accordingly, PIC was required to, but did not, remit the agreed amount of $11,849,047 to SPARTA within five (5) business days of the amount being conclusively determined, *i.e.*, December 15, 2022, the time provided in Section 8.4 of the SPA.

If we do not receive payment from you promptly, we will be required to take further steps to seek relief from the Court for PIC's breach of its indemnification obligations.  The payment should be sent to the bank account identified in Exhibit B attached hereto.

We further note that PIC is responsible for the handling and defense of these claims under the SPA and the Instrument of Transfer and Assumption between PGIC and AEIC dated June 15, 2005.  Until PIC confirms that it will satisfy its contractual obligations to SPARTA by administering and paying these claims, SPARTA will continue to protect its interest and to protect AEIC policyholders by handling claims tendered against AEIC policies, under full reservation of rights, via A.G. Risk Management, Inc.  The amounts set forth in the Section 8.3 Notice were provided without prejudice to SPARTA's right to recover additional amounts expended in furtherance of resolving these or other claims for which PIC is responsible, and to SPARTA's right to recover legal fees it has incurred or will incur due to PGIC's failure to satisfy its obligations to SPARTA.  SPARTA will provide PIC with any such additional amounts expended by SPARTA periodically.

Very truly yours,

James R. Carroll