UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SPARTA INSURANCE COMPANY :
(as successor in interest to Sparta Insurance
Holdings, Inc.), :

               Plaintiff, : Civil Action
                                         No. 21-11205-FDS
   v. :

PENNSYLVANIA GENERAL INSURANCE :
COMPANY (now known as Pennsylvania
Insurance Company), :

               Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## JOINT MOTION TO AMEND THE
## SCHEDULING ORDER AND STATUS UPDATE TO THE COURT

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1, Plaintiff SPARTA Insurance Company (formerly known as Sparta Insurance Holdings, Inc.) ("SPARTA") and Defendant Pennsylvania General Insurance Company (now known as Pennsylvania Insurance Company) ("PGIC") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this joint motion to update the Court on the parties' ongoing settlement discussions (as previewed at the June 27, 2023 status conference) and to jointly move to amend the current scheduling order entered on June 27, 2023 [ECF 97].

As grounds for this Joint Motion, the Parties state as follows:

1. The Court held a status conference on June 27, 2023.

2. As previewed at the status conference, since that time the Parties have been engaged in settlement discussions and have been focusing their efforts on exploring whether a negotiated resolution of this action could be possible. Those discussions remain ongoing.

3. The Parties respectfully request that the Court extend the deadlines for party fact discovery, expert discovery and summary judgment motions to allow the Parties additional time to explore whether a negotiated business settlement is possible before the Parties incur further litigation expenses on fact and expert discovery.

4. Accordingly, the Parties jointly request that the Court enter the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery completed as to party discovery | August 25, 2023 | November 3, 2023 |
| Parties to serve opening expert reports | September 8, 2023 | November 17, 2023 |
| Parties to serve rebuttal expert reports | October 6, 2023 | December 15, 2023 |
| Expert depositions completed | October 27, 2023 | January 19, 2024 |
| Motions for Summary Judgment filed | November 7, 2023 | February 2, 2024 |
| Oppositions to Motions for Summary Judgment filed | December 5, 2023 | March 1, 2024 |
| Summary Judgment Replies filed | December 19, 2023 | March 15, 2024 |

5. A [Proposed] Amended Scheduling Order is attached hereto as Exhibit A.

6. The Parties also request that the status conference currently scheduled for August 29, 2023, be rescheduled for the earliest date convenient to the Court after November 3, 2023 (the proposed deadline for fact discovery).

WHEREFORE, the Parties respectfully request that the Court allow their Joint Motion and enter the [Proposed] Amended Scheduling Order attached hereto as Exhibit A.

| | |
|---|---|
| Dated: August 7, 2023<br>Boston, Massachusetts | Respectfully submitted, |

| | |
|---|---|
| */s/ Samuel C. Kaplan*<br>Samuel C. Kaplan (admitted pro hac vice)<br>skaplan@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>Maxwell V. Pritt (admitted pro hac vice)<br>mpritt@bsfllp.com<br>Reed D. Forbush (admitted pro hac vice)<br>rforbush@bsfllp.com<br>Mariah J. Noah (admitted pro hac vice)<br>mnoah@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293-6800<br>Facsimile: (415) 293-6899<br><br>John F. Dew (BBO #668467)<br>jdew@cohenkinne.com<br>COHEN, KINNE, VALICENTI & COOK 28<br>North Street, 3rd Floor<br>Pittsfield, MA 01201<br>Telephone: (413) 443-9399<br>Facsimile: (413) 442-9399<br><br>*Counsel for Defendant* | */s/ Christopher G. Clark*<br>James R. Carroll (BBO #554426)<br>Christopher G. Clark (BBO #663455)<br>Catherine A. Fisher (BBO #686163)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>christopher.clark@skadden.com<br>catherine.fisher@skadden.com<br><br>*Counsel for Plaintiff* |