# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SPARTA INSURANCE COMPANY                         :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                                 :

          Plaintiff,                       :    Civil Action
                                                 No. 21-11205-FDS
   v.                                           :

PENNSYLVANIA GENERAL INSURANCE  :
COMPANY (now known as Pennsylvania
Insurance Company),                              :

          Defendant.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## [PROPOSED] AMENDED SCHEDULING ORDER

Upon the Parties' Joint Motion to Amend Scheduling Order And Status Update To The Court, and all other papers and proceedings herein, the deadlines in this case are hereby set as follows:

| Event | Deadline |
|---|---|
| Fact discovery completed as to party discovery | November 3, 2023 |
| Parties to serve opening expert reports | November 17, 2023 |
| Parties to serve rebuttal expert reports | December 15, 2023 |
| Expert depositions completed | January 19, 2024 |
| Motions for Summary Judgment filed | February 2, 2024 |
| Oppositions to Motions for Summary Judgment filed | March 1, 2024 |
| Summary Judgment Replies filed | March 15, 2024 |

SO ORDERED:

Dated: _____, 2023

                                                            _____
                                                            F. Dennis Saylor, IV
                                                            Chief Judge, United States District Court