UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPARTA INSURANCE COMPANY              :
(as successor in interest to Sparta Insurance
Holdings, Inc.),                      :

              Plaintiff,              :    Civil Action
                                           No. 21-11205-FDS
      v.                              :

PENNSYLVANIA GENERAL INSURANCE        :
COMPANY (now known as Pennsylvania
Insurance Company),                   :

              Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**TRANSMITTAL DECLARATION OF CHRISTOPHER G. CLARK
IN SUPPORT OF PLAINTIFF SPARTA INSURANCE COMPANY'S MOTION
TO COMPEL THE DEPOSITION OF DEFENDANT PENNSYLVANIA GENERAL
INSURANCE COMPANY'S OFFICER AND DIRECTOR STEVEN M. MENZIES**

       I, CHRISTOPHER G. CLARK, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

       1.    I am a member of the Bar of the Commonwealth of Massachusetts, admitted to practice before this Court, and am an attorney with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Plaintiff SPARTA Insurance Company ("SPARTA") in the above-captioned action.

       2.    I respectfully submit this declaration in support of SPARTA's Motion To Compel The Deposition Of Defendant Pennsylvania General Insurance Company's Officer And Director Steven M. Menzies, and to provide the Court true and correct copies of the following documents:

| **Exhibit** | **Document** |
|---|---|
| 1. | Notice of Deposition of Steven M. Menzies dated April 3, 2023 |
| 2. | Notice of Deposition of Steven M. Menzies dated September 1, 2023 |
| 3. | Defendant PGIC's Initial Disclosures dated October 14, 2022 |
| 4. | 2012 Stock Purchase Agreement by and between North American Casualty Co. and OneBeacon Insurance Group LLC (excerpt)[1] |
| 5. | Disclosure Schedule to the 2012 Stock Purchase Agreement by and between North American Casualty Co. and OneBeacon Insurance Group LLC (excerpt) |
| 6. | Compendium of PGIC Annual and Quarterly Statements filed for the time periods 2012 to 2023 (excerpts) |
| 7. | Deposition Transcript of Defendant PGIC taken October 25-26, 2023 (excerpt) |
| 8. | September 1-4, 2023 email chain between counsel for the parties |
| 9. | September 8-11, 2023 email chain between counsel for the parties |
| 10. | December 13, 2023 email between counsel for the parties |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2023, in Boston, Massachusetts.

/s/ Christopher G. Clark
Christopher G. Clark (BBO #663455)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
christopher.clark@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*

---

[1] SPARTA is filing herewith excerpts of certain documents that include only the portions relevant to the resolution of the current motion. SPARTA is doing so to reduce the burden on the Court associated with reviewing voluminous documents and to avoid the need to file documents containing confidential information under seal. Counsel for SPARTA will promptly submit the complete version of any document upon request of the Court.