# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPARTA INSURANCE COMPANY :
(as successor in interest to Sparta Insurance
Holdings, Inc.), :

          Plaintiff, : Civil Action
                                                 No. 21-11205-FDS

  v. :

PENNSYLVANIA GENERAL INSURANCE :
COMPANY (now known as Pennsylvania
Insurance Company), :

         Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF SPARTA INSURANCE COMPANY'S**
**NOTICE OF DEPOSITION OF STEVEN M. MENZIES**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff SPARTA Insurance Company ("SPARTA") will take the deposition upon oral examination of Steven M. Menzies at 10:00 a.m. CT on April 27, 2023, at the offices of Lamson Dugan & Murray LLP, 10306 Regency Parkway Drive, Omaha, NE 68114, or as otherwise agreed by the parties, before a notary public or other officer authorized by law to administer oaths. The deposition will be recorded by audiovisual and stenographic means and will continue from day to day until completed.

You are invited to attend and cross-examine.

Dated: April 3, 2023
      Boston, Massachusetts

Respectfully submitted,

/s/ *[signature]*

_____

James R. Carroll (BBO #554426)
Christopher G. Clark (BBO #663455)
Catherine A. Fisher (BBO #686163)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.clark@skadden.com
catherine.fisher@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, the foregoing document was served by first-class mail, postage prepaid and by electronic mail upon:

Samuel C. Kaplan
skaplan@bsfllp.com
Boies Schiller Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005

Maxwell V. Pritt
mpritt@bsfllp.com
Erika Nyborg-Burch
enyborg-burch@bsfllp.com
Mariah J. Noah
mnoah@bsfllp.com
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

John F. Dew
jdew@cohenkinne.com
Cohen, Kinne, Valicenti & Cook
28 North Street, 3rd Floor
Pittsfield, MA 01201

Christopher G. Clark

3