# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| SPARTA INSURANCE COMPANY<br>(as successor in interest to Sparta Insurance Holdings, Inc.), | : <br> : <br> : |
| Plaintiff, | :    Civil Action <br>      No. 21-11205-FDS |
| v. | : |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : <br> : <br> : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF SPARTA INSURANCE COMPANY'S
NOTICE OF DEPOSITION OF STEVEN M. MENZIES**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff SPARTA Insurance Company ("SPARTA") will take the deposition upon oral examination of Steven M. Menzies at 10:00 a.m. CT on October 2, 2023, at the offices of Lamson Dugan & Murray LLP, 10306 Regency Parkway Drive, Omaha, NE 68114, or as otherwise agreed by the parties, before a notary public or other officer authorized by law to administer oaths.  The deposition will be recorded by audiovisual and stenographic means and will continue from day to day until completed.

You are invited to attend and cross-examine.

Dated:  September 1, 2023                        Respectfully submitted,
       Boston, Massachusetts

_____
James R. Carroll (BBO #554426)
Christopher G. Clark (BBO #663455)
Catherine A. Fisher (BBO #686163)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.clark@skadden.com
catherine.fisher@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2023, the foregoing document was served by electronic mail pursuant to a written agreement between the parties upon:

Samuel C. Kaplan
skaplan@bsfllp.com
Boies Schiller Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005

Maxwell V. Pritt
mpritt@bsfllp.com
Mariah J. Noah
mnoah@bsfllp.com
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

John F. Dew
jdew@cohenkinne.com
Cohen, Kinne, Valicenti & Cook
28 North Street, 3rd Floor
Pittsfield, MA 01201

                          Christopher G. Clark