# EXHIBIT 4

## STOCK PURCHASE AGREEMENT

**THIS STOCK PURCHASE AGREEMENT** (this "Agreement") is made and entered into as of **June 8, 2012** (the "Effective Date"), by and between OneBeacon Insurance Group LLC, a Delaware limited liability company (the "Seller") and North American Casualty Co., a Nebraska corporation (the "Buyer"). (The Seller and the Buyer are sometimes referred to individually as a "Party" and, collectively, as the "Parties".) Unless otherwise defined in this Agreement or the context clearly requires otherwise, all initially capitalized terms used in this Agreement are defined in Section 11.13.

### BACKGROUND

**WHEREAS**, the Seller owns all of the issued and outstanding shares of capital stock of Pennsylvania General Insurance Company, a stock insurance company domiciled in the Commonwealth of Pennsylvania (the "Company");

**WHEREAS**, the Seller desires to sell to the Buyer, and the Buyer desires to purchase from the Seller, all of the issued and outstanding shares of capital stock of the Company upon and subject to the terms and conditions set forth herein; and

**WHEREAS**, the Buyer's intent in acquiring such shares of capital stock of the Company is that, as of the Closing, the Company shall be an entity (a) the assets of which consist only of (i) its corporate franchise, (ii) its licenses and authorizations to conduct the business of insurance as specified in such licenses and authorizations and (iii) Deposits which, collectively, have an aggregate Market Value equal to the Capital Amount (as defined herein), and (iv) any Net Cash Surplus (as defined herein).

**NOW, THEREFORE**, the Parties, in consideration of the mutual covenants and agreements hereinafter set forth, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, intending to be legally bound, each do hereby promise and agree as follows:

### ARTICLE I

### Purchase and Sale of Stock

1.1. Purchase of Stock. Upon and subject to the terms and conditions set forth in this Agreement, at the Closing, the Seller shall sell, transfer, assign and deliver to the Buyer, and the Buyer shall purchase, acquire and accept from the Seller, 60,000 shares of common stock of the Company, $70.00 par value per share (the "Shares"), which Shares constitute all of the issued and outstanding shares of capital stock of the Company, free and clear of all Encumbrances.

1

## ARTICLE XI

### Miscellaneous

11.1 **Expenses.** Except as may be otherwise specifically provided for herein, the Parties hereto shall pay their own fees and expenses incurred in connection with this Agreement and the transactions contemplated by this Agreement.

11.2 **Notices.** All notices and other communications required or permitted to be given hereunder shall be in writing and shall be considered to be given and received in all respects on the date when it is hand delivered, one Business Day after it is sent by prepaid express or courier delivery service, or if it is sent by facsimile transmission the date it is actually received by the receiving equipment, or five days after it is deposited in the United States mail, certified mail, postage prepaid, return receipt requested, in each case addressed as follows, or to such other address as shall be designated by notice duly given:

IF TO THE BUYER:   North American Casualty Co.
                              10805 Old Mill Road
                              Omaha, NE 68154
                              Attention: Mr. Steven M. Menzies, President
                              Facsimile: 402-393-8558
                              Telephone: 402-342-4900
                              Email: steve@auw.com

                              With a Copy To:
                              Mr. Jeffrey A. Silver
                              Executive Vice President and General Counsel
                              Facsimile: 402-393-8558
                              Telephone: 402-342-4900
                              Email: jeffreysilver@silver-law.net

IF TO THE SELLER:   OneBeacon Insurance Company
                              600 Carlson Parkway
                              Minnetonka, Minnesota 55305
                              Attention: Paul H. McDonough
                              Facsimile:
                              Telephone: 952-852-6020
                              Email: pmcdonough@onebeacon.com

                              With a Copy to:
                              Maureen Phillips
                              Senior Vice President and General Counsel

"Tax Return" means and includes any return, declaration, report, estimate, claim for refund, or information return or statement filed with a Governmental Authority relating to Taxes, or any other document required to be filed with a Governmental Authority with respect to Taxes, including any schedule or attachment thereto, and any amendment thereof.

"Taxes" means and includes any and all United States, state, local, municipal and foreign income, accumulated earnings, franchise, capital stock, profits, gross receipts, sales, use, value added, transfer, registration, stamp, premium, excise, real property, personal property, ad valorem, occupancy, license, occupation, employment, payroll, social security, disability, unemployment, workers' compensation, withholding, or other taxes, levies, assessments, social security obligations, deficiencies, fees or other governmental charges from time to time imposed by or required to be paid to any Governmental Authority (including penalties and additions to tax thereon, penalties for failure to file a return or report, and interest on any of the foregoing).

"Walk Away Date" has the meaning set forth in Section 9.1(b)

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first above written.

**SELLER:**

**ONEBEACON INSURANCE GROUP LLC**

By: *[signature]*
Name: T. Michael Miller
Title: President and Chief Executive Officer

**BUYER:**

**NORTH AMERICAN CASUALTY CO.**

By: *[signature]*
Name: Steven M. Menzies
Title: President

47