# EXHIBIT 5

## INTRODUCTION

Reference is made to the Purchase Agreement, dated June 8, 2012 (the "Agreement"), by and between OneBeacon Insurance Group LLC, a Delaware limited liability company ("Seller"), and North American Casualty Co., a Nebraska corporation ("Buyer"). Capitalized words used herein but not defined shall have the meanings ascribed thereto in the Agreement.

These Schedules are qualified in their entirety by reference to specific provisions of the Agreement, and are not intended to constitute, and shall not be construed as constituting, any separate representation, warranty, covenant or agreement of the Seller and shall not broaden or expand the representations, warranties, covenants or agreements of the Seller contained in the Agreement. The inclusion of any specific item or matter in any of these Schedules is not intended to imply that such item or matter so included, or other items or matters, are or are not material or that any item or matter so included has had or would reasonably be expected to have a Material Adverse Effect, and no party to the Agreement shall use the fact of the inclusion of any such item or matter in any dispute or controversy between the parties to the Agreement as to whether any item or matter (including any item or matter not included in any of these Schedules) is or is not material for purposes of the Agreement. No disclosure in these Schedules relating to any possible breach or violation of any Contract, Permit or Applicable Law shall be construed as an admission or indication that such breach or violation exists or has actually occurred. A disclosure by the Seller in any Schedule contained herein shall be deemed to be disclosed in any other Schedule as to which it is reasonably apparent from the face of such disclosure that such disclosure is applicable to such other Schedule, notwithstanding the absence of a reference or cross-reference thereto. Headings have been inserted in these Schedules for convenience of reference only and shall not have the effect of amending any provision of the Agreement or any of the disclosures contained in these Schedules. These Schedules and all information contained herein are confidential.

I

The Administrative Services Agreement by and between The Camden Fire Insurance Association (/) Pennsylvania General Insurance Company and AutoOne Insurance Company dated February 22, 2012

Purchase Agreement by and among OneBeacon Insurance Company, The Camden Fire Insurance Association, Pennsylvania General Insurance Company, OneBeacon U.S. Financial Services, Inc. and Interboro Holdings, Inc. dated as of August 30, 2011

==Instrument of Transfer and Assumption agreement by and between American Employers Insurance Company and Pennsylvania General Insurance Company dated June 15, 2005 [Note that American Employers Insurance Company is no longer an Affiliate of the Company]==

Instrument of Transfer and Assumption agreement by and between American Central Insurance Company and Pennsylvania General Insurance Company dated June 30, 2006

Adverse Development Agreement of Reinsurance between CGU Insurance Company and twenty six of its affiliated insurance entities including Pennsylvania General Insurance Company, on the one hand, and Potomac Insurance Company dated April 13, 2001

Aggregate Loss Portfolio Reinsurance between Potomac Insurance Company (Boston Massachusetts) and National Indemnity Company (Omaha Nebraska) dated March 14, 2001

(a) (iv)
Trust Agreement by and among Pennsylvania General Insurance Company, Tower Insurance Company of New York and Wells Fargo Bank, N.A. dated as of July 1, 2010. As a result of the sale of OneBeacon's personal lines business effective July 1, 2010, the Company entered a reinsurance transaction with Tower Insurance Company of New York in which Tower reinsured all of the personal lines loss reserves of the Company. A related trust was established by Tower and PGIC is the beneficiary of the trust.

(a) (vi)
The agreements listed in items (vi)(A) 1 and 2 which follow contain indemnifications from the listed OneBeacon Insurance Group entities including the Company to Tower Group, Inc. and to The Hanover Insurance Group, Inc., respectively.

(a) (vi) (A)

1. Purchase Agreement among OneBeacon Insurance Group, Ltd., OneBeacon Insurance Group LLC, OneBeacon America Insurance Company, The Employers' Fire insurance Company, The Camden Fire Insurance Association, Homeland

27

The Company anticipates it will contract at Closing with OneBeacon Insurance Company to transfer through a transfer and assumption agreement all of its liabilities resulting from policies previously issued by the Company but expired as of Closing.

The Amended and Restated Reinsurance (Pooling) Agreement dated as of January 1, 2011 among OneBeacon Insurance Company and certain of its affiliated insurance companies including the Company, as amended by Amendment No. 1 thereto dated as of April 1, 2004 and Amendment No. 2 thereto dated as of July 1, 2004

The Tax Allocation Agreement dated December 31, 2001, as amended December 31, 2004 and July 1, 2010, by and among Fund American Enterprises Holdings, Inc., and the other parties named thereunder including the Company

Investment Management Agreement between the Company and White Mountains Advisors LLC dated October 1, 2010

The Reinsurance Agreement by and Among The Camden Fire Insurance Association (/) Pennsylvania General Insurance Company (Company) and AutoOne Insurance Company (Reinsurer) dated February 22, 2012

The Administrative Services Agreement by and between The Camden Fire Insurance Association (/) Pennsylvania General Insurance Company and AutoOne Insurance Company dated February 22, 2012

==Instrument of Transfer and Assumption agreement by and between American Employers Insurance Company and Pennsylvania General Insurance Company dated June 15, 2005 [Note that American Employers Insurance Company is no longer an Affiliate of the Company]==

Instrument of Transfer and Assumption agreement by and between American Central Insurance Company and Pennsylvania General Insurance Company dated June 30, 2006

Adverse Development Agreement of Reinsurance between CGU Insurance Company and twenty six of its affiliated insurance entities including Pennsylvania General Insurance Company, on the one hand, and Potomac Insurance Company dated April 13, 2001

Aggregate Loss Portfolio Reinsurance between Potomac Insurance Company (Boston Massachusetts) and National Indemnity Company (Omaha Nebraska) dated March 14, 2001

Purchase Agreement by and among OneBeacon Insurance Company, The Camden Fire Insurance Association, Pennsylvania General Insurance Company, OneBeacon U.S. Financial Services, Inc. and Interboro Holdings, Inc. dated as of August 30, 2011

PGIC_0021855

## Schedule 4.1.20
## Interested Transactions

(a) (i)

The Company anticipates it will contract at Closing with OneBeacon Insurance Company to cede as reinsurance all of its liabilities relating to the Runoff Policies at Closing, in the form of agreement that has previously been provided to Buyer.

The Company anticipates it will contract at Closing with OneBeacon Insurance Company to transfer through a transfer and assumption agreement all of its liabilities resulting from policies previously issued by the Company but expired as of Closing.

The Amended and Restated Reinsurance (Pooling) Agreement dated as of January 1, 2011 among OneBeacon Insurance Company and certain of its affiliated insurance companies including the Company, as amended by Amendment No. 1 thereto dated as of April 1, 2004 and Amendment No. 2 thereto dated as of July 1, 2004

The Tax Allocation Agreement dated December 31, 2001, as amended December 31, 2004 and July 1, 2010, by and among Fund American Enterprises Holdings, Inc., and the other parties named thereunder including the Company

Investment Management Agreement between the Company and White Mountains Advisors LLC dated October 1, 2010

The Reinsurance Agreement by and Among The Camden Fire Insurance Association (/) Pennsylvania General Insurance Company (Company) and AutoOne Insurance Company (Reinsurer) dated February 22, 2012

The Administrative Services Agreement by and between The Camden Fire Insurance Association (/) Pennsylvania General Insurance Company and AutoOne Insurance Company dated February 22, 2012

Instrument of Transfer and Assumption agreement by and between American Employers Insurance Company and Pennsylvania General Insurance Company dated June 15, 2005 [Note – this agreement was an Interested Transaction at the date of execution, but American Employers Insurance Company is no longer an Affiliate]

Instrument of Transfer and Assumption agreement by and between American Central Insurance Company and Pennsylvania General Insurance Company dated June 30, 2006

Adverse Development Agreement of Reinsurance between CGU Insurance Company and twenty six of its affiliated insurance entities including Pennsylvania General Insurance Company, on the one hand, and Potomac Insurance Company dated April 13, 2001

PGIC_0021865