# EXHIBIT 6

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
### For the Year Ended December 31, 2012
#### OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| NAIC Group Code | 00031 (Current Period) | , | 01129 (Prior Period) | NAIC Company Code | 21962 | Employer's ID Number | 23-1471444 |

Organized under the Laws of __Iowa__, State of Domicile or Port of Entry __Iowa__

Country of Domicile __United States__

Incorporated/Organized __08/15/1955__  Commenced Business __10/04/1955__

Statutory Home Office __425 2nd Street SE, Suite 1010__ , __Cedar Rapids, IA, USA 52401__
(Street and Number) (City or Town, State, Country and Zip Code)

Main Administrative Office __10805 Old Mill Road__  __Omaha, NE, USA 68154-2607__  __402-827-3424__
(Street and Number) (City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Mail Address __P.O. Box 3646__ , __Omaha, NE, USA 68103-0646__
(Street and Number or P.O. Box) (City or Town, State, Country and Zip Code)

Primary Location of Books and Records __10805 Old Mill Road__  __Omaha, NE, USA 68154-2607__  __402-827-3424__
(Street and Number) (City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Internet Web Site Address __www.auw.com__

Statutory Statement Contact __Robert L. Stafford__  __402-827-3424-4094__
(Name) (Area Code) (Telephone Number) (Extension)

__rstafford@auw.com__  __402-827-3432__
(E-Mail Address) (Fax Number)

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies # | President | Steven M. Menzies # | Treasurer |
| Jeffrey A. Silver # | Secretary | | |

### OTHER OFFICERS

| Robert L. Stafford # | Vice President | Ellen M. Gardiner # | Vice President |

### DIRECTORS OR TRUSTEES

| Sidney R. Ferenc # | Steven M. Menzies # | Jeffrey A. Silver # | Marc M. Tract # |
| Jon M. McCright # | | | |

State of .............. Nebraska ..............

ss

County of .............. Douglas ..............

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies | Steven M. Menzies | Jeffrey A. Silver |
| President | Treasurer | Secretary |

Subscribed and sworn to before me
this ____ 1st ____ day of ____ March, 2013 ____

a. Is this an original filing?  Yes [ X ]  No [ ]
b. If no:
1. State the amendment number
2. Date filed
3. Number of pages attached

Kelly J. Freeman, Insurance Accounting Supervisor
03/19/13

PGIC 30(b)(6)

EX 0031

T.A. 10.25.23

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
### For the Year Ended December 31, 2013
OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| | | | | |
|---|---|---|---|---|
| NAIC Group Code | 00031 (Current Period) | 00031 (Prior Period) NAIC Company Code | 21962 | Employer's ID Number 23-1471444 |
| Organized under the Laws of | Iowa | | State of Domicile or Port of Entry | Iowa |
| Country of Domicile | | United States | | |
| Incorporated/Organized | 08/15/1955 | | Commenced Business | 10/04/1955 |
| Statutory Home Office | 526 Second Avenue SE, P.O. Box 2457 (Street and Number) | | Cedar Rapids, IA, USA 52406-2457 (City or Town, State, Country and Zip Code) | |
| Main Administrative Office | 10805 Old Mill Road (Street and Number) | | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) |
| Mail Address | P.O. Box 3646 (Street and Number or P.O. Box) | | Omaha, NE, USA 68103-0646 (City or Town, State, Country and Zip Code) | |
| Primary Location of Books and Records | 10805 Old Mill Road (Street and Number) | | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) |
| Internet Web Site Address | | www.auw.com | | |
| Statutory Statement Contact | Robert L. Stafford (Name) | | 402-827-3424-4094 (Area Code) (Telephone Number) (Extension) | |
| | rstafford@auw.com (E-Mail Address) | | 402-827-3432 (Fax Number) | |

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President | Steven M. Menzies | Treasurer |
| Jeffrey A. Silver | Secretary | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Robert L. Stafford | Vice President | Ellen M. Gardiner | Vice President |

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| Sidney R. Ferenc | Steven M. Menzies | Jeffrey A. Silver | Marc M. Tract |
| Jon M. McCright | | | |

State of ............................ Nebraska .............................  
County of ........................... Douglas .............................  
ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies President | Steven M. Menzies Treasurer | Jeffrey A. Silver Secretary |
|---|---|---|
| Subscribed and sworn to before me this 3rd day of March, 2014 | a. Is this an original filing? Yes [ X ] No [ ]  b. If no:  1. State the amendment number  2. Date filed  3. Number of pages attached | |

Bryan J. Connolly, Senior Insurance Accountant
11/27/2017

PGIC 30(b)(6)  
EX 0032  
T.A. 10.25.23

PGIC_0008968

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION 

# ANNUAL STATEMENT
### For the Year Ended December 31, 2014
### OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| NAIC Group Code | 00031 (Current Period) | 00031 (Prior Period) | NAIC Company Code 21962 | Employer's ID Number | 23-1471444 |
| Organized under the Laws of | | Iowa | , State of Domicile or Port of Entry | | Iowa |
| Country of Domicile | | | United States | | |
| Incorporated/Organized | | 08/15/1955 | Commenced Business | | 10/04/1955 |
| Statutory Home Office | | 526 Second Avenue SE, P.O. Box 2457 (Street and Number) | , | Cedar Rapids, IA, USA 52406-2453 (City or Town, State, Country and Zip Code) | |
| Main Administrative Office | | 10805 Old Mill Road (Street and Number) | | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) |
| Mail Address | | P.O. Box 3646 (Street and Number or P.O. Box) | , | Omaha, NE, USA 68103-0646 (City or Town, State, Country and Zip Code) | |
| Primary Location of Books and Records | | 10805 Old Mill Road (Street and Number) | | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) |
| Internet Web Site Address | | | www.auw.com | | |
| Statutory Statement Contact | | Robert L. Stafford (Name) | | 402-827-3424-4094 (Area Code) (Telephone Number) (Extension) | |
| | rstafford@auw.com (E-Mail Address) | | | 402-827-3432 (Fax Number) | |

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President | Sidney R. Ferenc | Chief Executive Officer |
| Steven M. Menzies | Treasurer | Jeffrey A. Silver | Secretary |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Robert L. Stafford | Vice President | Ellen M. Gardiner | Vice President |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Sidney R. Ferenc | Steven M. Menzies | Jeffrey A. Silver | Marc M. Tract |
| Jon M. McCright | | | |

State of Nebraska  
County of Douglas  } ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| Steven M. Menzies  President | Steven M. Menzies  Treasurer | Jeffrey A. Silver  Secretary |

a. Is this an original filing?  Yes [ X ] No [  ]
b. If no:
   1. State the amendment number
   2. Date filed
   3. Number of pages attached

Subscribed and sworn to before me  
this _____ 2nd _____ day of _____ March, 2015 _____

Bryan J. Connolly, Insurance Accounting Supervisor  
11/27/2017

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
### For the Year Ended December 31, 2015
OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| NAIC Group Code | 00031 (Current Period) | 00031 (Prior Period) | NAIC Company Code | 21962 | Employer's ID Number 23-1471444 |

Organized under the Laws of __Iowa__, State of Domicile or Port of Entry __Iowa__

Country of Domicile __United States__

Incorporated/Organized __08/15/1955__    Commenced Business __10/04/1955__

Statutory Home Office __526 Second Avenue SE, P.O. Box 2457__ (Street and Number) , __Cedar Rapids, IA, USA 52406-2453__ (City or Town, State, Country and Zip Code)

Main Administrative Office __10805 Old Mill Road__ (Street and Number) __Omaha, NE, USA 68154-2607__ (City or Town, State, Country and Zip Code) __402-827-3424__ (Area Code) (Telephone Number)

Mail Address __P.O. Box 3646__ (Street and Number or P.O. Box) , __Omaha, NE, USA 68103-0646__ (City or Town, State, Country and Zip Code)

Primary Location of Books and Records __10805 Old Mill Road__ (Street and Number) __Omaha, NE, USA 68154-2607__ (City or Town, State, Country and Zip Code) __402-827-3424__ (Area Code) (Telephone Number)

Internet Web Site Address __www.auw.com__

Statutory Statement Contact __Robert L. Stafford__ (Name)  __402-827-3424-4094__ (Area Code) (Telephone Number) (Extension)

__rstafford@auw.com__ (E-Mail Address)  __402-827-3432__ (Fax Number)

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President | Sidney R. Ferenc | Chief Executive Officer |
| Steven M. Menzies | Treasurer | Jeffrey A. Silver | Secretary |

### OTHER OFFICERS

Robert L. Stafford, Vice President

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Sidney R. Ferenc | Steven M. Menzies | Jeffrey A. Silver | Marc M. Tract |
| Jon M. McCright | | | |

State of __Nebraska__

County of __Douglas__ ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies President | Steven M. Menzies Treasurer | Jeffrey A. Silver Secretary |
|---|---|---|

Subscribed and sworn to before me this __1st__ day of __March, 2016__

a. Is this an original filing?   Yes [ X ] No [ ]
b. If no:
1. State the amendment number
2. Date filed
3. Number of pages attached

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2019

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
### For the Year Ended December 31, 2016
### OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| | | | |
|---|---|---|---|
| NAIC Group Code  00031 (Current Period) , 00031 (Prior Period) | NAIC Company Code  21962 | Employer's ID Number  23-1471444 | |
| Organized under the Laws of  Iowa | , State of Domicile or Port of Entry  Iowa | | |
| Country of Domicile  United States | | | |
| Incorporated/Organized  08/15/1955 | Commenced Business  10/04/1955 | | |
| Statutory Home Office  526 Second Avenue SE, P.O. Box 2457 (Street and Number) | , Cedar Rapids, IA, US 52406-2453 (City or Town, State, Country and Zip Code) | | |
| Main Administrative Office  10805 Old Mill Road (Street and Number) | Omaha, NE, US 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) | |
| Mail Address  P.O. Box 3646 (Street and Number or P.O. Box) | , Omaha, NE, US 68103-0646 (City or Town, State, Country and Zip Code) | | |
| Primary Location of Books and Records  10805 Old Mill Road (Street and Number) | Omaha, NE, US 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) | |
| Internet Web Site Address  www.auw.com | | | |
| Statutory Statement Contact  Robert L. Stafford (Name) | 402-827-3424-4094 (Area Code) (Telephone Number) (Extension) | | |
| rstafford@auw.com (E-Mail Address) | 402-827-3432 (Fax Number) | | |

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President | Sidney R. Ferenc | Chief Executive Officer |
| Steven M. Menzies | Treasurer | Jeffrey A. Silver | Secretary |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Robert L. Stafford | Vice President | | |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Sidney R. Ferenc | Steven M. Menzies | Jeffrey A. Silver | Marc M. Tract |
| Jon M. McCright | | | |

State of ............ Nebraska ............
County of ........... Douglas ............     ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| Steven M. Menzies  President | Steven M. Menzies  Treasurer | Jeffrey A. Silver  Secretary |
| Subscribed and sworn to before me  this   1st   day of   March, 2017 | a. Is this an original filing?   Yes [ X ] No [ ]  b. If no:  1. State the amendment number  2. Date filed  3. Number of pages attached | |

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2019

PGIC 30(b)(6)
EX 0035
T.A. 10.25.23

PGIC_0010128

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION

# ANNUAL STATEMENT
### For the Year Ended December 31, 2017
OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| NAIC Group Code | 00031 (Current Period) | , | 00031 (Prior Period) | NAIC Company Code | 21962 | Employer's ID Number | 23-1471444 |
|---|---|---|---|---|---|---|---|

Organized under the Laws of __Iowa__, State of Domicile or Port of Entry __Iowa__
Country of Domicile __United States__
Incorporated/Organized __08/15/1955__     Commenced Business __10/04/1955__
Statutory Home Office __526 Second Avenue SE, P.O. Box 2457__ , __Cedar Rapids, IA, USA 52406-2453__
(Street and Number) (City or Town, State, Country and Zip Code)
Main Administrative Office __10805 Old Mill Road__ __Omaha, NE, USA 68154-2607__ __402-827-3424__
(Street and Number) (City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)
Mail Address __P.O. Box 3646__ , __Omaha, NE, USA 68103-0646__
(Street and Number or P.O. Box) (City or Town, State, Country and Zip Code)
Primary Location of Books and Records __10805 Old Mill Road__ __Omaha, NE, USA 68154-2607__ __402-827-3424__
(Street and Number) (City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)
Internet Web Site Address __www.auw.com__
Statutory Statement Contact __Robert L. Stafford__ __402-827-3424-4094__
(Name) (Area Code) (Telephone Number) (Extension)
__rstafford@auw.com__  __402-827-3432__
(E-Mail Address) (Fax Number)

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President | Sidney R. Ferenc | Chief Executive Officer |
| Steven M. Menzies | Treasurer | Jeffrey A. Silver | Secretary |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Robert L. Stafford | Vice President | | |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Sidney R. Ferenc | Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver |
| Marc M. Tract | | | |

State of __Nebraska__
                                    ss
County of __Douglas__

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies President | Steven M. Menzies Treasurer | Jeffrey A. Silver Secretary |
|---|---|---|

a. Is this an original filing?  Yes [ X ] No [ ]
Subscribed and sworn to before me
this __1st__ day of __March, 2018__
b. If no:
1. State the amendment number
2. Date filed
3. Number of pages attached

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2019

**PGIC 30(b)(6)**
**EX 0036**
T.A. 10.25.23

PGIC_0010438

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
### For the Year Ended December 31, 2018
OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| NAIC Group Code | 00031 (Current Period) | , | 00031 (Prior Period) | NAIC Company Code | 21962 | Employer's ID Number | 23-1471444 |
|---|---|---|---|---|---|---|---|

Organized under the Laws of **Iowa**, State of Domicile or Port of Entry **Iowa**
Country of Domicile **United States**
Incorporated/Organized **08/15/1955**   Commenced Business **10/04/1955**
Statutory Home Office **526 Second Avenue SE, P.O. Box 2457**, **Cedar Rapids, IA, USA 52406-2457**
 (Street and Number) (City or Town, State, Country and Zip Code)
Main Administrative Office **10805 Old Mill Road**   **Omaha, NE, USA 68154-2607**   **402-827-3424**
 (Street and Number) (City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)
Mail Address **P.O. Box 3646**, **Omaha, NE, USA 68103-0646**
 (Street and Number or P.O. Box) (City or Town, State, Country and Zip Code)
Primary Location of Books and Records **10805 Old Mill Road**   **Omaha, NE, USA 68154-2607**   **402-827-3424**
 (Street and Number) (City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)
Internet Web Site Address **www.auw.com**
Statutory Statement Contact **Robert L. Stafford**   **402-827-3424-4094**
 (Name) (Area Code) (Telephone Number) (Extension)
**rstafford@auw.com**   **402-827-3432**
 (E-Mail Address) (Fax Number)

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Sidney R. Ferenc | Chairman | Steven M. Menzies | President/Chief Executive Officer |
| Steven M. Menzies | Treasurer | Jeffrey A. Silver | Secretary |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Justin N. Smith # | Vice President | Robert L. Stafford | Vice President |

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| Sidney R. Ferenc | Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver |
| Marc M. Tract | | | |

State of Nebraska
County of Douglas       ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies | Steven M. Menzies | Jeffrey A. Silver |
|---|---|---|
| President/Chief Executive Officer | Treasurer | Secretary |

a. Is this an original filing?   Yes [ X ] No [ ]
Subscribed and sworn to before me        b. If no:
this   1st   day of   March, 2019        1. State the amendment number _____
        2. Date filed _____
        3. Number of pages attached _____

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2019

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
### For the Year Ended December 31, 2019
OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| NAIC Group Code | 04962 (Current Period) | , | 00031 (Prior Period) | NAIC Company Code | 21962 | Employer's ID Number | 23-1471444 |
|---|---|---|---|---|---|---|---|

Organized under the Laws of  Iowa , State of Domicile or Port of Entry  Iowa
Country of Domicile  United States
Incorporated/Organized  08/15/1955   Commenced Business  10/04/1955
Statutory Home Office  526 Second Avenue SE, P.O. Box 2457 , Cedar Rapids, IA, USA 52406-2457
(Street and Number)   (City or Town, State, Country and Zip Code)
Main Administrative Office  10805 Old Mill Road   Omaha, NE, USA 68154-2607   402-827-3424
(Street and Number)   (City or Town, State, Country and Zip Code)   (Area Code) (Telephone Number)
Mail Address  P.O. Box 3646 , Omaha, NE, USA 68103-0646
(Street and Number or P.O. Box)   (City or Town, State, Country and Zip Code)
Primary Location of Books and Records  10805 Old Mill Road   Omaha, NE, USA 68154-2607   402-827-3424
(Street and Number)   (City or Town, State, Country and Zip Code)   (Area Code) (Telephone Number)
Internet Web Site Address  www.auw.com
Statutory Statement Contact  Robert L. Stafford   402-827-3424-4094
(Name)   (Area Code) (Telephone Number) (Extension)
rstafford@auw.com   402-827-3432
(E-Mail Address)   (Fax Number)

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President/Chief Executive Officer | Steven M. Menzies | Treasurer |
| Jeffrey A. Silver | Secretary | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Justin N. Smith | Vice President | Robert L. Stafford | Vice President |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver | Robert L. Stafford # |
| Marc M. Tract | | | |

State of ............................Nebraska..............................
                                                                ss
County of .............................Douglas.............................

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies | Steven M. Menzies | Jeffrey A. Silver |
|---|---|---|
| President/Chief Executive Officer | Treasurer | Secretary |

a. Is this an original filing? Yes [ ] No [ X ]
b. If no:
Subscribed and sworn to before me
this  18th  day of  May, 2020
1. State the amendment number   1
2. Date filed   05/20/2020
3. Number of pages attached   1

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2023

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
## For the Year Ended December 31, 2020
### OF THE CONDITION AND AFFAIRS OF THE
### Pennsylvania Insurance Company

| | | | |
|---|---|---|---|
| NAIC Group Code 04962 (Current Period), 04962 (Prior Period) | NAIC Company Code 21962 | Employer's ID Number 23-1471444 | |
| Organized under the Laws of New Mexico | | State of Domicile or Port of Entry New Mexico | |
| Country of Domicile United States | | | |
| Incorporated/Organized 08/15/1955 | | Commenced Business 10/04/1955 | |
| Statutory Home Office 308 Catron Street (Street and Number) | | Santa Fe, NM, USA 87501 (City or Town, State, Country and Zip Code) | |
| Main Administrative Office 10805 Old Mill Road (Street and Number) | | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) |
| Mail Address P.O. Box 3646 (Street and Number or P.O. Box) | | Omaha, NE, USA 68103-0646 (City or Town, State, Country and Zip Code) | |
| Primary Location of Books and Records 10805 Old Mill Road (Street and Number) | | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) |
| Internet Web Site Address | | www.auw.com | |
| Statutory Statement Contact Robert L. Stafford (Name) | | 402-827-3424-4094 (Area Code) (Telephone Number) (Extension) | |
| rstafford@auw.com (E-Mail Address) | | 402-827-3432 (Fax Number) | |

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President/Chief Executive Officer | Steven M. Menzies | Treasurer |
| Jeffrey A. Silver | Secretary | | |

## OTHER OFFICERS

| | | | |
|---|---|---|---|
| Justin N. Smith | Vice President | Robert L. Stafford | Vice President |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver | Robert L. Stafford |
| Marc M. Tract | | | |

State of ................... Nebraska ...................
ss
County of ................... Douglas ...................

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies President/Chief Executive Officer | Steven M. Menzies Treasurer | Jeffrey A. Silver Secretary |
|---|---|---|
| Subscribed and sworn to before me this 24th day of February, 2021 | a. Is this an original filing? Yes [ X ] No [ ] b. If no: 1. State the amendment number 2. Date filed 3. Number of pages attached | |

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2023

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# ANNUAL STATEMENT
### For the Year Ended December 31, 2021
### OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| | | | | |
|---|---|---|---|---|
| NAIC Group Code  04962 (Current Period), 04962 (Prior Period) | NAIC Company Code 21962 | | Employer's ID Number 23-1471444 | |
| Organized under the Laws of New Mexico | | State of Domicile or Port of Entry | | New Mexico |
| Country of Domicile | | United States | | |
| Incorporated/Organized 08/15/1955 | | Commenced Business | | 10/04/1955 |
| Statutory Home Office | 308 Catron Street (Street and Number) | , | Santa Fe, NM, USA 87501 (City or Town, State, Country and Zip Code) | |
| Main Administrative Office | 10805 Old Mill Road (Street and Number) | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) | |
| Mail Address | P.O. Box 3646 (Street and Number or P.O. Box) | , | Omaha, NE, USA 68103-0646 (City or Town, State, Country and Zip Code) | |
| Primary Location of Books and Records | 10805 Old Mill Road (Street and Number) | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | 402-827-3424 (Area Code) (Telephone Number) | |
| Internet Web Site Address | | www.auw.com | | |
| Statutory Statement Contact | Robert L. Stafford (Name) | | 402-827-3424-4094 (Area Code) (Telephone Number) (Extension) | |
| rstafford@auw.com (E-Mail Address) | | | 402-827-3432 (Fax Number) | |

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President/Chief Executive Officer | Steven M. Menzies | Treasurer |
| Jeffrey A. Silver | Secretary | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Justin N. Smith | Vice President | Robert L. Stafford | Vice President |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver | Robert L. Stafford |
| Marc M. Tract | | | |

State of ............... Nebraska ...............
County of ............... Douglas ...............   ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies President/Chief Executive Officer | Steven M. Menzies Treasurer | Jeffrey A. Silver Secretary |
|---|---|---|
| Subscribed and sworn to before me this 23rd day of February, 2022 | a. Is this an original filing?  Yes [ X ]  No [  ]  b. If no:  1. State the amendment number  2. Date filed  3. Number of pages attached | |

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2023



PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION

# ANNUAL STATEMENT
### For the Year Ended December 31, 2022
### OF THE CONDITION AND AFFAIRS OF THE
## Pennsylvania Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| NAIC Group Code | 04962 (Current Period) | 04962 (Prior Period) | NAIC Company Code  21962 | Employer's ID Number | 23-1471444 |
| Organized under the Laws of | | New Mexico | , State of Domicile or Port of Entry | | New Mexico |
| Country of Domicile | | | United States | | |
| Incorporated/Organized | | 08/15/1955 | Commenced Business | | 10/04/1955 |
| Statutory Home Office | | 308 Catron Street (Street and Number) | , | Santa Fe, NM, USA 87501 (City or Town, State, Country and Zip Code) | |
| Main Administrative Office | | 10805 Old Mill Road (Street and Number) | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | | 402-827-3424 (Area Code) (Telephone Number) |
| Mail Address | | P.O. Box 3646 (Street and Number or P.O. Box) | , | Omaha, NE, USA 68103-0646 (City or Town, State, Country and Zip Code) | |
| Primary Location of Books and Records | | 10805 Old Mill Road (Street and Number) | Omaha, NE, USA 68154-2607 (City or Town, State, Country and Zip Code) | | 402-827-3424 (Area Code) (Telephone Number) |
| Internet Web Site Address | | | www.auw.com | | |
| Statutory Statement Contact | | Robert L. Stafford (Name) | | 402-827-3424-4094 (Area Code) (Telephone Number) (Extension) | |
| | rstafford@auw.com (E-Mail Address) | | | 402-827-3432 (Fax Number) | |

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President/Chief Executive Officer | Steven M. Menzies | Treasurer |
| Jeffrey A. Silver | Secretary | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Justin N. Smith | Vice President | Robert L. Stafford | Vice President |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver | Robert L. Stafford |
| Marc M. Tract | | | |

State of ................ Nebraska ................
County of ................ Douglas ................
ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Steven M. Menzies President/Chief Executive Officer | Steven M. Menzies Treasurer | Jeffrey A. Silver Secretary |
|---|---|---|

Subscribed and sworn to before me
this _____ 23rd _____ day of _____ February, 2023 _____

a. Is this an original filing?   Yes [ X ] No [ ]
b. If no:
1. State the amendment number _____
2. Date filed _____
3. Number of pages attached _____

Patricia Y. Ahern, Insurance Accounting Supervisor
08/26/2023

PGIC_0021449

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION



# QUARTERLY STATEMENT

### AS OF JUNE 30, 2022
### OF THE CONDITION AND AFFAIRS OF THE

## Pennsylvania Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| NAIC Group Code | 04962 (Current Period) | 04962 (Prior Period) | NAIC Company Code 21962 | Employer's ID Number | 23-1471444 |

Organized under the Laws of __New Mexico__, State of Domicile or Port of Entry __New Mexico__

Country of Domicile __United States__

Incorporated/Organized __08/15/1955__   Commenced Business __10/04/1955__

Statutory Home Office __308 Catron Street__ (Street and Number) __Santa Fe, NM, USA 87501__ (City or Town, State, Country and Zip Code)

Main Administrative Office __10805 Old Mill Road__ (Street and Number) __Omaha, NE, USA 68154-2607__ (City or Town, State, Country and Zip Code) __402-827-3424__ (Area Code) (Telephone Number)

Mail Address __P.O. Box 3646__ (Street and Number or P.O. Box) __Omaha, NE, USA 68103-0646__ (City or Town, State, Country and Zip Code)

Primary Location of Books and Records __10805 Old Mill Road__ (Street and Number) __Omaha, NE, USA 68154-2607__ (City or Town, State, Country and Zip Code) __402-827-3424__ (Area Code) (Telephone Number)

Internet Web Site Address __www.auw.com__

Statutory Statement Contact __Robert L. Stafford__ (Name) __402-827-3424-4094__ (Area Code) (Telephone Number) (Extension)

__rstafford@auw.com__ (E-Mail Address)   __402-827-3432__ (Fax Number)

### OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President/Chief Executive Officer | Steven M. Menzies | Treasurer |
| Jeffrey A. Silver | Secretary | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Justin N. Smith | Vice President | Robert L. Stafford | Vice President |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver | Robert L. Stafford |
| Marc M. Tract | | | |

State of __Nebraska__

County of __Douglas__ ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| Steven M. Menzies | Steven M. Menzies | Jeffrey A. Silver |
| President/Chief Executive Officer | Treasurer | Secretary |

a. Is this an original filing?   Yes [X] No [ ]

b. If no:
 1. State the amendment number
 2. Date filed
 3. Number of pages attached

Subscribed and sworn to before me this __10th__ day of __August, 2022__

Patricia V. Ahern, Insurance Accounting Supervisor
08/26/2023

PATRICIA V. AHERN
General Notary State of Nebraska
My Commission Expires
August 26, 2023



PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION

# QUARTERLY STATEMENT
### AS OF JUNE 30, 2023
### OF THE CONDITION AND AFFAIRS OF THE
## Pennsylvania Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| NAIC Group Code | 04962 (Current Period) | , 04962 (Prior Period) | NAIC Company Code 21962 | Employer's ID Number | 23-1471444 |

Organized under the Laws of **New Mexico**, State of Domicile or Port of Entry **New Mexico**

Country of Domicile **United States**

Incorporated/Organized **08/15/1955**   Commenced Business **10/04/1955**

Statutory Home Office: **308 Catron Street**, **Santa Fe, NM, US 87501**

Main Administrative Office: **10805 Old Mill Road**, **Omaha, NE, US 68154-2607**, **402-827-3424**

Mail Address: **P.O. Box 3646**, **Omaha, NE, US 68103-0646**

Primary Location of Books and Records: **10805 Old Mill Road**, **Omaha, NE, US 68154-2607**, **402-827-3424**

Internet Web Site Address: **www.auw.com**

Statutory Statement Contact: **Robert L. Stafford**, **402-827-3424-4094**
**rstafford@auw.com**, Fax: **402-827-3432**

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Steven M. Menzies | President/Chief Executive Officer | Steven M. Menzies | Treasurer |
| Jeffrey A. Silver | Secretary | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Justin N. Smith | Vice President | Robert L. Stafford | Vice President |

## DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| Jon M. McCright | Steven M. Menzies | Jeffrey A. Silver | Robert L. Stafford |
| Marc M. Tract | | | |

State of ...........Nebraska...........
County of ...........Douglas........... ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| Steven M. Menzies | Steven M. Menzies | Jeffrey A. Silver |
| President/Chief Executive Officer | Treasurer | Secretary |

a. Is this an original filing?   Yes [X] No [ ]

Subscribed and sworn to before me this
___11th___ day of ___August, 2023___

b. If no:
1. State the amendment number
2. Date filed
3. Number of pages attached

Amy C. Singleton, Controller
10/18/2024

PGIC 30(b)(6)
EX 0043
T.A. 10.25.23