# EXHIBIT 8

**From:** Samuel Kaplan
**To:** Fisher, Catherine (BOS); Mariah Noah; Maxwell Pritt; Jack F. Dew
**Subject:** [Ext] RE: SPARTA v. PGIC, No. 21-11205-FDS
**Date:** 9/4/2023 3:07:00 PM
**CC:** Carroll, James R (BOS); Clark, Christopher G (BOS)
**BCC:**

**Message:**
Hi Catherine,

We are able to accept service of the depositions.  However, as discussed previously and agreed upon by the parties, there is no basis at this stage for noticing depositions of Steve Menzies and Alan Quasha or of Applied Underwriters (AUI) and North American Casualty.  Neither Mr. Menzies and Mr. Quasha has unique knowledge of any issue in this case, and so deposing them would be unduly duplicative and a waste of resources.  Further, both are apex depositions requiring at a minimum a showing that they have unique knowledge before noticing the deposition.  Conducting separate 30(b)(6) depositions of AUI and NAC also would be a waste of both parties' resources inasmuch as the topics largely overlap across the notices, and the companies do not have unique knowledge on these subjects, would designate the same witness to testify about them (Jeff Silver), and would rely on the same materials to prepare.  To the extent that there are topics in the AUI or NAC notice that are not in the PIC notice, Plaintiff can include them as part of a 30(b)(6) notice to PIC.  While the topics may be objectionable for other reasons (as to which PIC reserves all rights), PIC would not object on the grounds that the notice should have been directed to AUI and NAC and would prepare for the deposition using the same materials that an NAC or AUI designee would use.  Happy to discuss further when we meet and confer later in the week on the various issues we have identified related to SPARTA's discovery responses.

As to dates for the PGIC 30(b)(6) and proposed Silver depositions, we have conflicts during the proposed September 25-27 dates but would be available the next week (October 2-6).

Best,

Sam


**Samuel C. Kaplan**
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t)  +1 202 274-1163
skaplan@bsfllp.com

---

**From:** Fisher, Catherine <Catherine.Fisher@skadden.com>
**Sent:** Friday, September 1, 2023 9:19 AM
**To:** Mariah Noah <mnoah@bsfllp.com>; Samuel Kaplan <skaplan@bsfllp.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Jack F. Dew <jdew@cohenkinne.com>
**Cc:** Carroll, James R <James.Carroll@skadden.com>; Christopher Clark

1

<Christopher.Clark@skadden.com>
**Subject:** SPARTA v. PGIC, No. 21-11205-FDS

All,

Attached please find Plaintiff SPARTA Insurance Company's renewed notices of depositions of the following entities and individuals:
1. Defendants Pennsylvania General Insurance Company
2. Steven Menzies
3. Alan Quasha
4. Jeffrey Silver
5. Applied Underwriters, Inc.
6. North American Casualty Company

You previously informed us that you were representing the non-party entities and individuals listed above as well as PGIC.  Please confirm whether that is still the case, and whether you can accept service of deposition subpoenas on their behalf.

Best,

Catherine

**Catherine Fisher**
**Skadden, Arps, Slate, Meagher & Flom LLP**
500 Boylston Street | Boston | Massachusetts | 02116
**T: +1.617.573.4867** | **F: +1.617.305.4867**
catherine.fisher@skadden.com

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

_____