# EXHIBIT 10

| | |
|---|---|
| **From:** | Clark, Christopher G (BOS) |
| **To:** | Samuel Kaplan |
| **Subject:** | SPARTA v. PGIC (D. Mass.) |
| **Date:** | 12/13/2023 8:59:00 PM |
| **CC:** | Carroll, James R (BOS); Fisher, Catherine (BOS); 'Maxwell Pritt'; Mariah Noah; Jack F. Dew; Victoria Scordato; Andrew Rambo |
| **BCC:** | |

**Message:**
Sam,

I'm writing further to our telephone call today concerning SPARTA's continued request to depose Steven Menzies.

As I explained, SPARTA continues to believe that Mr. Menzies has relevant information and that SPARTA is entitled to take his deposition.

We can complete that deposition efficiently in half a day.  In a further effort to compromise and reach agreement, we would take the deposition on a date convenient to you and Mr. Menzies.  We also would take Mr. Menzies's deposition at a mutually agreed location in Boston, New York City, or Washington, D.C. – and we would agree to take the deposition at your office as we did for the PGIC corporate deposition.

Please let us know.  With the close of fact discovery upcoming, I do feel obligated to raise the issue with the Court soon absent an agreement to produce Mr. Menzies for deposition.

Thanks,
Chris

**Christopher G. Clark**
**Skadden, Arps, Slate, Meagher & Flom LLP**
500 Boylston Street | Boston | Massachusetts | 02116
T: 617.573.4868 | F: 617.305.4868
christopher.clark@skadden.com