UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPARTA INSURANCE COMPANY :
(as successor in interest to Sparta Insurance
Holdings, Inc.), :

        Plaintiff, : Civil Action
                                                 No. 21-11205-FDS
   v. :

PENNSYLVANIA GENERAL INSURANCE : **ORAL ARGUMENT SCHEDULED**
COMPANY (now known as Pennsylvania **FOR MAY 1, 2025**
Insurance Company), : <u>**AT 11:00 A.M. (DKT. NO. 176)**</u>

        Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF SPARTA INSURANCE COMPANY'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff SPARTA Insurance Company ("SPARTA") hereby moves for summary judgment in its favor on all counts of the Second Amended Complaint (ECF No. 90) filed by SPARTA against defendant Pennsylvania General Insurance Company ("PGIC") on the ground that the undisputed facts show that SPARTA is entitled to judgment thereon as a matter of law.

The grounds for this Motion are set forth in the accompanying memorandum of law. This Motion also is supported by (i) SPARTA's Local Rule 56.1 Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried, filed herewith, and (ii) the Declaration Of Christopher G. Clark In Support Of SPARTA's Motion For Summary Judgment and exhibits thereto, filed herewith. A Proposed Order Granting Plaintiff SPARTA Insurance Company's Motion For Summary Judgment is attached hereto as Exhibit A.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), SPARTA respectfully requests oral argument on this Motion and understands that the Court has scheduled such oral argument for May 1, 2025, at 11:00 a.m. (Dkt. No. 176).

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel for SPARTA hereby certifies that they have conferred with counsel for PGIC, who have advised that PGIC opposes the relief requested.

Dated: January 6, 2025  
       Boston, Massachusetts

Respectfully submitted,

/s/ *Christopher G. Clark*  
James R. Carroll (BBO #554426)  
Christopher G. Clark (BBO #663455)  
Catherine A. Fisher (BBO #686163)  
Anne E. Rabon (BBO #709625)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, Massachusetts 02116  
(617) 573-4800  
james.carroll@skadden.com  
christopher.clark@skadden.com  
catherine.fisher@skadden.com  
anne.rabon@skadden.com

*Counsel for Plaintiff*  
*SPARTA Insurance Company*