UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPARTA INSURANCE COMPANY :
(as successor in interest to Sparta Insurance
Holdings, Inc.), :

              Plaintiff, : Civil Action
                                No. 21-11205-FDS
  v. :
                                   **REDACTED PUBLIC VERSION**
PENNSYLVANIA GENERAL INSURANCE : **AS OF JANUARY 6, 2025**
COMPANY (now known as Pennsylvania
Insurance Company), :

             Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF
## CHRISTOPHER G. CLARK IN SUPPORT OF PLAINTIFF
## SPARTA INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

       I, CHRISTOPHER G. CLARK, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

       1.     I am a member of the Bar of the Commonwealth of Massachusetts, admitted to practice before this Court, and am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Plaintiff SPARTA Insurance Company ("SPARTA") in the above-captioned action.

       2.     I respectfully submit this declaration in support of SPARTA's Motion For Summary Judgment filed herewith, and to provide the Court true and correct copies of the following documents.[1]

---

[1] SPARTA has submitted excerpts of certain documents and omitted attachments to others to minimize the volume of pages submitted. SPARTA has indicated in the document description where documents have been excerpted or attachments have been omitted. SPARTA will submit the full version of any document or attachment upon request of the Court.

3.  **The 2005 Transfer And Assumption Agreement And The 2007 Stock Purchase Agreement That SPARTA And PGIC Are Parties To.**  Exhibit Nos. 1-7 are contracts that SPARTA and defendant Pennsylvania General Insurance Company ("PGIC") are parties to and documents related to those contracts.  SPARTA respectfully submits that the plain language of these documents allow the Court to grant summary judgment to SPARTA on the first two counts of SPARTA's Complaint, which seek a declaration that PGIC is liable to SPARTA under (i) the Instrument of Transfer and Assumption between PGIC and American Employers' Insurance Company ("AEIC"), dated June 15, 2005 (the "2005 T&A"), and (ii) the Stock Purchase Agreement by and between PGIC, OneBeacon Insurance Company ("OBIC"), and SPARTA Insurance Holdings, Inc. ("SPARTA Holdings"), dated March 12, 2007 (the "2007 SPA").

| Exhibit | Document | Short Cite |
|---|---|---|
| 1. | Instrument of Transfer and Assumption between PGIC and AEIC, dated June 15, 2005 (SPARTA-00000001) (PGIC Ex. 1)[2] | 2005 T&A |
| 2. | Stock Purchase Agreement by and between PGIC, OBIC, and SPARTA Holdings, dated March 12, 2007 (PGIC_0004097) (PGIC Ex. 2) | 2007 SPA |
| 3. | Excerpt of Closing Materials for the 2007 SPA reflecting the Cross-Receipt dated August 9, 2007 (SPARTA-00079681) | Cross-Receipt |
| 4. | Amendment No. 1 to the 2007 SPA, signed by SPARTA Holdings, PGIC, and OBIC, dated March 27, 2007 (PGIC_0004196) (PGIC Ex. 3) | 2007 SPA Amendment No. 1 |
| 5. | Amendment No. 2 to the 2007 SPA, signed by SPARTA Holdings, PGIC, and OBIC, dated July 30, 2007 (SPARTA-00000176) (PGIC Ex. 4) | 2007 SPA Amendment No. 2 |

---

[2]  Documents with the notation "PGIC Ex. __" are exhibits that were marked during the deposition of PGIC's Rule 30(b)(6) corporate representative on October 25-26, 2023, December 5, 2023, and December 13, 2023, and include an exhibit sticker reflecting the same.  Documents with the notation "Weiner Ex. __" or "SPARTA Ex. __" are exhibits that were marked during the deposition of SPARTA's Rule 30(b)(6) corporate representatives and the depositions of those individuals in their individual capacities taken on May 23, 2023 and November 15-16, 2023, and include an exhibit sticker reflecting the same.

| Exhibit | Document | Short Cite |
|---|---|---|
| 6. | Letter Agreement to the 2007 SPA, signed by SPARTA Holdings, PGIC, and OBIC, dated August 9, 2007 (Intact-SPARTA-PIC-00952) | Letter Agreement No. 1 |
| 7. | Letter Agreement to the 2007 SPA, signed by SPARTA Holdings, PGIC, and OBIC, dated February 8, 2008 (SPARTA-00005206) | Letter Agreement No. 2 |

4. **The 2012 Transactions That SPARTA Is <u>Not</u> A Party To.** Exhibit Nos. 8-14 are contracts and documents related to the 2012 transactions that SPARTA is not a party to. SPARTA is not a signatory to any of these contracts. PGIC nonetheless relies on these contracts as a defense to PGIC's obligations under the 2005 T&A and the 2007 SPA.

| Exhibit | Document | Short Cite |
|---|---|---|
| 8. | October 1, 2012 Transfer and Assumption Agreement Between OneBeacon Insurance Company and PGIC, dated October 1, 2012 (PGIC_0005137) (PGIC Ex. 5) | 2012 T&A |
| 9. | Stock Purchase Agreement Between OneBeacon Insurance Group LLC ("OBIG") and North American Casualty Company ("NAC"), dated June 8, 2012 (PGIC_0016032) (PGIC Ex. 6) (filed under seal) | 2012 SPA |
| 10. | Disclosure Schedule to the June 8, 2012 Stock Purchase Agreement Between OneBeacon Insurance Group LLC and NAC (PGIC_0016083) (PGIC Ex. 7) (filed under seal) | 2012 Disclosure Schedule |
| 11. | October 4, 2011 letter from Jeffrey Silver (as NAC general counsel) to David Dembo (OBIG) regarding NAC's acquisition of PGIC (Intact-SPARTA-PIC-0003605) | Letter of Intent and NDA |
| 12. | November 11, 2011 Email Chain between Jeffrey Silver (as NAC and PGIC general counsel) and David Dembo (OBIG) regarding PGIC's liabilities (PGIC_0042586) | November 11, 2011 Email |
| 13. | April 9, 2012 Email Chain among PGIC and OBIG individuals regarding PGIC's liabilities (BEDIVERE_002408) (PGIC Ex. 58) | April 9, 2012 Email Chain |
| 14. | Services Agreement by and between OneBeacon Insurance Company, Potomac Insurance Company, OneBeacon American Insurance Company, the Employers' Fire Insurance Company, and Armour Risk Services (Bermuda) Limited, dated December 23, 2014 (BEDIVERE_000109) (PGIC Ex. 97) | OBIC-AGRM Agreement |

5.  **Deposition Transcripts.** Exhibit Nos. 15-17 are excerpts of the transcripts of the depositions of (i) SPARTA's Rule 30(b)(6) corporate designee Ronald Harrell; (ii) PGIC's Rule 30(b)(6) corporate designee; and (iii) Steven Menzies, who signed the 2012 SPA on behalf of NAC and is an officer and director of PGIC.

| Exhibit | Document | Short Cite |
|---|---|---|
| 15. | Excerpts from the Transcript of PGIC's Rule 30(b)(6) Deposition by Jeffrey Silver, dated October 25-26, 2023; December 5, 2023; December 13, 2023 (filed partially under seal) | PGIC Dep. |
| 16. | Excerpts from the Transcript of SPARTA's Rule 30(b)(6) Deposition by Ronald Harrell, dated November 15-16, 2023 (filed partially under seal) | SPARTA Dep. |
| 17. | Excerpts from the Transcript of Steven M. Menzies, dated March 27, 2024 | Menzies Dep. |

6.  **Regulatory Documents and Financial Records.** Exhibit Nos. 18-23 are regulatory documents related to the 2007 sale of AEIC to SPARTA Holdings Insurance Company and certain financial statements.

| Exhibit | Document | Short Cite |
|---|---|---|
| 18. | SPARTA's Name Change Application, dated October 25, 2007 (SPARTA-00080354) | Name Change Application |
| 19. | Massachusetts Division of Insurance's Report of the Statutory Examination of the American Employers' Insurance Company as of December 31, 2006, dated May 5, 2008 (SPARTA-00025338) (PGIC Ex. 156) (Weiner Ex. 11) | Massachusetts Regulator Report of Examination of AEIC |
| 20. | Excerpt of PGIC's 2004 Annual Statement (PGIC_0019631) (PGIC Ex. 23) | PGIC 2004 Annual Statement |
| 21. | Excerpt of PGIC's 2005 Annual Statement (PGIC_0019410) (PGIC Ex. 24) | PGIC 2005 Annual Statement |
| 22. | Excerpt of PGIC's 2006 Annual Statement (PGIC_0011766) (PGIC Ex. 25) | PGIC 2006 Annual Statement |
| 23. | Excerpt of PGIC's 2007 Annual Statement (PGIC_0011611) (PGIC Ex. 26) | PGIC 2007 Annual Statement |

7. **Documents Related to the 2012 Bedivere (Formerly OBIC) Liquidation.** Exhibit Nos. 24-38 are documents related to the liquidation of Bedivere Insurance Company (the "Bedivere Liquidation").

| Exhibit | Document | Short Cite |
|---|---|---|
| 24. | March 26-31, 2021 Email Chain between Keith Kaplan (Bedivere Liquidator) and Robert Stafford (Applied Underwriters) regarding PGIC's liability for claims following the Bedivere Liquidation (PGIC_0007313) (PGIC Ex. 70) | March 31, 2021 Email |
| 25. | April 5, 2021 Email Chain among SPARTA individuals and Madeleine Bass (A.G. Risk Management, Inc. ("AGRM")) regarding the Bedivere Liquidation (SPARTA-00048017) | April 5, 2021 Email Chain |
| 26. | April 19-26, 2021 Email Chain between Graham Loxley (AGRM) and Jeffrey Silver (PGIC) regarding AEIC Claims (PGIC_0015774) (PGIC Ex. 100) (filed under seal) | April 2021 Email Chain |
| 27. | May 5, 2021 Email from Keith Kaplan (Bedivere Liquidator) to Stephen Eisenmann (SPARTA) regarding AEIC Claims (SPARTA-00089079) (attachments omitted) (SPARTA Ex. 124) | May 5, 2021 Email |
| 28. | May 12-18, 2021 Email Chain among Keith Kaplan (Bedivere Liquidator), Dennis Haag (Chief of the Pennsylvania Insurance Department), and Jeffrey Silver (PGIC) regarding PGIC's liability for AEIC Claims (PGIC_0007563) (PGIC Ex. 71) (filed under seal) | May 2021 Email Chain |
| 29. | May 26-June 1, 2021 Email Chain among Keith Kaplan (Bedivere Liquidator), Stephen Eisenmann (SPARTA), and AGRM individuals regarding AEIC Claims (SPARTA-00040393) (attachment omitted) | June 1, 2021 Email |
| 30. | May 26-July 23, 2021 Email Chain between Graham Loxley (AGRM) and Jeffrey Silver (PGIC) attaching the Services Agreement between AGRM and PGIC effective as of August 1, 2021 (PGIC_0008130) (PGIC Ex. 96) (filed under seal) | PGIC-AGRM Agreement |
| 31. | August 11, 2021 Email from Bryan Enos (AGRM) and Jeffrey Silver (PGIC) regarding claims paid by AGRM on PGIC's behalf (PGIC_0008081) (PGIC Ex. 112) (filed under seal) | August 11, 2021 Email |
| 32. | August 26-27, 2021 Email Chain between Keith Kaplan (Bedivere Liquidator) and Jeffrey Silver (PGIC) regarding PGIC's liability for AEIC Claims (PGIC_0007721) (PGIC Ex. 114) (filed under seal) | August 26-27, 2021 Email Chain |

| Exhibit | Document | Short Cite |
|---|---|---|
| 33. | August 27-30, 2021 Email Chain among Ronald Harrell (SPARTA) and AGRM individuals regarding SPARTA contracting with AGRM for claims handling services (SPARTA-0020229) | August 27-30, 2021 Email Chain |
| 34. | Services Agreement between A.G. Risk Management, Inc. and SPARTA Insurance Company, effective October 1, 2021 (SPARTA-00032986) (PGIC Ex. 115) (filed under seal) | SPARTA-AGRM Agreement |
| 35. | PGIC's Notice of Non-Party Subpoena to A.G. Risk Management, dated December 20, 2022 (exhibits omitted) | AGRM Subpoena |
| 36. | October 20, 2023 Letter from Samuel Kaplan (counsel for PGIC) to Christopher G. Clark (counsel for SPARTA) regarding PGIC's assertion of categorical defenses to liability (counsel for SPARTA (PGIC Ex. 150) | October 20, 2023 Letter |
| 37. | July 17, 2024 Letter from Samuel Kaplan (counsel for PGIC) to Christopher G. Clark (counsel for SPARTA) regarding PGIC's assumption of the defense of two AEIC claims (filed partially under seal) | July 17, 2024 Letter |
| 38. | December 19, 2024 Letter from Samuel Kaplan (counsel for PGIC) to Christopher G. Clark (counsel for SPARTA), regarding PGIC's defenses to liability (filed partially under seal) | December 19, 2024 Letter |

8. **Written Discovery Responses**. Exhibit Nos. 39-42 are certain of the Parties' written discovery responses. Discovery began in August 2022 and lasted more than two years. During discovery, the Parties and non-parties produced more than 22,000 documents. Additionally, the Parties (i) issued 37 third-party subpoenas, (ii) exchanged and responded to 57 interrogatories and 55 requests for admission, (iii) took 11 days of depositions, (iv) briefed two motions to compel, and (v) exchanged expert reports.

| Exhibit | Document | Short Cite |
|---|---|---|
| 39. | Defendant Pennsylvania General Insurance Company's Responses and Objections to SPARTA's First Set of Requests for Admission, dated November 28, 2022 | PGIC's Responses and Objections to SPARTA RFAs |
| 40. | Plaintiff SPARTA Insurance Company's Supplemental Responses and Objections to PGIC's Interrogatories Nos. 5 and 6, dated May 12, 2023 | SPARTA's Supplemental R&Os to PGIC Interrogatory Nos. 5 and 6 |

| Exhibit | Document | Short Cite |
|---|---|---|
| 41. | Plaintiff SPARTA Insurance Company's Supplemental Responses and Objections to Defendant Pennsylvania General Insurance Company's Interrogatories Nos. 30 and 31, dated January 8, 2024 (filed partially under seal) | SPARTA's Supplemental R&Os to PGIC Interrogatory Nos. 30 and 31 |
| 42. | Defendant Pennsylvania Insurance Company's Supplemental Objections and Responses to Plaintiff SPARTA Insurance Company's Requests For Admission Nos. 1-9 & 23-25, dated January 8, 2024 | PGIC's Supplemental Objections and Responses to SPARTA RFAs |

9. **SPARTA's Section 8.1 Indemnification Notices Delivered To PGIC**. Exhibit Nos. 43-91 are notices that SPARTA sent to PGIC pursuant to Section 8.1 of the 2007 SPA that identify claims with respect to which SPARTA seeks indemnification. These documents are relevant only to SPARTA's claims that (i) PGIC breached the 2007 SPA by failing to indemnify SPARTA for losses that SPARTA incurred related to claims made with respect to policies issued by AEIC before SPARTA purchased AEIC from PGIC and (ii) PGIC breached the 2005 T&A by failing to administer and pay for those same claims.

| Exhibit | Document | Short Cite |
|---|---|---|
| 43. | SPARTA's May 28, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00089124) (PGIC Ex. 116) | May 28, 2021 Notice |
| 44. | SPARTA's June 23, 2021 Notice (1 of 4) sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00092356) (PGIC Ex. 118) (attachments omitted) | June 23, 2021 Notice (1 of 4) |
| 45. | SPARTA's June 23, 2021 Notice (2 of 4) sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00092498) (PGIC Ex. 119) (attachments omitted) | June 23, 2021 Notice (2 of 4) |
| 46. | SPARTA's June 23, 2021 Notice (3 of 4) sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00092170) (PGIC Ex. 120) (attachments omitted) | June 23, 2021 Notice (3 of 4) |
| 47. | SPARTA's June 23, 2021 Notice (4 of 4) sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00089483) (PGIC Ex. 121) (attachments omitted) | June 23, 2021 Notice (4 of 4) |

| Exhibit | Document | Short Cite |
|---|---|---|
| 48. | SPARTA's June 25, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00089815) (filed partially under seal) | June 25, 2021 Notice |
| 49. | SPARTA's July 26, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00089979) (PGIC Ex. 127) | July 26, 2021 Notice |
| 50. | SPARTA's July 29, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00069964) (PGIC Ex. 128) (attachments omitted) | July 29, 2021 Notice |
| 51. | SPARTA's August 5, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00090111) (enclosures omitted) | August 5, 2021 Notice |
| 52. | SPARTA's August 16, 2021 Section 8.1 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00030214) (PGIC Ex. 130) (attachments omitted) | August 16, 2021 Notice |
| 53. | SPARTA's August 20, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00070045) (PGIC Ex. 131) (attachment omitted) | August 20, 2021 Notice |
| 54. | SPARTA's September 27, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00090116) (PGIC Ex. 164) | September 27, 2021 Notice |
| 55. | SPARTA's November 5, 2021 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (BEDIVERE_002602) | November 5, 2021 Notice |
| 56. | SPARTA's April 29, 2022 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00090041) (PGIC Ex. 135) (excerpt of attachments included) (filed under seal) | April 29, 2022 Notice |
| 57. | SPARTA's August 16, 2022 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00091250) (PGIC Ex. 136) (excerpt of attachments included) (filed under seal) | August 16, 2022 Notice |
| 58. | SPARTA's September 28, 2022 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00076198) (PGIC Ex. 137) (excerpt of enclosure included) (filed under seal) | September 28, 2022 Notice |
| 59. | SPARTA's October 25, 2022 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00076402) (PGIC Ex. 138) (excerpt of enclosure included) (filed under seal) | October 25, 2022 Notice |
| 60. | SPARTA's December 19, 2022 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00090122) (PGIC Ex. 139) (excerpt of enclosure included) (filed under seal) | December 19, 2022 Notice |
| 61. | SPARTA's January 17, 2023 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (SPARTA-00090125) (PGIC Ex. 140) (excerpt of enclosure included) (filed under seal) | January 17, 2023 Notice |

| Exhibit | Document | Short Cite |
|---|---|---|
| 62. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 1 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (1 of 13) |
| 63. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 2 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (2 of 13) |
| 64. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 3 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (3 of 13) |
| 65. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 4 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (4 of 13) |
| 66. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 5 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (5 of 13) |
| 67. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 6 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (6 of 13) |
| 68. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 7 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (7 of 13) |
| 69. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 8 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (8 of 13) |
| 70. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 9 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (9 of 13) |
| 71. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 10 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (10 of 13) |
| 72. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 11 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (11 of 13) |
| 73. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 12 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (12 of 13) |
| 74. | SPARTA's February 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 13 of 13) (exhibits omitted) (filed partially under seal) | February 8, 2024 Notice (13 of 13) |

| Exhibit | Document | Short Cite |
|---|---|---|
| 75. | SPARTA's April 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 1 of 7) (exhibits omitted) (filed partially under seal) | April 8, 2024 Notice (1 of 7) |
| 76. | SPARTA's April 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 2 of 7) (exhibits omitted) (filed partially under seal) | April 8, 2024 Notice (2 of 7) |
| 77. | SPARTA's April 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 3 of 7) (exhibits omitted) (filed partially under seal) | April 8, 2024 Notice (3 of 7) |
| 78. | SPARTA's April 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 4 of 7) (exhibits omitted) (filed partially under seal) | April 8, 2024 Notice (4 of 7) |
| 79. | SPARTA's April 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 5 of 7) (exhibits omitted) (filed partially under seal) | April 8, 2024 Notice (5 of 7) |
| 80. | SPARTA's April 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 6 of 7) (exhibits omitted) (filed partially under seal) | April 8, 2024 Notice (6 of 7) |
| 81. | SPARTA's April 8, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 7 of 7) (exhibits omitted) (filed partially under seal) | April 8, 2024 Notice (7 of 7) |
| 82. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 1 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (1 of 10) |
| 83. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 2 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (2 of 10) |
| 84. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 3 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (3 of 10) |
| 85. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 4 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (4 of 10) |
| 86. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 5 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (5 of 10) |
| 87. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 6 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (6 of 10) |

| Exhibit | Document | Short Cite |
|---|---|---|
| 88. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 7 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (7 of 10) |
| 89. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 8 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (8 of 10) |
| 90. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 9 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (9 of 10) |
| 91. | SPARTA's May 28, 2024 Notice sent to PGIC pursuant to Section 8.1 of the 2007 SPA (No. 10 of 10) (exhibits omitted) (filed partially under seal) | May 28, 2024 Notice (10 of 10) |

10. **SPARTA's Section 8.3 Indemnification Notices Delivered To PGIC**. Exhibit Nos. 92-135 are notices, and confirmations of delivery for those notices, that SPARTA delivered to PGIC pursuant to Section 8.3 of the 2007 SPA, which identify the dollar amount of losses that SPARTA incurred through the date of the notice and which include in reasonable detail information explaining the calculation of that amount (the "Section 8.3 Notices") and correspondence regarding the Section 8.3 Notices.

| Exhibit | Document | Short Cite |
|---|---|---|
| 92. | Hard copy of SPARTA's November 7, 2022 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit B included as Exhibit No. 94) (Exhibit A omitted) (SPARTA-00121561) (filed partially under seal) | November 7, 2022 Paper Notice |
| 93. | Electronic copy of SPARTA's November 7, 2022 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (SPARTA-00076515) (Weiner Ex. 22) (excerpt of Exhibit B included as Exhibit No. 94) (Exhibit A omitted) (filed partially under seal) | November 7, 2022 Electronic Notice |
| 94. | Excerpt of Exhibit B to the November 7, 2022 Paper and Electronic Notices (SPARTA-00094569) (PGIC Ex. 142) (filed under seal) | November 7, 2022 Paper And Electronic Notices Exhibit B |
| 95. | Confirmation that the November 7, 2022 Notice was delivered to PGIC on November 8, 2022 (SPARTA-00090068) | November 7, 2022 Notice Delivery Confirmation |

| Exhibit | Document | Short Cite |
|---|---|---|
| 96. | February 3, 2023 Letter from James R. Carroll (counsel for SPARTA) to Samuel Kaplan (counsel for PGIC) regarding SPARTA's November 7, 2022 Notice (filed partially under seal) | February 3, 2023 Letter |
| 97. | SPARTA's September 28, 2023 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (SPARTA-00090128) (PGIC Ex. 144) (excerpt of Exhibit A included as Exhibit No. 98) (filed partially under seal) | September 28, 2023 Notice |
| 98. | Excerpt of Exhibit A to the September 28, 2023 Notice (SPARTA-00094575) (PGIC Ex. 145) (filed under seal) | September 28, 2023 Notice Exhibit A |
| 99. | Confirmation that the September 28, 2023 Notice was delivered to PGIC on September 29, 2023 (SPARTA-00090131) | September 28, 2023 Notice Delivery Confirmation |
| 100. | SPARTA's November 6, 2023 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (SPARTA-00091837) (PGIC Ex. 148) (excerpt of Exhibit A included as Exhibit No. 101) (filed partially under seal) | November 6, 2023 Notice |
| 101. | Excerpt of Exhibit A to the November 6, 2023 Notice (SPARTA-00091842) (PGIC Ex. 149) (filed under seal) | November 6, 2023 Notice Exhibit A |
| 102. | Confirmation that the November 6, 2023 Notice was delivered to PGIC on November 7, 2023 | November 6, 2023 Notice Delivery Confirmation |
| 103. | SPARTA's December 19, 2023 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (SPARTA-00094826) (excerpt of Exhibit A included as Exhibit No. 104) (filed partially under seal) | December 19, 2023 Notice |
| 104. | Excerpt of Exhibit A to the December 19, 2023 Notice (SPARTA-00094825) (filed under seal) | December 19, 2023 Notice Exhibit A |
| 105. | Confirmation that the December 19, 2023 Notice was delivered to PGIC on December 20, 2023 | December 19, 2023 Notice Delivery Confirmation |
| 106. | SPARTA's February 6, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 107) (filed partially under seal) | February 6, 2024 Notice |
| 107. | Excerpt of Exhibit A to the February 6, 2024 Notice (filed under seal) | February 6, 2024 Notice Exhibit A |
| 108. | Confirmation that the February 6, 2024 Notice was delivered to PGIC on February 8, 2024 | February 6, 2024 Notice Delivery Confirmation |

| Exhibit | Document | Short Cite |
|---|---|---|
| 109. | SPARTA's February 26, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 110) (filed partially under seal) | February 26, 2024 Notice |
| 110. | Excerpt of Exhibit A to the February 26, 2024 Notice (filed under seal) | February 26, 2024 Notice Exhibit A |
| 111. | Confirmation that the February 26, 2024 Notice was delivered to PGIC on February 29, 2024 | February 26, 2024 Notice Delivery Confirmation |
| 112. | SPARTA's March 26, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 113) (filed partially under seal) | March 26, 2024 Notice |
| 113. | Excerpt of Exhibit A to the March 26, 2024 Notice (filed under seal) | March 26, 2024 Notice Exhibit A |
| 114. | Confirmation that the March 26, 2024 Notice was delivered to PGIC on March 28, 2024 | March 26, 2024 Notice Delivery Confirmation |
| 115. | SPARTA's April 30, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 116) (filed partially under seal) | April 30, 2024 Notice |
| 116. | Excerpt of Exhibit A to the April 30, 2024 Notice (filed under seal) | April 30, 2024 Notice Exhibit A |
| 117. | Confirmation that the April 30, 2024 Notice was delivered to PGIC on May 2, 2024 | April 30, 2024 Notice Delivery Confirmation |
| 118. | SPARTA's May 20, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 119) (filed partially under seal) | May 20, 2024 Notice |
| 119. | Excerpt of Exhibit A to the May 20, 2024 Notice (filed under seal) | May 20, 2024 Notice Exhibit A |
| 120. | Confirmation that the May 20, 2024 Notice was delivered to PGIC on May 22, 2024 | May 20, 2024 Notice Delivery Confirmation |
| 121. | SPARTA's July 23, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 122) (filed partially under seal) | July 23, 2024 Notice |
| 122. | Excerpt of Exhibit A to the July 23, 2024 Notice (filed under seal) | July 23, 2024 Notice Exhibit A |
| 123. | Confirmation that the July 23, 2024 Notice was delivered to PGIC on July 25, 2024 | July 23, 2024 Notice Delivery Confirmation |

| Exhibit | Document | Short Cite |
|---|---|---|
| 124. | SPARTA's August 13, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 125) (filed partially under seal) | August 13, 2024 Notice |
| 125. | Excerpt of Exhibit A to the August 13, 2024 Notice (filed under seal) | August 13, 2024 Notice Exhibit A |
| 126. | Confirmation that the August 13, 2024 Notice was delivered to PGIC on August 15, 2024 | August 13, 2024 Notice Delivery Confirmation |
| 127. | SPARTA's September 24, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 128) (filed partially under seal) | September 24, 2024 Notice |
| 128. | Excerpt of Exhibit A to the September 24, 2024 Notice (filed under seal) | September 24, 2024 Notice Exhibit A |
| 129. | Confirmation that the September 24, 2024 Notice was delivered to PGIC on September 26, 2024 | September 24, 2024 Notice Delivery Confirmation |
| 130. | SPARTA's October 17, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 131) (filed partially under seal) | October 17, 2024 Notice |
| 131. | Excerpt of Exhibit A to the October 17, 2024 Notice (filed under seal) | October 17, 2024 Notice Exhibit A |
| 132. | Confirmation that the October 17, 2024 Notice was delivered to PGIC on October 21, 2024 | October 17, 2024 Notice Delivery Confirmation |
| 133. | SPARTA's December 17, 2024 Notice sent to PGIC pursuant to Section 8.3 of the 2007 SPA (excerpt of Exhibit A included as Exhibit No. 134) (filed partially under seal) | December 17, 2024 Notice |
| 134. | Excerpt of Exhibit A to the December 17, 2024 Notice (filed under seal) | December 17, 2024 Notice Exhibit A |
| 135. | Confirmation that the December 17, 2024 Notice was delivered to PGIC on December 19, 2024 | December 17, 2024 Notice Delivery Confirmation |

11. **SPARTA's Calculation Of Pre-Judgment Interest**. Exhibit No. 136 is a table calculating pre-judgment interest on amounts that PGIC owes SPARTA for PGIC's

breaches of the 2005 T&A and the 2007 SPA, calculated from the dates that PGIC received SPARTA's Section 8.3 Notices.

| Exhibit | Document | Short Cite |
|---|---|---|
| 136. | Calculation of Pre-Judgment Interest On SPARTA's Damages (filed partially under seal) | Pre-Judgment Interest Calculation |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2025, in Boston, Massachusetts.

    /s/ *Christopher G. Clark*
Christopher G. Clark (BBO #663455)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
christopher.clark@skadden.com

*Counsel for Plaintiff*
*SPARTA Insurance Company*

## CERTIFICATE OF SERVICE

        I, Christopher G. Clark, hereby certify that on January 6, 2025, a true copy of the unredacted version of the foregoing document was served by email upon all counsel of record for Defendant Pennsylvania General Insurance Company as follows:

Samuel C. Kaplan
skaplan@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005

Maxwell V. Pritt
Reed D. Forbush
Mariah J. Noah
mpritt@bsfllp.com
rforbush@bsfllp.com
mnoah@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, California 94104

Christopher M. Hennessey
chennessey@cohenkinne.com
COHEN, KINNE, VALICENTI & COOK
28 North Street, 3rd Floor
Pittsfield Massachusetts 01201

Dated: January 6, 2025

                                                          /s/ *Christopher G. Clark*
                                                          Christopher G. Clark