*Exhibit 3*

*Cross-Receipt
(Excerpt of Closing Materials
for the 2007 Stock Purchase Agreement)*

CROSS-RECEIPT

**August 9, 2007**

Reference is made to the Stock Purchase Agreement (the "Stock Purchase Agreement"), dated as of March 12, 2007, by and among Pennsylvania General Insurance Company, a Pennsylvania corporation ("Seller"), OneBeacon Insurance Company, a Pennsylvania corporation ("Guarantor"), and SPARTA Insurance Holdings, Inc., a Delaware corporation ("Purchaser"). Capitalized terms used herein and not otherwise defined shall have the respective meanings ascribed thereto in the Stock Purchase Agreement.

1. Pursuant to Section 6.9(e) of the Stock Purchase Agreement, Seller hereby acknowledges receipt from Purchaser by wire transfer of immediately available funds of $47,167,670.00, representing payment in full of the Purchase Price.

2. Pursuant to Section 7.7 of the Stock Purchase Agreement, Purchaser hereby acknowledges receipt from Seller of the Shares.

*[Signature Page follows]*

CONFIDENTIAL
SPARTA-00079681

IN WITNESS WHEREOF, each of the undersigned have caused this Cross-Receipt to be executed and delivered this 9 day of August, 2007.

PENNSYLVANIA GENERAL INSURANCE COMPANY

By: /s/ Jennifer E. Lawrence
Name: Jennifer E. Lawrence
Title: SVP, General Counsel

**SPARTA INSURANCE HOLDINGS, INC.**

By: _____
Name: George L. Estes, III
Title: Chairman and Chief Executive Officer

CONFIDENTIAL

SPARTA-00079682

IN WITNESS WHEREOF, each of the undersigned have caused this Cross-Receipt to be executed and delivered this 9 day of August, 2007.

       **PENNSYLVANIA GENERAL INSURANCE COMPANY**

       By: _____
       Name:
       Title:

       **SPARTA INSURANCE HOLDINGS, INC.**
       By: _/s/ George L. Estes_
       Name: George L. Estes, III
       Title: Chairman and Chief Executive Officer

*[Cross-Receipt – §6.9(e) and §7.7 of Stock Purchase Agreement]*

CONFIDENTIAL    SPARTA-00079683