*Exhibit 4*

*Amendment No. 1 To
The 2007 Stock Purchase Agreement*

# AMENDMENT NO. 1 TO THE
# STOCK PURCHASE AGREEMENT

THIS AMENDMENT NO. 1, dated as of March 26, 2007 (this "Amendment No. 1"), is by and among Pennsylvania General Insurance Company, a Pennsylvania corporation (the "Seller"), OneBeacon Insurance Company, a Pennsylvania corporation (the "Guarantor"), and SPARTA Insurance Holdings, Inc., a Delaware corporation (the "Purchaser").

**WHEREAS**, Purchaser, Seller and Guarantor entered into a Stock Purchase Agreement, dated as of March 12, 2007 (the "Stock Purchase Agreement"), pursuant to which Purchaser will purchase from Seller all of the issued and outstanding shares of capital stock of American Employers' Insurance Company, a Massachusetts corporation (the "Company"); and

**WHEREAS**, Purchaser, Seller and Guarantor desire to amend the Stock Purchase Agreement in the manner set forth below.

**NOW, THEREFORE**, in consideration of the covenants, agreements, representations and warranties contained herein and in the Stock Purchase Agreement, the parties hereto agree as follows:

1. **Definitions.** Any capitalized terms used but not defined in this Amendment No. 1 have the meaning set forth in the Stock Purchase Agreement.

2. **Filing of Acquisition Statement.** The first sentence of Section 5.1 of the Stock Purchase Agreement is hereby amended to read in its entirety as follows:

    **Section 5.1 Acquisition Statement and Compliance with Massachusetts Insurance Code.** Prior to or promptly after, and in any case no later than fifteen (15) business days following, the date of execution of this Agreement (the "Filing Deadline"), Purchaser shall file the statement, and all related materials, in connection with Purchaser's acquisition of the Shares pursuant to the requirements of the Massachusetts Insurance Code (the "Acquisition Statement").

3. **Effect on Original.** Except as amended by this Amendment No. 1, the Stock Purchase Agreement remains in full force and effect, without modification or amendment.

4. **Multiple Counterparts.** This Amendment No. 1 may be signed in any number of counterparts which, taken together, shall constitute one and the same instrument.

PGIC 30(b)(6)

EX 0003

T.A. 10.25.23

PGIC_0004196

IN WITNESS WHEREOF, the parties hereto have executed this Amendment No. 1 as of the date first above written.

Pennsylvania General Insurance Company     SPARTA Insurance Holdings, Inc.

By: *[signature: T. M. Miller]*
Name: T. Michael Miller
Title: Chief Executive Officer

By: _____
Name: George L. Estes III
Title: Chairman and Chief Executive Officer

OneBeacon Insurance Company

By: *[signature: T. M. Miller]*
Name: T. Michael Miller
Title: Chief Executive Officer

PGIC_0004197

IN WITNESS WHEREOF, the parties hereto have executed this Amendment No. 1 as of the date first above written.

**Pennsylvania General Insurance Company**

By:_____
    Name: T. Michael Miller
    Title: Chief Executive Officer

**SPARTA Insurance Holdings, Inc.**

By: *[signature]*
    Name: George L. Estes III
    Title: Chairman and Chief Executive Officer

**OneBeacon Insurance Company**

By:_____
    Name: T. Michael Miller
    Title: Chief Executive Officer

PGIC_0004198