*Exhibit 5*

*Amendment No. 2 To
The 2007 Stock Purchase Agreement*

# AMENDMENT NO. 2 TO THE
# STOCK PURCHASE AGREEMENT

THIS AMENDMENT NO. 2, dated as of July 30, 2007 (this "Amendment No. 2"), is by and among Pennsylvania General Insurance Company, a Pennsylvania corporation (the "Seller"), OneBeacon Insurance Company, a Pennsylvania corporation (the "Guarantor"), and SPARTA Insurance Holdings, Inc., a Delaware corporation (the "Purchaser").

WHEREAS, Purchaser, Seller and Guarantor entered into a Stock Purchase Agreement, dated as of March 12, 2007, as amended by Amendment No. 1 thereto dated as of March 26, 2007 (the "Stock Purchase Agreement"), pursuant to which Purchaser has agreed to purchase from Seller all of the issued and outstanding shares of capital stock of American Employers' Insurance Company, a Massachusetts corporation; and

WHEREAS, Purchaser, Seller and Guarantor desire to amend the Stock Purchase Agreement in the manner set forth below.

NOW, THEREFORE, in consideration of the covenants, agreements, representations and warranties contained herein and in the Stock Purchase Agreement, the parties hereto agree as follows:

1. **Definitions**. Any capitalized terms used but not defined in this Amendment No. 2 have the meaning set forth in the Stock Purchase Agreement.

2. **Termination**. The first sentence of Section 10.3(a)(iv) of the Stock Purchase Agreement is hereby amended to read in its entirety as follows:

> (iv) at the election of either party hereto on or after August 31, 2007, if the Closing shall not have occurred on or prior to such date, unless such date is extended by the mutual written consent of the parties hereto; provided, however, that the right to terminate this Agreement pursuant to this subclause (iv) shall not be available to a party whose failure or whose affiliate's failure to perform or observe in any material respect any of its obligations under this Agreement shall either have been the principal cause of or resulted in the failure to consummate the Closing on or before such date.

3. **Effect on Original**. Except as amended by this Amendment No. 2, the Stock Purchase Agreement remains in full force and effect, without modification or amendment.

4. **Multiple Counterparts**. This Amendment No. 2 may be signed in any number of counterparts which, taken together, shall constitute one and the same instrument.



PGIC 30(b)(6)
EX 0004
T.A. 10.25.23

CONFIDENTIAL

SPARTA-00000176

IN WITNESS WHEREOF, the parties hereto have executed this Amendment No. 2 as of the date first above written.

Pennsylvania General Insurance Company    SPARTA Insurance Holdings, Inc.

By: _____               By: _____
Name: T. Michael Miller                    Name: George L. Estes III
Title: Chief Executive Officer             Title: Chairman and Chief
                                                  Executive Officer

OneBeacon Insurance Company

By: _____
Name: T. Michael Miller
Title: Chief Executive Officer

CONFIDENTIAL