*Exhibit 7*

*February 8, 2008 Letter Agreement to the 2007 Stock Purchase Agreement*



February 8, 2008

SPARTA Insurance Holdings, Inc.
City Place II, 185 Asylum Street
Hartford, Connecticut 06103

Dear Sir or Madam:

We refer to the Stock Purchase Agreement dated as of March 12, 2007, as amended by Amendment No. 1 thereto dated as of March 26, 2007, by Amendment No. 2 thereto dated as of July 30, 2007 and by a letter agreement dated August 9, 2007 (the "Agreement"), among Pennsylvania General Insurance Company (the "Seller"), OneBeacon Insurance Company and SPARTA Insurance Holdings, Inc. (the "Purchaser") with respect to the sale by the Seller to the Purchaser of all of the issued and outstanding capital stock of American Employers' Insurance Company. All terms used herein and not otherwise defined shall have the meanings set forth in the Agreement.

This will confirm our agreement to extend the Adjustment Date as follows:

1. The phrase "on the date that is the six month anniversary of the Closing Date (the "Adjustment Date")" at the beginning of Section 1.3(b)(ii) of the Agreement is hereby amended to read as follows: "on March 31, 2008 (the "Adjustment Date")".

2. Except as expressly modified by this letter agreement, the Agreement is hereby ratified and confirmed in full force and effect.

If you are in agreement with the foregoing, please sign the enclosed copy of this letter and return the same to the undersigned.

Very truly yours,

Pennsylvania General Insurance Company
OneBeacon Insurance Company

By _____
Dennis R. Smith
Secretary and Associate General Counsel

Accepted and Agreed to as of February 8, 2008:

SPARTA Insurance Holdings, Inc.

By _____
Title: President & COO

OneBeacon Insurance Group  1 Beacon Lane  Canton, MA 02021-1030
www.onebeacon.com

CN05 1106

CONFIDENTIAL                                                                 SPARTA-00005206