*Exhibit 9*

*2012 Stock Purchase Agreement Between OneBeacon Insurance Group LLC and North American Casualty Company*