*Exhibit 10*

*Disclosure Schedule to the June 8, 2012
Stock Purchase Agreement By and Between
OneBeacon Insurance Group LLC and
North American Casualty Company*