*Exhibit 12*

*November 11, 2011 Email Chain Regarding PGIC's Liabilities*

| To: | 'Jeffrey Silver'[jeffreysilver@silver-law.net] |
|---|---|
| From: | Dembo, David B. |
| Sent: | Fri 11/11/2011 3:16:56 PM |
| Subject: | RE: Acquisition of Pennsylvania General Insurance Company |
| Received: | Fri 11/11/2011 3:17:18 PM |

Jeff, thanks for the note. I should have communicated to you the status. We had some absences to deal with in our legal department, but are back on track with the review. I had a preliminary meeting with our attorney earlier this week and I'm trying to finalize our review with a meeting Tuesday next week.

Some of the items I wanted to point out that that came up in my internal discussions (I believe we had a high level reference to 1 and 2 in prior discussion):

1. We have a small amount of active business in PGIC emanating from our OneBeacon Professional Insurance business unit. We will need to continue issuing policies through April 30, 2012, but anticipate no need beyond that. We would utilize reinsurance between PGIC and OneBeacon Insurance Company or another acceptable OB entity to transfer 100% of the activity from OBPI's active business in PGIC to OB post closing.
2. We will utilize Transfer and Assumption reinsurance agreements to transfer the existing policies and policy liabilities and related assets from PGIC to OneBeacon Insurance Company. For various reasons, we would not plan to obtain insured and claimant consents to effectively allow novation of policies and policy liabilities. Thus, the gross liabilities will remain with PGIC.
3. Section 4.1.26 refers to Wisconsin and 35 licenses….I'm assuming this is just a holder from a different transaction draft?

Dave Dembo

-----Original Message-----
From: Jeffrey Silver [mailto:jeffreysilver@silver-law.net]
Sent: Friday, November 11, 2011 9:25 AM
To: Dembo, David B.
Subject: Acquisition of Pennsylvania General Insurance Company

David:

I am following up on my October 28, 2011 e-mail in which I provided you with a draft of a Stock Purchase Agreement with respect to Pennsylvania General Insurance Company. Can you please advise the status of your review of that draft Stock Purchase Agreement.

Thank you.

Jeff

**Jeffrey A. Silver**
10805 Old Mill Road
Omaha, Nebraska 68154
Telephone: 402-393-1984
Facsimile: 402-393-8558

Confidentiality notice:
The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.