*Exhibit 20*

*Excerpt of
PGIC 2004 Annual Statement*

# ANNUAL STATEMENT

OF THE

**Pennsylvania General Insurance Company**

of **Philadelphia**

in the state of **Pennsylvania**

TO THE

Insurance Department

OF THE

STATE OF Pennsylvania

FOR THE YEAR ENDED
December 31, 2004

PROPERTY AND CASUALTY

2004


PGIC 30(b)(6)
EX 0023
T.A. 10.25.23

CONFIDENTIAL                                    PGIC_0019631

21962200420100100

# ANNUAL STATEMENT

For the Year Ended December 31, 2004
OF THE CONDITION AND AFFAIRS OF THE

**Pennsylvania General Insurance Company**

**NAIC Group Code** 1129 (Current Period) 1129 (Prior Period)   **NAIC Company Code** 21962   **Employer's ID Number** 23-1471444

**Organized under the Laws of** Pennsylvania, **State of Domicile or Port of Entry** Pennsylvania

**Country of Domicile** United States of America

**Incorporated:** August 15, 1955   **Commenced Business:** October 4, 1955

**Statutory Home Office:** 1500 Spring Garden Street   Philadelphia, PA   19130

**Main Administrative Office:** One Beacon Street   Boston, MA   02108-3100   617-725-6000

**Mail Address:** One Beacon Street   Boston, MA   02108-3100

**Primary Location of Books and Records:** One Beacon Street   Boston, MA   02108-3100   617-725-6000

**Internet Website Address:** www.OneBeacon.com

**Statutory Statement Contact:** Lee William Erickson   617-725-7157
LErickson@OneBeacon.com   617-725-7097
(E-Mail Address)   (Fax Number)

**Policyowner Relations Contact:** Charles T. Robbins   1 Constitution Way   Foxborough, MA   02035   508-549-9577

## OFFICERS
**Chairman of the Board**
John Paul Cavoores

| | Name | Title |
|---|---|---|
| 1. | John Paul Cavoores | President and Chief Executive Officer |
| 2. | Dennis Robert Smith | Secretary |
| 3. | Frederick James Turcotte # | Treasurer and Director of Tax |
| 4. | Stuart Noel Lerwick | Senior Vice President and Chief Actuary |

### Vice-Presidents

| Name | Title | Name | Title |
|---|---|---|---|
| Alexander Constantine Archimedes | Senior Vice President | Carey Dwight Benson | Senior Vice President |
| Andrew Coleman Carnase | Senior Vice President | Morgan Wesley Davis | Senior Vice President |
| Gregory Robert Galeaz | Senior Vice President and CFO | Michael Natan | Senior Vice President & CIO |
| Thomas Norman Schmitt | Senior Vice President & Chief HR Officer | Roger Milgram Singer | Senior Vice President & General Counsel |
| Kathleen Marie Taylor # | Senior Vice President & Controller | | |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Alexander Constantine Archimedes | Andrew Coleman Carnase | John Paul Cavoores | Charles Bergen Chokel |
| Morgan Wesley Davis | Gregory Robert Galeaz | Richard Page Howard | Stuart Noel Lerwick |
| Thomas Norman Schmitt | Roger Milgram Singer | | |

State of Massachusetts
County of Suffolk   ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| John Paul Cavoores | Dennis Robert Smith | Frederick James Turcotte |
| (Printed Name) | (Printed Name) | (Printed Name) |
| 1. | 2. | 3 |
| President and Chief Executive Officer | Secretary | Treasurer and Director of Tax |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me this   a. Is this an original filing?   YES [ X ] NO [ ]

23rd day of February, 2005   b. If no:   1. State the amendment number ..........
2. Date filed ..........
3. Number of pages attached ..........

Shonta T. Reynolds, Notary Public
My Commission Expires July 17, 2009

CONFIDENTIAL   PGIC_0019632