*Exhibit 21*

*Excerpt of
PGIC 2005 Annual Statement*

# ANNUAL STATEMENT

OF THE

**Pennsylvania General Insurance Company**

of __Philadelphia__

in the state of __Pennsylvania__

TO THE

Insurance Department

OF THE

STATE OF

FOR THE YEAR ENDED
December 31, 2005

PROPERTY AND CASUALTY

2005


CONFIDENTIAL                                                                 PGIC_0019410

## STATEMENT OF INCOME

|  | 1 | 2 |
|---|---|---|
|  | Current Year | Prior Year |
| **UNDERWRITING INCOME** | | |
| 1. Premiums earned (Part 1, Line 34, Column 4) | 193,343,690 | 190,556,831 |
| DEDUCTIONS | | |
| 2. Losses incurred (Part 2, Line 34, Column 7) | 98,903,537 | 85,203,972 |
| 3. Loss expenses incurred (Part 3, Line 25, Column 1) | 37,750,287 | 45,836,741 |
| 4. Other underwriting expenses incurred (Part 3, Line 25, Column 2) | 69,029,312 | 82,901,131 |
| 5. Aggregate write-ins for underwriting deductions | (3,690,927) | (10,007,675) |
| 6. Total underwriting deductions (Lines 2 through 5) | 201,992,209 | 203,934,169 |
| 7. Net income of protected cells | | |
| 8. Net underwriting gain (loss) (Line 1 minus Line 6 plus Line 7) | (8,648,519) | (13,377,338) |
| **INVESTMENT INCOME** | | |
| 9. Net investment income earned (Exhibit of Net Investment Income, Line 17) | 33,428,446 | 27,800,414 |
| 10. Net realized capital gains (losses) less capital gains tax of $ 2,193,000 (Exhibit of Capital Gains (Losses)) | 9,774,745 | 1,275,613 |
| 11. Net investment gain (loss) (Lines 9 + 10) | 43,203,191 | 29,076,027 |
| **OTHER INCOME** | | |
| 12. Net gain (loss) from agents' or premium balances charged off (amount recovered $ 243,994 amount charged off $ 0 ) | 243,994 | 1,058,374 |
| 13. Finance and service charges not included in premiums | 1,432,984 | 1,682,157 |
| 14. Aggregate write-ins for miscellaneous income | 1,806,731 | 4,369,285 |
| 15. Total other income (Lines 12 through 14) | 3,483,709 | 7,109,816 |
| 16. Net income before dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Lines 8 + 11 + 15) | 38,038,381 | 22,808,505 |
| 17. Dividends to policyholders | | |
| 18. Net income, after dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Line 16 minus Line 17) | 38,038,381 | 22,808,505 |
| 19. Federal and foreign income taxes incurred | 3,011,869 | 12,336,017 |
| 20. Net income (Line 18 minus Line 19) (to Line 22) | 35,026,512 | 10,472,488 |
| **CAPITAL AND SURPLUS ACCOUNT** | | |
| 21. Surplus as regards policyholders, December 31 prior year (Page 4, Line 39, Column 2) | 220,615,709 | 202,432,576 |
| **GAINS AND (LOSSES) IN SURPLUS** | | |
| 22. Net income (from Line 20) | 35,026,512 | 10,472,488 |
| 23. Net transfers (to) from Protected Cell accounts | | |
| 24. Change in net unrealized capital gains or (losses) less capital gains tax of $ (10,753,186) | (28,990,658) | 22,198,098 |
| 25. Change in net unrealized foreign exchange capital gain (loss) | (7,259,163) | 5,903,842 |
| 26. Change in net deferred income tax | (4,319,659) | 1,045,229 |
| 27. Change in nonadmitted assets (Exhibit of Nonadmitted Assets, Line 26, Col. 3) | (5,591,077) | (1,436,524) |
| 28. Change in provision for reinsurance (Page 3, Line 16, Column 2 minus Column 1) | | |
| 29. Change in surplus notes | | |
| 30. Surplus (contributed to) withdrawn from protected cells | | |
| 31. Cumulative effect of changes in accounting principles | | |
| 32. Capital changes: | | |
| 32.1 Paid in | | |
| 32.2 Transferred from surplus (Stock Dividend) | | |
| 32.3 Transferred to surplus | | |
| 33. Surplus adjustments: | | |
| 33.1 Paid in | | |
| 33.2 Transferred to capital (Stock Dividend) | | |
| 33.3 Transferred from capital | | |
| 34. Net remittances from or (to) Home Office | | |
| 35. Dividends to stockholders | (2,000,000) | (20,000,000) |
| 36. Change in treasury stock (Page 3, Lines 34.1 and 34.2, Column 2 minus Column 1) | | |
| 37. Aggregate write-ins for gains and losses in surplus | | |
| 38. Change in surplus as regards policyholders for the year (Lines 22 through 37) | (13,134,045) | 18,183,133 |
| 39. Surplus as regards policyholders, December 31 current year (Line 21 plus Line 38) (Page 3, Line 35) | 207,481,664 | 220,615,709 |

| DETAILS OF WRITE-INS | | |
|---|---|---|
| 0501. Takeout credits fee income | (3,382,645) | (9,719,258) |
| 0502. L.A.D. service fee income | (308,282) | (328,417) |
| 0503. Bad faith claims expense | | 40,000 |
| 0598. Summary of remaining write-ins for Line 5 from overflow page | | |
| 0599. Totals (Lines 0501 through 0503 plus Line 0598) (Line 5 above) | (3,690,927) | (10,007,675) |
| 1401. Miscellaneous income and expenses | 1,806,731 | 4,369,285 |
| 1402. | | |
| 1403. | | |
| 1498. Summary of remaining write-ins for Line 14 from overflow page | | |
| 1499. Totals (Lines 1401 through 1403 plus Line 1498) (Line 14 above) | 1,806,731 | 4,369,285 |
| 3701. | | |
| 3702. | | |
| 3703. | | |
| 3798. Summary of remaining write-ins for Line 37 from overflow page | | |
| 3799. Totals (Lines 3701 through 3703 plus Line 3798) (Line 37 above) | | |

CONFIDENTIAL PGIC_0019411

**\*21962200520100100\***
21962200520100100

# ANNUAL STATEMENT
For the Year Ended December 31, 2005
OF THE CONDITION AND AFFAIRS OF THE
Pennsylvania General Insurance Company

NAIC Group Code __1129__ __1129__ NAIC Company Code __21962__ Employer's ID Number __23-1471444__
(Current Period) (Prior Period)

Organized under the Laws of __Pennsylvania__, State of Domicile or Port of Entry __Pennsylvania__

Country of Domicile __United States of America__

Incorporated/Organized: __August 15, 1955__ Commenced Business: __October 4, 1955__

Statutory Home Office: __1500 Spring Garden Street__ __Philadelphia, PA__ __19130__

Main Administrative Office: __One Beacon Street__ __Boston, MA__ __02108-3100__ __617-725-6000__

Mail Address: __One Beacon Street__ __Boston, MA__ __02108-3100__

Primary Location of Books and Records: __One Beacon Street__ __Boston, MA__ __02108-3100__ __617-725-6000__

Internet Website Address: __www.OneBeacon.com__

Statutory Statement Contact: __Lee William Erickson__ __617-725-7157__
__LErickson@OneBeacon.com__ __617-725-7097__
(E-Mail Address) (Fax Number)

Policyowner Relations Contact: __Charles T. Robbins__ __1 Constitution Way__ __Foxborough, MA__ __02035__ __508-549-9577__

## OFFICERS
Chairman of the Board
Timothy Michael Miller #

| # | Name | Title |
|---|---|---|
| 1. | Timothy Michael Miller # | President and Chief Executive Officer |
| 2. | Dennis Robert Smith | Secretary |
| 3. | Frederick James Turcotte | Treasurer and Director of Tax |
| 4. | Stuart Noel Lerwick | Senior Vice President and Chief Actuary |

### Vice-Presidents

| Name | Title | Name | Title |
|---|---|---|---|
| Alexander Constantine Archimedes | Senior Vice President | Carey Dwight Benson | Senior Vice President |
| Andrew Coleman Carnase | Senior Vice President | Dana Perkins Hendershott # | Senior Vice President and CAO |
| Paul Harrington McDonough # | Senior Vice President and CFO | Michael Natan | Senior Vice President & CIO |
| Thomas Norman Schmitt | Senior Vice President & Chief HR Officer | Roger Milgram Singer | Senior Vice President & General Counsel |
| Kathleen Marie Taylor | Senior Vice President & Controller | | |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Alexander Constantine Archimedes | Andrew Coleman Carnase | Charles Bergen Chokel | Mark Kevin Dorcus # |
| Stuart Noel Lerwick | Paul Harrington McDonough # | Timothy Michael Miller # | Thomas Norman Schmitt |
| Roger Milgram Singer | | | |

State of __Massachusetts__
County of __Suffolk__ ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| Timothy Michael Miller | Paul Harrington McDonough | Dennis Robert Smith |
| (Printed Name) | (Printed Name) | (Printed Name) |
| 1. | 2. | 3. |
| President and CEO | Senior Vice President and CFO | Secretary |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me this     a. Is this an original filing?    YES [ X ] NO [   ]

__23rd__ day of __February__, 2006    b. If no:    1. State the amendment number
                                                    2. Date filed
                                                    3. Number of pages attached

Yelena Kopelev, Notary Public
My Commission Expires June 1, 2012