*Exhibit 22*

*Excerpt of
PGIC 2006 Annual Statement*


21962200620100100

# ANNUAL STATEMENT

For the Year Ended December 31, 2006
OF THE CONDITION AND AFFAIRS OF THE
**Pennsylvania General Insurance Company**

NAIC Group Code __1129__ (Current Period) __1129__ (Prior Period)  NAIC Company Code __21962__  Employer's ID Number __23-1471444__

Organized under the Laws of __Pennsylvania__, State of Domicile or Port of Entry __Pennsylvania__

Country of Domicile __United States of America__

Incorporated/Organized: __August 15, 1955__  Commenced Business: __October 4, 1955__

Statutory Home Office: __1500 Spring Garden Street   Philadelphia, PA   19130__

Main Administrative Office: __One Beacon Lane   Canton, MA   02021-1030   781-332-7000__

Mail Address: __One Beacon Lane   Canton, MA   02021-1030__

Primary Location of Books and Records: __One Beacon Lane   Canton, MA   02021-1030   781-332-7000__

Internet Website Address: __www.OneBeacon.com__

Statutory Statement Contact: __Lee William Erickson__   781-332-7157
__LErickson@OneBeacon.com__ (E-Mail Address)   781-332-7881 (Fax Number)

Policyowner Relations Contact: __Charles T. Robbins   One Beacon Lane   Canton, MA   02021-1030   781-332-8307__

## OFFICERS

**Chairman of the Board**
Timothy Michael Miller

| # | Name | Title |
|---|------|-------|
| 1. | Timothy Michael Miller | President and Chief Executive Officer |
| 2. | Dennis Robert Smith | Secretary |
| 3. | Frederick James Turcotte | Treasurer and Director of Tax |
| 4. | Brian David Poole # | Senior Vice President and Chief Actuary |

**Vice-Presidents**

| Name | Title | Name | Title |
|------|-------|------|-------|
| Ann Marie Andrews # | Controller | Alexander Constantine Archimedes | Senior Vice President |
| Carey Dwight Benson | Senior Vice President | Andrew Coleman Carnase | Senior Vice President |
| Paul Frederick DiFrancesco # | Senior Vice President | Thomas Lester Forsyth # | Senior Vice President & General Counsel |
| Dana Perkins Hendershott | Senior Vice President & CAO | Paul Harrington McDonough | Senior Vice President & CFO |
| Michael Natan | Senior Vice President & CIO | Thomas Norman Schmitt | Senior Vice President & Chief HR Officer |
| Roger Milgram Singer | Senior Vice President | | |

**DIRECTORS OR TRUSTEES**

| | | | |
|---|---|---|---|
| Alexander Constantine Archimedes | Andrew Coleman Carnase | Mark Kevin Dorcus | Thomas Lester Forsyth # |
| Paul Harrington McDonough | Timothy Michael Miller | Brian David Poole # | Thomas Norman Schmitt |
| Roger Milgram Singer | | | |

State of __Massachusetts__
County of __Norfolk__  ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| Timothy Michael Miller (Printed Name) | Paul Harrington McDonough (Printed Name) | Dennis Robert Smith (Printed Name) |
| 1. | 2. | 3. |
| President and Chief Executive Officer (Title) | Senior Vice President and CFO (Title) | Secretary (Title) |

Subscribed and sworn to before me this
__23rd__ day of __February__, __2007__

Yelena Kopelev, Notary Public
My Commission Expires June 1, 2012

a. Is this an original filing?  YES [X] NO [ ]
b. If no:  1. State the amendment number
          2. Date filed
          3. Number of pages attached

HIGHLY CONFIDENTIAL

PGIC 30(b)(6)
EX 0025
T.A. 10.25.23

PGIC_0011766