*Exhibit 23*

*Excerpt of
PGIC 2007 Annual Statement*



21962200720100100

# ANNUAL STATEMENT
### For the Year Ended December 31, 2007
OF THE CONDITION AND AFFAIRS OF THE
### Pennsylvania General Insurance Company

**NAIC Group Code** 1129 (Current Period)  1129 (Prior Period)  **NAIC Company Code** 21962  **Employer's ID Number** 23-1471444

**Organized under the Laws of** Pennsylvania, **State of Domicile or Port of Entry** Pennsylvania

**Country of Domicile** United States of America

**Incorporated/Organized:** August 15, 1955  **Commenced Business:** October 4, 1955

**Statutory Home Office:** 1500 Spring Garden Street, Philadelphia, PA 19130

**Main Administrative Office:** One Beacon Lane, Canton, MA 02021-1030  781-332-7000

**Mail Address:** One Beacon Lane, Canton, MA 02021-1030

**Primary Location of Books and Records:** One Beacon Lane, Canton, MA 02021-1030  781-332-7000

**Internet Website Address:** www.OneBeacon.com

**Statutory Statement Contact:** Lee William Erickson  781-332-7157
LErickson@OneBeacon.com  781-332-7881 (Fax)

## OFFICERS
**Chairman of the Board**
Timothy Michael Miller

| # | Name | Title |
|---|------|-------|
| 1. | Timothy Michael Miller | President and Chief Executive Officer |
| 2. | Dennis Robert Smith | Secretary |
| 3. | Todd Colin Mills # | Treasurer |
| 4. | Brian David Poole | Senior Vice President and Chief Actuary |

### Vice-Presidents

| Name | Title | Name | Title |
|------|-------|------|-------|
| Ann Marie Andrews | Controller | Alexander Constantine Archimedes | Senior Vice President |
| Andrew Coleman Carnase | Senior Vice President | Paul Frederick DiFrancesco | Senior Vice President |
| Dana Perkins Hendershott | Senior Vice President & CAO | Paul Harrington McDonough | Senior Vice President & CFO |
| Michael Natan | Senior Vice President & CIO | Bradford Whitman Rich # | Senior Vice President & General Counsel |
| Thomas Norman Schmitt | Senior Vice President & Chief HR Officer | | |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Alexander Constantine Archimedes | Andrew Coleman Carnase | Mark Kevin Dorcus | Paul Harrington McDonough |
| Timothy Michael Miller | Brian David Poole | Bradford Whitman Rich # | Thomas Norman Schmitt |

State of Massachusetts
County of Norfolk  ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| Timothy Michael Miller | Paul Harrington McDonough | Dennis Robert Smith |
| (Printed Name) | (Printed Name) | (Printed Name) |
| 1. | 2. | 3. |
| President and Chief Executive Officer | Senior Vice President & CFO | Secretary |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me this
25th day of February 200_

Yelena Kopelev, Notary Public
My Commission Expires June 1, 2012

a. Is this an original filing?  YES [X] NO [ ]
b. If no:  1. State the amendment number
         2. Date filed
         3. Number of pages attached

PGIC_0011611  HIGHLY CONFIDENTIAL  PGIC 30(b)(6) EX 0026 T.A. 10.25.23

1