*Exhibit 24*

*March 31, 2021 Email
Regarding PGIC's Liabilities*

To: Robert Stafford[robert@auw.com]
From: Kaplan, Keith
Sent: Wed 03/31/2021 10:51:52 PM
Subject: Re: Bedivere - Pennsylvania Insurance Co matter
Received: Wed 03/31/2021 10:51:54 PM

Greetings,

I have not heard back from the note I left for you on Friday seeking contact information for your general counsel.

To elaborate further, kindly note that Bedivere Insurance Company (formerly One Beacon Insurance Company) was placed in liquidation on March 11. As part of the transition into liquidation, we have learned about a number of transfer/assumption transactions ultimately into Bedivere. One of these involves Pennsylvania Insurance Company (formerly Pennsylvania General Insurance Company).

As the assumption reinsurance does not result in a novation, we need to transfer some claim files back to Pennsylvania Insurance Company. In turn Pennsylvania Insurance Company would be able to file a Proof of Claim in the Bedivere estate. Please put me in touch with appropriate person(s) in order to allow for an expeditious and orderly file transfer. Thank you.

Sincerely,

Keith E. Kaplan, Esq., CPCU
Chief Liquidation Officer
Bedivere Insurance Co. (in Liquidation)
Email: c-kkaplan@pa.gov
Mobile: (917) 716-7367

---

From: Kaplan, Keith
Sent: Friday, March 26, 2021 10:00 AM
To: rstafford@auw.com <rstafford@auw.com>
Subject: Bedivere - Pennsylvania Insurance Co matter

Greetings,

I saw your name as contact on Annual Statement. I have a matter I need to discuss with Mr. Jeffrey Silver. Kindly share his contact information, i.e. email and phone number. Thank you!

Sincerely,

Keith E. Kaplan, Esq., CPCU
Chief Liquidation Officer
Bedivere Insurance Co. (in Liquidation)
Email: c-kkaplan@pa.gov
Mobile: (917) 716-7367

PGIC_0007313



PGIC 30(b)(6)
Exhibit No. 70
Date: 10.26.23
T. Alfaro