*Exhibit 25*

*April 5, 2021 Email Chain
Regarding The Bedivere Liquidation*

| From: | Julie Madril [/O=CHBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JULIEMADRIL] |
|---|---|
| Sent: | 4/5/2021 10:38:50 PM |
| To: | Josh Weiner [joshweiner@catalinare.com] |
| Subject: | Re: American Employers-Triangle Enterprises, Inc. Lockhard-Stirland and Rud Litigation |

**Redacted**

Julie Madril

**Operations Manager**

Catalina U.S. Insurance Services LLC

T: +1 619 278 2460

www.catalinare.com


On Apr 5, 2021, at 3:31 PM, Josh Weiner <joshweiner@catalinare.com> wrote:

**Redacted**

Joshua Weiner
**Vice President, Claims Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com

---

**From:** Julie Madril <JulieMadril@Catalinare.com>
**Sent:** Monday, April 5, 2021 1:05 PM
**To:** Josh Weiner <joshweiner@Catalinare.com>
**Subject:** FW: American Employers-Triangle Enterprises, Inc. Lockhard-Stirland and Rud Litigation

**Redacted**

Julie Madril
**Operations Manager**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2460
www.catalinare.com

**From:** Madeleine Bass <mbass@armourrisk.com>
**Sent:** Monday, April 05, 2021 9:41 AM
**To:** Julie Madril <JulieMadril@Catalinare.com>
**Subject:** RE: American Employers-Triangle Enterprises, Inc. Lockhard-Stirland and Rud Litigation

**Warning:** External email, use care with links & attachments

Hi Julie,

Please be advised that Bedivere Insurance Company has been placed in liquidation by Court Order and is thereby subject to a stay. Bedivere is now under direct oversight of the Pennsylvania Insurance Department and this matter will also be to the relevant state's Insurance Guaranty Association for further handling. Armour Risk Management has been retained to assist the Pennsylvania Insurance Department in managing the liquidation of Bedivere and your email was forwarded to me for initial handling. Please allow this to acknowledge your email of 4/5/21 providing notice of the captioned claim/lawsuits. Bedivere is not in a position to take any affirmative action at this time, and the policyholder is advised to manage this matter to best protect their interests and to seek other potential coverage if available. Additional information may be available through your state's Insurance Guaranty Association in due course.

Bedivere fully reserves all rights under the terms, conditions and provisions of all policies that may have been issued to the insured and related entities. No past or future actions taken by Bedivere in connection with this matter should constitute an admission of liability or coverage under the alleged policies, nor be deemed as a waiver of any rights to disclaim liability or coverage under the alleged policies. Further, we do not waive Bedivere's rights to assert defenses based upon any of the alleged policy provisions, whether or not specifically mentioned herein, or arising by operation of law.

You may also wish to file a Proof of Claim form with the liquidator in order to preserve your rights should the relevant state Insurance Guaranty Association limit or disclaim coverage in accordance with its governing statute.

Please let me know if you have any questions or wish to discuss.

<image002.png>

Madeleine B. Bass Esq., Senior Claims Adjuster
Armour Risk Management Inc.
mbass@armourrisk.com  www.armourholdings.com
T.+1 857 403 4997
Armour Risk Management Inc., 3 Batterymarch Park, Quincy, MA
02169, United States

Armour Risk Management Limited is registered in England & Wales, registration Number 07111927 and has its registered office at 20 Old Broad Street, London, EC2N 1DP. The information contained in this e-mail message and any attachments transmitted with it are private, are intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. If you have received this e-mail message in error, please immediately notify the sender by reply e-mail and delete the message. You should not print copy, transmit, or otherwise disseminate the information contained in this email message. Any use of this information other than by the intended recipient is prohibited.

Any personal information which you provide will be processed in accordance with our Privacy Policy available at http://www.armourholdings.com/privacy/
Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment.

**From:** Julie Madril <JulieMadril@Catalinare.com>
**Sent:** Monday, April 5, 2021 12:25 PM
**To:** Madeleine Bass <mbass@armourrisk.com>
**Subject:** RE: American Employers-Triangle Enterprises, Inc. Lockhard-Stirland and Rud Litigation

Here is the Rud Litigation paperwork.

Julie Madril
**Operations Manager**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2460
www.catalinare.com

**From:** Julie Madril
**Sent:** Monday, April 05, 2021 9:22 AM
**To:** 'Madeleine Bass' <mbass@armourrisk.com>
**Subject:** American Employers-Triangle Enterprises, Inc. Lockhard-Stirland and Rud Litigation

Hi Madeleine:

Received the attached this morning.

<image003.jpg>

Julie Madril
**Operations Manager**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2460
www.catalinare.com

Confidentiality Notice: This e-mail, including any attachments, is intended for the sole and exclusive use of the person(s) or entity to whom it is addressed and may contain proprietary, confidential and/or legally privileged information. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) notify us immediately by return e-mail and delete this message, including any attachments. Unauthorized disclosure, forwarding, copying or use of this information may be unlawful and is strictly prohibited.

CONFIDENTIAL

SPARTA-00048019