*Exhibit 26*

*April 2021 Email Chain Regarding AEIC Liabilities*