*Exhibit 27*

*May 5, 2021 Email
Regarding AEIC Claims
(Attachments Omitted)*

| From: | Kaplan, Keith [c-kkaplan@pa.gov] |
|---|---|
| Sent: | 5/5/2021 6:37:20 PM |
| To: | Stephen Eisenmann [stepheneisenmann@catalinare.com] |
| Subject: | Bedivere liquidation |
| Attachments: | Bedivere Liquidation - Included Companies.pdf; 100% QS PGIC & OBIC (10.1.2012).pdf; PGIC and OBIC T&A (executed 10.1.12).pdf; 2012 Form D_ PGIC Sale (PA Filing).PDF; AEIC Transfer and Assumption Agreement.PDF; PGIC - AEIC Open and Reopen ITD Claims with Financials as of 4-14-2021 .xls |

**Warning**: External email, use care with links & attachments

Greetings,

As a follow up to our call, I have attached a listing of company names that today are Bedivere and therefore part of the liquidation. These company names are Bedivere by virtue of name changes or mergers.

Pennsylvania General Insurance Company (PGIC) is not on that list. PGIC was formed as a Pennsylvania domiciled company on 8/15/1955. The name was changed to General Accident Insurance Company on 8/25/1999 and then changed back to Pennsylvania General Insurance Company on 8/28/2001. PGIC was sold to North American Casualty Company (NACC) on 10/1/2012. See www.nacasualty.com. PGIC changed its name to Pennsylvania Insurance Company (PIC) and is currently domiciled in New Mexico. As an fyi, NACC is under common ownership with Applied Underwriters.

To facilitate the sale, PGIC and One Beacon Insurance Company (OBIC) entered into a transfer and assumption reinsurance agreement, which I have attached, along with other documents surrounding that sale. Assumption Certificates were not sent to any policyholders. The transfer and assumption agreement does not result in a novation of the policies involved. However, PGIC liabilities were managed by Bedivere pursuant to the assumption agreement. Bedivere is the current name of OBIC. With the insolvency of Bedivere, management of the claims reverts back to PIC, who in turn has a reinsurance claim in the Bedivere estate.

Prior to the PGIC sale to NACC, American Employers' Insurance Company (AEIC) was sold to SPARTA Insurance Holdings, Inc on 8/9/2007 and AEIC's name was changed to SPARTA Insurance Company on 8/31/2007. In order to make AEIC marketable for sale, AEIC and PGIC entered into a transfer and assumption agreement on 6/15/2005 (attached) wherein PGIC assumed the liabilities of AEIC. In this assumption, Assumption Certificates were only sent to a subset of the then in-force policyholders. Policyholders who received Assumption Certificates are not among the policyholders with open claims. Once again, the transaction does not result in a novation of the policies with open claims. However, AEIC liabilities were managed by PGIC and then were managed by Bedivere pursuant to the subsequent assumption agreements as explained above.

Consequently, we view SPARTA as the "owner" of all obligations to claimants and policyholders of AEIC in the first instance. However, due to the transfer and assumption with PGIC, we are currently looking to PIC to take on administrative and economic responsibility for the AEIC claims. Having said that, we reserve our rights to send these to your firm as it is the insurance company whose policies cover the claims. Moreover, claimants, policyholders and even regulators may reach out to you concerning your responsibility for these claims. However, in the event SPARTA finds itself bearing the administrative and economic responsibility for any of all of these claims, SPARTA would have a reinsurance claim against PIC pursuant to the transfer and assumption agreement; and PIC in turn would have a reinsurance claim against Bedivere. For your benefit, I have attached a list of open AEIC claims as of 4/14/2021.



CONFIDENTIAL

SPARTA-00089079

The contact at PIC thus far is Jeffrey Silver, General Counsel. He is listed as such in the PIC Annual Statement and is one of the 3 officers who sign the yellow book. Having said that, he operates a law firm located in same building as HQ for NACC, PIC, and Applied Underwriters.

**Jeffrey Silver**
General Counsel
Pennsylvania Insurance Company
10805 Old Mill Road
Omaha, NE 68154
        jeffreysilver@silver-law.net
        Telephone: 402-393-1984.

I think that sums up what I shared on the call, and hope proves to be useful information. I am available for follow up calls/questions at your convenience. Thank you.

Sincerely,


**Keith E. Kaplan, Esq., CPCU**
**Chief Liquidation OfficeriBedivere Insurance Co. (in Liquidation)**
**Email: c-kkaplan@pa.gov**
**Mobile: (917) 716-7367**