*Exhibit 28*

*May 2021 Email Chain
Regarding PGIC's Liabilites*