*Exhibit 29*

*June 1, 2021 Email
Regarding AEIC Claims
(Attachment Omitted)*

| From: | Stephen Eisenmann [/O=CHBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STEPHENEISENMANN] |
|---|---|
| Sent: | 6/1/2021 3:46:04 PM |
| To: | Murphy, Michael (New York) [michael.murphy@dlapiper.com] |
| CC: | Amy Gallent [amygallent@catalinare.com]; Ronald P. Harrell [ronaldharrell@catalinare.com]; Josh Weiner [joshweiner@catalinare.com]; Fischer, Scott [scott.fischer@dlapiper.com]; Luce, David [david.luce@dlapiper.com] |
| Subject: | PRIVLIGED ATTORNEY CLIENT COMMUNICATION FW: AEIC Claims |
| Attachments: | AEIC Claim funding.msg |

Murph,

**Redacted**

Regards,

Stephen

Stephen Eisenmann
**President, CEO & CCO**
Catalina U.S. Insurance Services LLC

T: +1 212-373-1823
www.catalinare.com

---

**From:** Stephen Eisenmann
**Sent:** Tuesday, June 01, 2021 11:06 AM
**To:** 'Kaplan, Keith' <c-kkaplan@pa.gov>
**Subject:** RE: AEIC Claims

Keith,

I hope you enjoyed the holiday weekend despite the weather.

I write in response to your May 26, 2021 e-mail below regarding the funding of an escrow account to pay workers' compensation claims on policies written by American Employers' Insurance Company (AEIC). As you are aware, pursuant to a 2005 Transfer and Assumption agreement entered into between Pennsylvania General Ins. Co. now known as Pennsylvania Insurance Company (PIC) and AEIC, PIC assumed all of AEIC's liabilities for 2005 and prior policies and undertook responsibility for handling and paying all related claims. SIC and PIC have operated under that agreement for the past 16 years. SIC has never been called upon to make any payments under the transferred policies.

I appreciate your concern about the continued timely payment of workers' compensation claims by PIC on the claims that you are returning to it from Bedivere Insurance Company, in liquidation (BIC), in light of the fact that BIC, as reinsurer of PIC is no longer in a position to continue payment of these claims. Your request to PIC that it fund an escrow account to provide for its obligations was the right course of action. SIC has no reason to believe that PIC will not honor its obligations under the 2005 Transfer and Assumption agreement.

PIC's course of conduct over the last decade and a half suggests that it will abide by its obligations. Because of the 2005 Transfer and Assumption Agreement and the long course of dealing by the parties, SIC cannot accept responsibility, even on a contingent basis, for any AEIC claims which were duly transferred in 2005. Moreover, even if SIC had some liability

for AEIC policies dating from before 2005 (which it does not), SIC has no visibility into those policies, their terms or the related obligations and could not make an informed decision about your request that it fund an escrow account.

I am very happy to discuss this matter with you further.

Regards,

Stephen


Stephen Eisenmann
**President, CEO & CCO**
Catalina U.S. Insurance Services LLC

T: +1 212-373-1823
www.catalinare.com

---

**From:** Kaplan, Keith <c-kkaplan@pa.gov>
**Sent:** Wednesday, May 26, 2021 7:41 PM
**To:** Stephen Eisenmann <StephenEisenmann@Catalinare.com>
**Cc:** Bryan Enos <benos@armourrisk.com>; mdias@armourrisk.com; Graham Loxley <gloxley@ArmourRisk.com>
**Subject:** AEIC Claims

**Warning:** External email, use care with links & attachments

Greetings,

As I have shared with you, we are concerned that Jeff Silver and PIC will continue to resist their responsibility for the AEIC claims.

With time moving forward and the 90 day transition period that allows us to authorize temporary continued funding of Work Comp claims about to expire, it is imperative that you establish a claims imprest fund with Armour in the amount of $275,000 on or before Monday June 7. Such amount should cover WC claims for the next 3 months. If Mr Silver provides funding at an acceptable level, Armour will return the funds to you. However, it is essential that we have at least some interim funding arrangements in place by June 7. I thank you in advance for your attention to this matter.

Sincerely,


**Keith E. Kaplan, Esq., CPCU**
**Chief Liquidation Officer**
**Bedivere Insurance Co. (in Liquidation)**
**Email:  c-kkaplan@pa.gov**
**Mobile:  (917) 716-7367**

Attachment Omitted