*Exhibit 30*

*August 2021 Services Agreement Between PGIC And Armour Risk Management Inc.*