*Exhibit 31*

*August 11, 2021 Email Regarding Claims
A.G. Risk Management, Inc. Paid On PGIC's Behalf*