*Exhibit 32*

*August 26-27, 2021 Email Chain*
*Regarding AEIC Claims*