*Exhibit 33*

*August 27-30, 2021 Email Chain
Between SPARTA And A.G. Risk Management, Inc.*

| From: | Ronald P. Harrell [/O=CHBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RONALDHARRELL] |
|---|---|
| Sent: | 8/30/2021 9:01:15 PM |
| To: | Bryan Enos [benos@agrminc.com] |
| Subject: | RE: [External] RE: Files |

Yes. I am available.

**Ronald P. Harrell**
**Senior Vice President Claims & U.S. Claims Officer**
Catalina U.S. Insurance Services LLC
T: +1 619 278 2470
www.catalinare.com

---

**From:** Bryan Enos <benos@agrminc.com>
**Sent:** Monday, August 30, 2021 1:56 PM
**To:** Ronald P. Harrell <RonaldHarrell@Catalinare.com>
**Subject:** RE: [External] RE: Files

**Warning:** External email, use care with links & attachments

Hi Ron,

I am done with my call. Can I give you a ring in about 5 minutes or so? I am going to have Greg Duca, our other Managing Director, join the call as well. I can either set up a Teams call, or just dial you directly, whichever you prefer.

Bryan

**Bryan Enos**
*Managing Director*
*A.G. Risk Management Inc.*
*Formerly Armour Risk Management Inc.*

3 Batterymarch Park, Suite 101 | Quincy, MA 02169
T:+1 857 403 1883 | F:+1 888 314 8089
E:benos@agrminc.com
www.agrminc.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. WARNING: Computer viruses can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**From:** Ronald P. Harrell <RonaldHarrell@Cataliniare.com>
**Sent:** Monday, August 30, 2021 2:56 PM
**To:** Bryan Enos <benos@agrminc.com>
**Subject:** RE: [External] RE: Files

Today works whenever your call wraps. I am in California so it will be early afternoon for me. Tomorrow is fine, too.

Ronald P. Harrell
**Senior Vice President Claims & U.S. Claims Officer**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2470
www.catalinare.com

---

**From:** Bryan Enos <benos@agrminc.com>
**Sent:** Monday, August 30, 2021 11:54 AM
**To:** Ronald P. Harrell <RonaldHarrell@Catalinare.com>
**Subject:** RE: [External] RE: Files

**Warning:** External email, use care with links & attachments

I have a call at 4pm EST which may go 30 – 60 minutes, but could talk around 5 if that works. Otherwise, I have time between 12 – 1 tomorrow. I can let you know when my 4pm wraps up if you like and if you are still available we can set up a call.


**Bryan Enos**
*Managing Director*
A.G. Risk Management Inc.
*Formerly Armour Risk Management Inc.*

3 Batterymarch Park, Suite 101 | Quincy, MA 02169
T:+1 857 403 1883 | F:+1 888 314 8089
E:benos@agrminc.com
www.agrminc.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. WARNING: Computer viruses can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**From:** Ronald P. Harrell <RonaldHarrell@Catalinare.com>
**Sent:** Monday, August 30, 2021 2:51 PM
**To:** Bryan Enos <benos@agrminc.com>
**Subject:** RE: [External] RE: Files

Great, Bryan!

I am free after about 4:30 Eastern today or tomorrow between 10 & 1 Eastern. Do you have a few minutes to discuss then?

Let me know what works.

Thanks,

Ron

Ronald P. Harrell
**Senior Vice President Claims & U.S. Claims Officer**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2470
www.catalinare.com

**From:** Bryan Enos <benos@agrminc.com>
**Sent:** Monday, August 30, 2021 11:46 AM
**To:** Ronald P. Harrell <RonaldHarrell@Catalinare.com>; Lynne Young <lyoung@agrminc.com>; Graham Loxley <gloxley@agrminc.com>
**Subject:** RE: [External] RE: Files

**Warning:** External email, use care with links & attachments

Hi Ron,

I would be happy to start having that conversation with you. I would suggest you and I talk, and then we can bring in the appropriate folks to discuss details if that works.

Bryan

**Bryan Enos**
*Managing Director*
A.G. Risk Management Inc.
*Formerly Armour Risk Management Inc.*

3 Batterymarch Park, Suite 101 | Quincy, MA 02169
T:+1 857 403 1883 | F:+1 888 314 8089
E: benos@agrminc.com
www.agrminc.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. WARNING: Computer viruses can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**From:** Ronald P. Harrell <RonaldHarrell@Catalinare.com>
**Sent:** Monday, August 30, 2021 2:21 PM
**To:** Lynne Young <lyoung@agrminc.com>; Graham Loxley <gloxley@agrminc.com>; Bryan Enos <benos@agrminc.com>
**Subject:** RE: [External] RE: Files

Catalina would like to discuss contracting with AGRMI to manage the claims. Who should I be speaking with?

Let me know, please.

Thanks,

Ron

Ronald P. Harrell
**Senior Vice President Claims & U.S. Claims Officer**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2470
www.catalinare.com

**From:** Kaplan, Keith <c-kkaplan@pa.gov>
**Sent:** Monday, August 30, 2021 11:19 AM
**To:** Stephen Eisenmann <StephenEisenmann@Catalinare.com>; Ronald P. Harrell <RonaldHarrell@Catalinare.com>
**Cc:** Lynne Young <lyoung@agrminc.com>; gloxley@agrminc.com; Bryan Enos <benos@agrminc.com>
**Subject:** Re: [External] RE: Files

**Warning:** External email, use care with links & attachments

Greetings folks,

I have copied Lynne Young (IT lead) and Graham Loxley (APH claim lead) as point people for file transfer. I have also included Bryan Enos, who is the overall Bedivere team lead at AGRMI. Thank you.

Sincerely,


**Keith E. Kaplan, Esq., CPCU**
**Chief Liquidation Officer**
**Bedivere Insurance Co. (in Liquidation)**
Email: c-kkaplan@pa.gov
Mobile: (917) 716-7367

---

**From:** Stephen Eisenmann <StephenEisenmann@Catalinare.com>
**Sent:** Monday, August 30, 2021 12:54 PM
**To:** Kaplan, Keith <c-kkaplan@pa.gov>
**Cc:** Ronald P. Harrell <RonaldHarrell@Catalinare.com>
**Subject:** [External] RE: Files

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to* CWOPA_SPAM@pa.gov.

Keith,

I just left you a voice mail. I am on the West Coast and may not be available when you call. Ron Harrell copied on this e-mail is the point person to discuss the transfer of the AEIC files. Who should he contact at AGRM to begin the discussions.

Regards,

Stephen

Stephen Eisenmann
**Director**
Catalina U.S. Insurance Services LLC

T: +1 212-373-1823
www.catalinare.com

---

**From:** Kaplan, Keith <c-kkaplan@pa.gov>
**Sent:** Friday, August 27, 2021 8:55 AM
**To:** Stephen Eisenmann <StephenEisenmann@Catalinare.com>
**Subject:** Files

**Warning:** External email, use care with links & attachments

With whom should we coordinate transferring copies of open AEIC liability claim files? This is a combination of electronic records, including images, and data transfer. I'm sure you folks are pros at data and file migration. For what it is worth, and while I do not speak for them, AGRMI may be available to act as your TPA if you wish.

It is important to note that there is some reinsurance available behind the AEIC policies, and whoever pays the claims is entitled to that as well.

**Keith E. Kaplan, Esq., CPCU**
**Chief Liquidation Officer**
**Bedivere Insurance Co. (in Liquidation)**
**Email:** c-kkaplan@pa.gov
**Mobile: (917) 716-7367**

Confidentiality Notice: This e-mail, including any attachments, is intended for the sole and exclusive use of the person(s) or entity to whom it is addressed and may contain proprietary, confidential and/or legally privileged information. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) notify us immediately by return e-mail and delete this message, including any attachments. Unauthorized disclosure, forwarding, copying or use of this information may be unlawful and is strictly prohibited.