*Exhibit 34*

*October 2021 Services Agreement
Between SPARTA And A.G. Risk Management, Inc.*