*Exhibit 36*

*October 20, 2023 Letter*
*Regarding PGIC's Categorical Defenses*



October 20, 2023

Christopher G. Clark
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston St.
Boston, Massachusetts 02116

Dear Chris:

I write in response to your letter of October 12, 2023, in which you request that PIC "state definitively whether it is asserting any affirmative defenses or challenges to the payment of individual claims in respect of historical American Employers Insurance Company policies." You state your understanding that PGIC is "asserting certain categorical defenses" but not "any specific claim-by claim objections to individual claims." We believe the parties' prior correspondence makes our position on this issue clear, and I believe we have a common understanding based on our October 18th phone conversation. To leave no doubt, however, I write to memorialize that understanding.

*First*, you are correct that PIC asserts categorical defenses set forth in its Answer as to why it is not liable for any of the AEIC claims.

*Second*, PIC additionally asserts it is not liable for most of the specific claims for which SPARTA seeks indemnity because SPARTA did not submit notices that comply with § 8.1 of the SPA for those claims. Though this particular position may not apply to 100% of the claims, we do not view it as "claim-by-claim" as we understand SPARTA to use that term.

*Third*, PIC additionally asserts it is not liable for the specific claims for which SPARTA seeks indemnity because SPARTA did not comply with Rule 8.3 for any of the claims. We do not view this defense as claim-by-claim because it applies to all of the claims in the spreadsheet that SPARTA submitted. To the extent that SPARTA itself raises any claim-specific arguments related to the sufficiency of its Rule 8.1 and 8.3 notices, however, PIC reserves the right to respond on a claim-specific basis.

PIC therefore is not raising "claim-by-claim" defenses or arguments as we understand SPARTA is using that term—*i.e.*, defenses that are based on issues unique to the claim such as that AEIC was not liable at all. PIC has not been in a position to do so in part because of issues related to the foregoing defenses such as the lack of compliant notice and sufficient information from SPARTA about the specific claims. If SPARTA is found not to have complied with its obligations for seeking indemnity for any claim(s) based on any of the foregoing, and if it later provides information that provides a basis



Silver

Exhibit No. 150

Date: 10-5-23

T. Alfaro



for such a defense, PIC reserves the right to raise claim-specific defense(s) at that point as to any such claim(s).

While I believe this letter accurately reflects our conversation from Wednesday and repeats prior correspondence, should you have any questions, please do not hesitate to contact me at 703-371-5139. If there is any further dispute and to avoid unnecessary effort, I suggest we first have a phone conversation and then memorialize any conversation in writing.

Very sincerely yours,

Samuel C. Kaplan