*FILED PARTIALLY UNDER SEAL*

*Exhibit 48*

*June 25, 2021 Notice*

**From:** Josh Weiner [/O=CHBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FD8CF2A773C343C1A55E8FE98820CCFA-JOSH WEINER]
**Sent:** 6/25/2021 5:46:13 PM
**To:** Jeff Silver [jeffreysilver@silver-law.net]
**Subject:** FW: Bill McClary v Performance Contracting, Owens Corning
**Attachments:** DOC062521.pdf

Mr. Silver,

This was received today and appears to be AEIC's, based on the second page.

Thanks,
Josh

Joshua Weiner
Vice President, Claims Counsel
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com


-----Original Message-----
From: John Mindek <JohnMindek@Catalinare.com>
Sent: Friday, June 25, 2021 1:16 PM
To: Josh Weiner <joshweiner@Catalinare.com>
Subject: Bill McClary v Performance Contracting, Owens Corning

Hi Josh - we received the attached, which seems to be an American Employers claim

John Mindek
Senior Vice President Claims
Catalina U.S. Insurance Services LLC

T: +1 860 773 3423
www.catalinare.com


-----Original Message-----
From: FarmingtonCopier <netadmin@catalinare.com>
Sent: Friday, June 25, 2021 3:31 PM
To: John Mindek <JohnMindek@Catalinare.com>
Subject: Send data from MFP13931105 06/25/2021 12:31

Scanned from MFP13931105
Date:06/25/2021 12:31
Pages:2
Resolution:200x200 DPI
---------------------------------------

CONFIDENTIAL

SPARTA-00089815



# DIVISION OF WORKERS' COMPENSATION
## WORKERS' COMPENSATION APPEALS BOARD

### NOTICE OF HEARING

**DATE OF SERVICE:** 06/15/2021

**EAMS CASE NBR(s):** ADJ4250810

| | |
|---|---|
| **EMPLOYEE:** | Redacted |
| **EMPLOYER:** | Redacted |
| **INSURER:** | Redacted |

**TYPE OF HEARING:** Status Conference

**DATE OF HEARING:** 07/28/2021 WEDNESDAY

**TIME OF HEARING:** 01:30 P.M.

**HEARING LENGTH (HOURS):**

**LOCATION:** Toll free #: (888) 251-2909
Access Code: 5968089
TELECONFERENCE   0

*Map available at: http://www.dir.ca.gov/dwc/dir2.htm*

**JUDGE:** Francie R. Lehmer

**SPECIAL COMMENTS/INSTRUCTIONS:**

During the COVID-19 crisis all hearings are remote. Please call the number above. Durante la crisis de COVID-19, todas las audiencias son remotas. Por favor llame al numero de arriba.

**NOTICE TO INJURED WORKERS:** IF YOU NEED AN INTERPRETER, CONTACT YOUR ATTORNEY OR CLAIMS ADMINISTRATOR IMMEDIATELY. YOU HAVE A RIGHT TO AN INTERPRETER IF YOU ARE UNABLE TO SPEAK OR ADEQUATELY UNDERSTAND ENGLISH.

You are hereby notified that the above entitled case is set for hearing before the Division of Workers' Compensation of the State of California. Continuances are not favored and will be granted only upon clear showing of good cause. Please arrive before scheduled appearance time.

NOTICE TO PARTIES: **Disability Accommodation is available upon request.** Individuals with a disability requiring a reasonable accommodation (such as an auxiliary aid or service or a modification of policies or procedures) to ensure effective communication and access to the programs of the Division of Workers' Compensation, should contact the **Disability Accommodation Coordinator** at the local District Office of the DWC, or the **Statewide Disability Accommodation Coordinator at 1-866-681-1459 (toll free) or through the California Relay Service, by dialing 711 or 1-800-735-2929 (TTY) or 1-800-855-3000 (TTY-Spanish).**

Accommodations can include reasonable modifications of procedures or the provision of auxiliary aids or services including, but not limited to, assistive listening devices (ALD), Computer-Aided Realtime Translation (CART), sign language interpreters, documents in alternative formats, magnifiers, and audio cassette recordings. Accommodation requests should be made as soon as possible and at least five (5) days before the hearing, especially for requests for an ALD, a sign language interpreter, or CART.

NOTICE TO INSURER: The employer will not receive Notice of Hearing.

WC01 (10-15)

CONFIDENTIAL

SPARTA-00089816

CONFIDENTIAL

SFO-ADJ
455 GOLDEN GATE AVE 2ND FL
SAN FRANCISCO, CA 94102-7002



****************AUTO**ALL FOR AADC 913
T16   P1 S00000S729 P811±00002
AMERICAN EMPLOYERS INS
801 N BRAND BLVD FL 8
GLENDALE CA 91203-1237





DIR00456_1_10000040390010000000010010

SPARTA-00089817