*Exhibit 50*

*July 29, 2021 Notice
(Attachments Omitted)*

| From: | Josh Weiner [/O=CHBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FD8CF2A773C343C1A55E8FE98820CCFA-JOSH WEINER] |
|---|---|
| Sent: | 7/29/2021 2:24:07 PM |
| To: | Kinney, Jonathan [jonathan.kinney@dlapiper.com] |
| Subject: | FW: AEIC - Tender of Claims |
| Attachments: | The Church of Jesus Christ of Latter Day Saints v. American Employers.pdf; Music, Patricia v. Triangle Enterprises-American Employer.pdf |

FYI

Joshua Weiner
**Vice President, Claims Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com

---

**From:** Josh Weiner
**Sent:** Thursday, July 29, 2021 10:24 AM
**To:** 'Jeff Silver' <jeffreysilver@silver-law.net>
**Cc:** Amy Gallent <AmyGallent@Catalinare.com>
**Subject:** AEIC - Tender of Claims

Mr. Silver,

Please find attached the following additional tenders for defense and indemnity, which were received this week and, as with other claims we have forwarded to you, are not the responsibility of SIC and are appropriately the responsibility of Pennsylvania Insurance Company, as successor to PGIC:

1. A tender letter and request for documents from The Church of Jesus Christ of Latter-day Saints and affiliated entities, dated July 21, 2021.
2. A complaint served on Triangle Enterprises, Inc.'s agent for service of process on July 14, 2021 in the matter of *Music v. BASF Catalysts, LLC, et al.*, No. 21-CI-00100 (Johnson Cir. Ct. KY).

Please confirm receipt and confirm that PIC has accepted financial and management responsibility for these tenders and the AEIC claims we have previously forwarded to you. Please also provide contact information for the person or entity to which SIC should forward these types of claims in the ordinary course, should SIC continue to receive them. If we do not hear back from you that PIC will handle and pay these claims, we will continue to protect SIC's interests and look to PIC for reimbursement of any expenses, as we have previously informed you.

Regards,
Josh



Joshua Weiner
**Vice President, Claims Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com



CONFIDENTIAL

SPARTA-00069964

Attachments Omitted