*Exhibit 51*

*August 5, 2021 Notice*
*(Enclosures Omitted)*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116
___
TEL: (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

DIRECT DIAL
617-573-4801
DIRECT FAX
617-305-4801
EMAIL ADDRESS
JAMES.CARROLL@SKADDEN.COM

FIRM/AFFILIATE OFFICES
___
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
___
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 5, 2021

**BY EMAIL AND OVERNIGHT MAIL**

Jeffrey A. Silver
Secretary and General Counsel
Pennsylvania Insurance Company
P.O. Box 3646
Omaha, NE 68103-0646

          RE:    SPARTA Insurance Company v. Pennsylvania General Insurance Company, No. 1:21-11205-DLC (D. Mass)

Dear Mr. Silver:

        I am writing on behalf of SPARTA Insurance Company ("SPARTA") and further to SPARTA's formal demand for indemnification to Pennsylvania General Insurance Company ("PGIC") (now known as Pennsylvania Insurance Company ("PIC")) for American Employers' Insurance Company's ("AEIC") claims under the Stock Purchase Agreement ("SPA") between SPARTA and PGIC. This letter also responds to PIC's August 2, 2021 letter. In that letter you requested, among other things, underwriting files, claims files, pleadings, and correspondence related to the various matters tendered by SPARTA to PIC.

        As you will recall, because PIC agreed to be bound by the Kentucky Protective Order in the Triangle litigation, PIC already has received all of the relevant documents SPARTA has in its possession. Otherwise, because SPARTA did not acquire the liabilities of AEIC, SPARTA is not in possession of relevant policies, policyholder information, or any other information related to these tenders beyond the initial tender communication and the further information provided to PIC on July 8, 2021. In response to PIC's question regarding who might have the

documents you requested, it is SPARTA's understanding that PIC has hired a TPA to handle claims, and that organization may have the material PIC seeks.

In response to PIC's question regarding Bedivere Insurance Company ("Bedivere") paying Triangle claims, it is SPARTA's understanding that Bedivere is not paying those claims at this time.

SPARTA again requests that PIC immediately confirm that PIC will satisfy its legal obligations and handle, manage, and pay these claims, as well as any other AEIC claims, including those that Armour Risk Management was managing and paying. In addition, to the extent PIC will not promptly agree to handle, manage, and pay those claims, SPARTA will protect its interests as necessary with respect to each of them and look to PIC for reimbursement for all costs expended protecting the same, including attorneys' fees and expenses.

Finally, SPARTA does not agree with the unsubstantiated assertion in your August 2, 2021 letter that "no claimed reinsurance agreement eliminates AEIC's primary liability under its issued policies." As previously noted, the SPA provides that PGIC (now PIC) would assume "any and all of the liabilities and assets" of AEIC.

SPARTA has cooperated with PIC by sharing whatever limited information SPARTA has while patiently awaiting a definitive response to SPARTA's request that PIC honor its obligations. In light of PIC's refusal to timely confirm that it will comply with its contractual obligations, SPARTA has commenced a lawsuit captioned <u>SPARTA Insurance Company v. Pennsylvania General Insurance Company</u>, No. 1:21-11205-DLC in the United States District Court for the District of Massachusetts, seeking a court order directing PIC to, among other things, satisfy its indemnification obligations for AEIC claims and pay all of SPARTA's costs, expenses and legal fees.

PIC was formally served with process in that lawsuit today. Courtesy copies of the complaint and summons are enclosed.

Very truly yours,

James R. Carroll

Enclosures

Enclosures Omitted