*Exhibit 52*

*August 16, 2021 Notice*
*(Attachments Omitted)*

| **From:** | Ronald P. Harrell [/O=CHBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RONALDHARRELL] |
|---|---|
| **Sent:** | 8/16/2021 2:28:08 PM |
| **To:** | Stephen Eisenmann [stepheneisenmann@catalinare.com] |
| **Subject:** | FW: AEIC Tenders |
| **Attachments:** | Reisinger et al v. A.O. Smith v. Triangle Enterprises.pdf; Orange v. 4520 Corp v. Triangle Enterprises-American Employer.pdf; Line et al v. Air & Liquid Systems v. Triangle Enterprises.pdf; Pennsylvania & American Employer's Insurance Companies.pdf |

FYI

Ronald P. Harrell
**Senior Vice President Claims & U.S. Claims Officer**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2470
www.catalinare.com

---

**From:** Josh Weiner <joshweiner@Catalinare.com>
**Sent:** Monday, August 16, 2021 7:13 AM
**To:** Kinney, Jonathan <jonathan.kinney@dlapiper.com>
**Cc:** Amy Gallent <AmyGallent@Catalinare.com>; Ronald P. Harrell <RonaldHarrell@Catalinare.com>; Murphy, Michael (New York) <michael.murphy@dlapiper.com>
**Subject:** FW: AEIC Tenders

# Redacted

Joshua Weiner
**Vice President, Claims Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com

---

**From:** Josh Weiner
**Sent:** Monday, August 16, 2021 10:12 AM
**To:** 'Jeff Silver' <jeffreysilver@silver-law.net>
**Cc:** Amy Gallent <AmyGallent@Catalinare.com>
**Subject:** AEIC Tenders


Silver
Exhibit No. 130
Date: 12.5.23
T. Alfaro

Mr. Silver,

Please find attached the following additional tenders for defense and indemnity, which were received this week and, as with other claims we have forwarded to you, are not the responsibility of SIC and are appropriately the responsibility of Pennsylvania Insurance Company, as successor to PGIC:

1.      A complaint served on Triangle Enterprises, Inc.'s agent for service of process on July 29, 2021, in the matter of *Line, et al. v. Air & Liquid Systems Corp., et al.*, No. 21-L-0606 (St. Clair Cnty. Cir. Ct. IL).

2.      A complaint served on Triangle Enterprises, Inc.'s agent for service of process on July 29, 2021, in the matter of *Orange v. 4520 Corp., Inc., et al.*, No. 2021-L-630 (St. Clair Cnty. Cir. Ct. IL).

3.      A complaint served on Triangle Enterprises, Inc.'s agent for service of process on July 27, 2021, in the matter of *Reisinger, et al. v. A.O. Smith Corporation, et al.*, No. 21-L-825 (Madison Cnty. Cir. Ct. IL).

4.      A tender letter and request for documents from The New Orleans Archdiocese, dated August 11, 2021.

CONFIDENTIAL

Please confirm receipt and confirm that PIC has accepted financial and management responsibility for these tenders and the AEIC claims we have previously forwarded to you. Please also provide contact information for the person or entity to which SIC should forward these types of claims in the ordinary course, should SIC continue to receive them. If we do not hear back from you that PIC will handle and pay these claims, we will continue to protect SIC's interests and look to PIC for reimbursement of any expenses, as we have previously informed you.

Regards,
Josh



Joshua Weiner
**Vice President, Claims Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com

Attachments Omitted