*Exhibit 53*

*August 20, 2021 Notice*
*(Attachment Omitted)*

| | |
|---|---|
| **From:** | Ronald P. Harrell [/O=CHBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RONALDHARRELL] |
| **Sent:** | 8/20/2021 10:07:11 PM |
| **To:** | Jeff Silver [jeffreysilver@silver-law.net] |
| **CC:** | Amy Gallent [amygallent@catalinare.com]; Murphy, Michael (New York) [michael.murphy@dlapiper.com]; Kinney, Jonathan [jonathan.kinney@dlapiper.com]; james.carroll@skadden.com; Josh Weiner [joshweiner@catalinare.com] |
| **Subject:** | RE: AEIC - Triangle Tender |
| **Attachments:** | Ballesteros et al v. A.W. Chesterton v. Triangle Enterprises.pdf |

Mr. Silver,

Please note that Mr. Weiner inadvertently copied Mr. Murphy and Mr. Kinney on this email instead of copying Mr. Carroll at Skadden. As you know, Mr. Carroll is Sparta's litigation counsel in this matter.

Let Josh or me know if you have any questions on this.

Regards,

Ronald P. Harrell
**Senior Vice President Claims & U.S. Claims Officer**
Catalina U.S. Insurance Services LLC

T: +1 619 278 2470
www.catalinare.com

---

**From:** Josh Weiner <joshweiner@Catalinare.com>
**Sent:** Friday, August 20, 2021 2:20 PM
**To:** Jeff Silver <jeffreysilver@silver-law.net>
**Cc:** Amy Gallent <AmyGallent@Catalinare.com>; Ronald P. Harrell <RonaldHarrell@Catalinare.com>; Murphy, Michael (New York) <michael.murphy@dlapiper.com>; Kinney, Jonathan <jonathan.kinney@dlapiper.com>
**Subject:** AEIC - Triangle Tender

Mr. Silver,

Please find attached another additional tender for defense and indemnity (i.e., a complaint served on Triangle Enterprises, Inc.'s agent for service of process on August 2, 2021 in the matter of *Vincent Balleteros v. A.W. Chesterton Company, et al.*, No. 21-L-888 (Madison Cnty. Cir. Ct. IL)), which was received this week. Like with other claims we have forwarded to you, this tender is not the responsibility of SIC and is appropriately the responsibility of Pennsylvania Insurance Company as successor to PGIC.

Please confirm receipt and confirm that PIC has accepted financial and management responsibility for this tender and the AEIC claims we have previously forwarded to you. Please also provide contact information for the person or entity to which SIC should forward these types of claims in the ordinary course, should SIC continue to receive them. If we do not hear back from you that PIC will handle and pay these claims, we will continue to protect SIC's interests and look to PIC for reimbursement of any expenses, as we have previously informed you.

Regards,
Josh



Silver
Exhibit No. 131
Date: 12.5.23
T. Alfaro

CONFIDENTIAL

SPARTA-00070045



Joshua Weiner
**Vice President, Claims Counsel**
Catalina U.S. Insurance Services LLC

T: +1 860 773 3417
www.catalinare.com

CONFIDENTIAL

SPARTA-00070046


Attachment Omitted