*Exhibit 55*

*November 5, 2021 Notice*



Catalina U.S. Insurance Services LLC
*Member of Catalina Holdings (Bermuda) Ltd*

RECEIVED

NOV 1 2 2021

Plymouth, MN

November 5, 2021

**VIA OVERNIGHT FEDEX AND EMAIL**

Jeffrey Silver
General Counsel
Pennsylvania Insurance Company
10805 Old Mill Road
Omaha, NE 68154

One Beacon Insurance Company
One Beacon Lane
Canton, Massachusetts 02021
Attention: General Counsel

One Beacon Insurance Company
One Beacon Lane
Canton, Massachusetts 02021
Attention: Treasurer

Dear Mr. Silver, Treasurer, and General Counsel:

I write again on behalf of Sparta Insurance Company ("SIC") further to SIC's ongoing requests for indemnification pursuant to the August 9, 2007 Stock Purchase Agreement ("SPA") between Pennsylvania General Insurance Company ("PGIC"), later re-named Pennsylvania Insurance Company ("PIC"), and Sparta Insurance Holdings, Inc. ("SIH"). This notice is further to the multiple prior notices SIC has previously submitted to PIC concerning claims, tenders, and other legal process that SIC has received, which all relate to policies issued by American Employers' Insurance Company ("AEIC").

We previously requested that PIC handle, manage, and pay these AEIC claims as well as other AEIC claims that were managed and paid by Armour Risk Management ("ARM"), and subsequently Alan Gray Risk Management ("AGRM"), after ARM was acquired by Alan Gray LLC. We also informed you that, to the extent PIC would not handle, manage, and pay those claims, SIC would protect its interests as necessary with respect to each of them and look to PIC for reimbursement for the cost of that necessary action.

PIC has refused to handle, manage and pay these AEIC claims. PIC has taken the position, both in correspondence and in connection with the litigation that SIC commenced in Massachusetts federal court, that PIC purportedly is not responsible for these AEIC claims. As such, SIC has no choice but to handle, manage, and pay these AEIC claims. To do so, SIC has engaged the services of AGRM. Even though PIC has maintained that it is not responsible for these AEIC claims, SIC plans to provide periodic reports to PIC of the status of the claims made and paid. To the extent that PIC requests further or different information, please contact me promptly.

**BEDIVERE_002602**

SIC reserves all rights and waives none.

Sincerely,

*Joshua Weiner*

Joshua Weiner
Vice President, Claims Counsel
Catalina U.S. Insurance Services LLC
Direct: (860)773-3417
JoshWeiner@Catalinare.com

BEDIVERE_002603

Catalina U.S. Insurance Services LLC
3838 Caminio Del Rio North
Suite 305
San Diego, CA 92108

RECEIVED

NOV 12 2021

Plymouth, MN

One Beacon Insurance Company
One Beacon Lane
Canton, Massachusetts 02021
Attention: Treasurer

BEDIVERE 002604