*Exhibit 56*

*April 29, 2022 Notice*
*(Excerpt Of Attachments Included)*