*FILED UNDER SEAL*

*Exhibit 57*

*August 16, 2022 Notice*
*(Excerpt Of Attachments Included)*