*FILED UNDER SEAL*

*Exhibit 58*

*September 28, 2022 Notice
(Excerpt Of Enclosure Included)*