*Exhibit 59*

*October 25, 2022 Notice*
*(Excerpt Of Enclosure Included)*