*FILED UNDER SEAL*

*Exhibit 60*

*December 19, 2022 Notice
(Excerpt Of Enclosure Included)*