*Exhibit 61*

*January 17, 2023 Notice*
*(Excerpt Of Enclosure Included)*