*FILED PARTIALLY UNDER SEAL*

*Exhibit 92*

*November 7, 2022 Paper Notice*
*(Excerpt of Exhibit B Included as Exhibit 94)*

November 7, 2022

Jeffrey Silver
Pennsylvania Insurance Company
10805 Old Mill Road
Omaha, NE 68154

      Re:    Indemnification Claim

Dear Mr. Silver:

      I write on behalf of SPARTA in reference to the Stock Purchase Agreement ("SPA") among Pennsylvania General Insurance Company ("PGIC"), OneBeacon Insurance Company ("OneBeacon"), and SPARTA Insurance Holdings, Inc. ("SPARTA") dated as of March 12, 2007.

      SPARTA has previously provided Pennsylvania Insurance Company ("PIC," formerly PGIC) with notice of various claims under Section 8.1 of the SPA, which relate to insurance policies originally issued by American Employers' Insurance Company ("AEIC"), for which PGIC agreed to indemnify SPARTA under the SPA. *See, e.g.*, Correspondence attached as Group Ex. A.

      In prior correspondence, SPARTA has reserved its right to advise PIC of the dollar amount of each such claim at a later date. Pursuant to Section 8.3 of the SPA, SPARTA hereby advises PIC that SPARTA has expended [ Redacted ] on the previously noticed claims through September 30, 2022. *See* Ex. B. Please promptly remit payment to SPARTA of that amount.

      PIC is responsible for the handling and defense of these claims under the SPA and the Instrument of Transfer and Assumption between PGIC and AEIC dated June 15, 2005. Until PIC confirms that it will satisfy its contractual obligations to SPARTA by administering and paying these claims, SPARTA may continue to protect its interest and reserves all rights. The amounts set forth on Exhibit B are provided without prejudice to SPARTA's right to recover additional amounts expended after September 30, 2022 in furtherance of resolving these or other claims for which PIC is responsible, and to SPARTA's right to recover legal fees as incurred or will incur due to PGIC's failure to satisfy its obligations to SPARTA. SPARTA will provide PIC with any such additional amounts expended by SPARTA periodically.

      Please contact me if you need additional information or believe any of this is incorrect.

      Regards,


Joshua Weiner

Excerpt of Exhibit B
Included as Exhibit 94