*FILED UNDER SEAL*

*Exhibit 94*

*Excerpt Of Exhibit B
To The November 7, 2022
Paper and Electronic Notices*