*Exhibit 95*

*November 7, 2022 Notice*
*Delivery Confirmation*

| From: | Lori Temple [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2A984B2545734B3C9A0B07DEB6A00B82-LORI TEMPLE] |
|---|---|
| Sent: | 11/8/2022 3:54:00 PM |
| To: | Josh Weiner [joshweiner@catalinare.com] |
| Subject: | FW: FedEx Shipment 770417496330: Your package has been delivered |

Lori Temple
**Executive Assistant**
Catalina Holdings (Bermuda) Ltd.

T: +1 860 773 3447
www.catalinare.com

**From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
**Sent:** Tuesday, November 8, 2022 10:31 AM
**To:** Lori Temple <LoriTemple@Catalinare.com>
**Subject:** FedEx Shipment 770417496330: Your package has been delivered

**Warning:** External email, use care with links & attachments



Hi. Your package was delivered Tue, 11/08/2022 at 9:23am.

SPARTA-00090068

Delivered to 10805 OLD MILL RD, Omaha, NE 68154

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 770417496330 |
| **FROM** | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US, 06032 |
| **TO** | Pennsylvania Insurance Company<br>Jeffrey Silver<br>10805 Old Mill Road<br>Omaha, NE, US, 68154 |
| **SHIP DATE** | Mon 11/07/2022 06:26 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | FARMINGTON, CT, US, 06032 |
| **DESTINATION** | Omaha, NE, US, 68154 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

SPARTA-00090069



# Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.

**FOLLOW FEDEX** .

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:31 AM CST 11/08/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

CONFIDENTIAL

CONFIDENTIAL