*Exhibit 98*

*Excerpt Of Exhibit A*
*To The September 28, 2023 Notice*