*FILED UNDER SEAL*

*Exhibit 101*

*Excerpt Of Exhibit A
To The November 6, 2023 Notice*