*Exhibit 102*

*November 6, 2023 Notice
Delivery Confirmation*

| From: | TrackingUpdates@fedex.com |
|---|---|
| To: | Josh Weiner |
| Subject: | FedEx Shipment 774005290794: Your package has been delivered |
| Date: | 11/7/2023 9:35:00 AM |
| CC: | |
| BCC: | |

Message:
**Warning:** External email, use care with links & attachments



==Hi. Your package was delivered Tue, 11/07/2023 at 8:27am.==



Delivered to 10805 OLD MILL RD, OMAHA, NE 68154
Received by A.PAUL

**OBTAIN PROOF OF DELIVERY**

1

## How was your delivery?



| | |
|---|---|
| **TRACKING NUMBER** | 774005290794 |
| **FROM** | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US, 06032 |
| **TO** | Pennsylvania Insurance Company<br>Jeff Silver<br>10805 Old Mill Road<br>OMAHA, NE, US, 68154 |
| **SHIP DATE** | Mon 11/06/2023 06:34 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | FARMINGTON, CT, US, 06032 |
| **DESTINATION** | OMAHA, NE, US, 68154 |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**

**FOLLOW FEDEX**



✉️Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:34 AM CST 11/07/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.