*Exhibit 104*

*Excerpt Of Exhibit A
To The December 19, 2023 Notice*