*Exhibit 105*

*December 19, 2023 Notice
Delivery Confirmation*

From: TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
Sent: Wednesday, December 20, 2023 10:28 AM
To: Josh Weiner <joshweiner@Catalinare.com>
Subject: FedEx Shipment 774539806120: Your package has been delivered

Warning: External email, use care with links & attachments



Hi. Your package was delivered Wed, 12/20/2023 at 9:20am.

1



Delivered to 10805 OLD MILL RD, OMAHA, NE 68154
Received by R.LEISURE

**OBTAIN PROOF OF DELIVERY**

## How was your delivery ?



| | |
|---|---|
| **TRACKING NUMBER** | 774539806120 |
| **FROM** | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US, 06032 |
| **TO** | Pennsylvania Insurance Company<br>Jeffrey A. Silver<br>10805 OLD MILL RD<br>OMAHA, NE, US, 68154 |
| **SHIP DATE** | Tue 12/19/2023 06:35 PM |
| **DELIVERED TO** | Mailroom |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | FARMINGTON, CT, US, 06032 |

2

| | |
|---|---|
| **DESTINATION** | OMAHA, NE, US, 68154 |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**

**FOLLOW FEDEX**



✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:27 AM CST 12/20/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Confidentiality Notice: Confidentiality Notice: This e-mail (with any attachments) may contain proprietary, confidential and/or legally privileged information. If you are not an intended recipient (or their representative) please notify us and delete this message along with any attachments. Use of this information by an unintended recipient is unauthorized and may be unlawful.