*Exhibit 107*

*Excerpt Of Exhibit A*
*To The February 6, 2024 Notice*