*Exhibit 108*

*February 6, 2024 Notice
Delivery Confirmation*

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Feb 08, 2024  **Cust. Ref.:** NO REFERENCE INFORMATION  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | AWB | J WEINER | J SILVER | |
| Tracking ID | 808715103772 | SPART INS CO | PENNNSYLVANIA INS CO | |
| Service Type | FedEx Priority Overnight | 5 BATTERSON PARK RD | 10805 OLD MILL RD | |
| Package Type | FedEx Pak | FARMINGTON CT 06032-250 US | OMAHA NE 68154 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 09, 2024 09:27 | Transportation Charge | | 88.72 |
| Svc Area | A1 | Fuel Surcharge | | 15.08 |
| Signed by | C.SHEETS | Non-Account Billing Charge | | 22.50 |
| FedEx Use | 003968654/88996/_ | Total Charge | USD | $126.30 |
| | | Shipper Subtotal | USD | $126.30 |
| | | Total FedEx Express | USD | $126.30 |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

1040-01-00-0006758-0001-0015074