*Exhibit 110*

*Excerpt Of Exhibit A
To The February 26, 2024 Notice*