*Exhibit 113*

*Excerpt Of Exhibit A
To The March 26, 2024 Notice*