*Exhibit 114*

*March 26, 2024 Notice
Delivery Confirmation*

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| To: | Josh Weiner |
| Subject: | **FedEx Shipment 775695471409: Your package has been delivered** |
| Date: | 3/28/2024 10:41:00 AM |
| CC: | |
| BCC: | |

**Message:**
**Warning:** External email, use care with links & attachments



==Hi. Your package was delivered Thu, 03/28/2024 at 9:34am.==



Delivered to 10805 OLD MILL RD, OMAHA, NE 68154

**OBTAIN PROOF OF DELIVERY**



Delivery picture not showing? View in browser.

# How was your delivery ?



| | |
|---|---|
| TRACKING NUMBER | 775695471409 |
| FROM | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US, 06032 |
| TO | Pennsylvania Insurance Company<br>Jeffrey A. Silver<br>10805 OLD MILL RD<br>OMAHA, NE, US, 68154 |
| SHIP DATE | Tue 3/26/2024 05:55 PM |
| DELIVERED TO | Shipping/Receiving |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | FARMINGTON, CT, US, 06032 |
| DESTINATION | OMAHA, NE, US, 68154 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx 2Day® |



# FedEx Delivery Manager® puts you in control

Enroll for free and get more visibility and control for your deliveries from start to finish. And if you need to make a return, our network of 10,000+ locations makes drop off easy.

**ENROLL NOW**

**FOLLOW FEDEX**

     

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:40 AM CDT 03/28/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**Attachments:**
      DeliveryPicture.jpeg