*FILED UNDER SEAL*

*Exhibit 116*

*Excerpt Of Exhibit A
To The April 30, 2024 Notice*