*Exhibit 117*

*April 30, 2024 Notice
Delivery Confirmation*

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | **Josh Weiner** |
| **Subject:** | **FedEx Shipment 776170648118: Your package has been delivered** |
| **Date:** | **5/2/2024 11:07:00 AM** |
| **CC:** | |
| **BCC:** | |

**Message:**
**Warning:** External email, use care with links & attachments



Hi. Your package was delivered Thu, 05/02/2024 at 10:00am.



Delivered to 10805 OLD MILL RD, OMAHA, NE 68154

**OBTAIN PROOF OF DELIVERY**



Delivery picture not showing? View in browser.

## How was your delivery ?



| | |
|---|---|
| **TRACKING NUMBER** | 776170648118 |
| **FROM** | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US, 06032 |
| **TO** | Pennsylvania Insurance Company<br>Jeffrey A. Silver<br>10805 OLD MILL RD<br>OMAHA, NE, US, 68154 |
| **SHIP DATE** | Tue 4/30/2024 07:09 PM |
| **DELIVERED TO** | Shipping/Receiving |

| | |
|---|---|
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | FARMINGTON, CT, US, 06032 |
| **DESTINATION** | OMAHA, NE, US, 68154 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx 2Day® |



## Absolutely, positively committed to you

Every delivery deserves extra care. Even if it means one of our drivers takes on the role of ringbearer for a customer's wedding. We'll work to make your next delivery special too.

**WATCH FEDEX IN ACTION**

**FOLLOW FEDEX**

     

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:06 AM CDT 05/02/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](). All rights reserved.

Thank you for your business.

**Attachments:**
    DeliveryPicture.jpeg