*FILED UNDER SEAL*

*Exhibit 119*

*Excerpt of Exhibit A
To The May 20, 2024 Notice*