*Exhibit 122*

*Excerpt Of Exhibit A
To The July 23, 2024 Notice*