*Exhibit 125*

*Excerpt Of Exhibit A
To The August 13, 2024 Notice*