*Exhibit 126*

*August 13, 2024 Notice
Delivery Confirmation*

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Josh Weiner |
| **Subject:** | **FedEx Shipment 777944113740: Your package has been delivered** |
| **Date:** | 8/15/2024 11:53:00 AM |
| **CC:** | |
| **BCC:** | |

**Message:**
**Warning:** External email, use care with links & attachments



==Hi. Your package was delivered Thu, 08/15/2024 at 10:40am.==



Delivered to 10805 OLD MILL RD, OMAHA, NE 68154
Received by A.APLLIED

**OBTAIN PROOF OF DELIVERY**

1

# How was your delivery ?

    

| | |
|---|---|
| TRACKING NUMBER | 777944113740 |
| FROM | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US, 06032 |
| TO | Pennsylvania Insurance Company<br>Jeffrey A. Silver<br>10805 OLD MILL RD<br>OMAHA, NE, US, 68154 |
| SHIP DATE | Tue 8/13/2024 06:18 PM |
| DELIVERED TO | Shipping/Receiving |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | FARMINGTON, CT, US, 06032 |
| DESTINATION | OMAHA, NE, US, 68154 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx 2Day® |



## Easy options for your next shipment

There's no need to weigh packages or calculate shipping costs with FedEx One Rate®. Enjoy an easy shipping process with predictable pricing and complimentary flat-rate packaging options.

**EXPLORE FEDEX ONE RATE**

---

**FOLLOW FEDEX**

     

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:52 AM CDT 08/15/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.