*FILED UNDER SEAL*

*Exhibit 128*

*Excerpt Of Exhibit A*
*To The September 24, 2024 Notice*