*Exhibit 129*

*September 24, 2024 Notice
Delivery Confirmation*

| | |
|---|---|
| **From:** | Lori Temple |
| **To:** | Josh Weiner |
| **Subject:** | FW: Your shipment was delivered |
| **Date:** | 9/27/2024 1:21:00 PM |
| **CC:** | |
| **BCC:** | |

**Message:**

Lori Temple
Executive Assistant
860-773-3447



*www.catalinare.com*

---

**From:** FedEx Tracking <TrackingUpdates@fedex.com>
**Sent:** Thursday, September 26, 2024 12:05 PM
**To:** Lori Temple <LoriTemple@Catalinare.com>
**Subject:** Your shipment was delivered

**Warning:** External email, use care with links & attachments

We've included the delivery details for you



# Your shipment was delivered.

**Delivery Date**

Thu, 09/26/2024 10:40am

**Delivered to**

10805 OLD MILL RD, OMAHA, NE 68154

**Received by**

A.APLLIED

[Report missing package](#)

# How was your delivery?



# Tracking details

| | |
|---|---|
| **Tracking ID** | 778793694286 |
| **From** | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US<br>06032 |
| **To** | Pennsylvania Insurance Company<br>10805 OLD MILL RD<br>OMAHA, NE, US<br>68154 |
| **Ship date** | Tue 9/24/2024 07:00 PM |

| | |
|---|---|
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx 2Day® |

TRACK SHIPMENT



## Easy options for your next shipment

There's no need to weigh packages or calculate shipping costs with FedEx One Rate®. Enjoy an easy shipping process with predictable pricing and complimentary flat-rate packaging options.

EXPLORE FEDEX ONE RATE

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:47 AM CDT 09/26/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026