*Exhibit 131*

*Excerpt Of Exhibit A
To The October 17, 2024 Notice*