*Exhibit 132*

*October 17, 2024 Notice*
*Delivery Confirmation*

**From:** FedEx Tracking
**To:** **Josh Weiner**
**Subject:** **Your shipment was delivered**
**Date:** **10/21/2024 1:19:00 PM**
CC:
BCC:

**Message:**
**Warning:** External email, use care with links & attachments



## Your shipment was delivered.

### Delivery Date

### Mon, 10/21/2024 11:00am

### Delivered to

10805 OLD MILL RD, OMAHA, NE 68154

### Received by

A.APLOED

**Report missing package**

# How was your delivery?



## Tracking details

| | |
|---|---|
| **Tracking ID** | **779331126492** |
| **From** | SPARTA Insurance Holdings, Inc<br>5 Batterson Park Road<br>3rd Floor<br>FARMINGTON, CT, US<br>06032 |
| **To** | Pennsylvania Insurance Company<br>10805 OLD MILL RD |

==OMAHA, NE, US==
==68154==

| | |
|---|---|
| **Ship date** | Thu 10/17/2024 06:05 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 1.00 LB |
| **Service** | FedEx 2Day® |

TRACK SHIPMENT



## 2-day shipping a low as $9.75

There's no need to weigh packages and calculate shipping costs with [FedEx One Rate®](#). Ship easier with flat rate pricing and free packaging options.

**FIND A SHIPPING LOCATION**

---

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:19 PM CDT 10/21/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the

FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026