*Exhibit 134*

*Excerpt Of Exhibit A
To The December 17, 2024 Notice*