*Exhibit 135*

*December 17, 2024 Notice
Delivery Confirmation*

**From:** FedEx Tracking
**To:** **Josh Weiner**
**Subject:** **Your shipment was delivered 770850958723**
Date: **12/19/2024 12:20:00 PM**
CC:
BCC:

**Message:**
**Warning:** External email, use care with links & attachments



Your shipment was delivered.

Delivery Date
Thu, 12/19/2024
10:28am

Received by

R.LEISURE

Report missing package

1

# How was your delivery?

☆ ☆ ☆ ☆ ☆

## Tracking details

| | |
|---|---|
| Tracking ID | 770850958723 |
| From | FARMINGTON, CT, US |
| To | OMAHA, NE, US |
| Ship date | Tue 12/17/2024 06:33 PM |
| Number of pieces | 1 |
| Total shipment weight | 1.00 LB |
| Service | FedEx 2Day® |

TRACK SHIPMENT



# FedEx can ship your holiday packages for less than the Post Office.*

Two-day retail shipping, one flat rate. FedEx One Rate®.*Effective 10/6/24 1/19/25.

EXPLORE FEDEX ONE RATE®

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:20 AM CST 12/19/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026