*Exhibit 136*

*Calculation of Pre-Judgment Interest*

*SPARTA Insurance Company v. Pennsylvania General Insurance Company*, Civ. No. 21-11205-FDS (D. Mass.)
SPARTA Pre-Judgment Interest Calculation As Of January 6, 2025

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Time | | | | | | | Amounts | | | Rate | Calculation | | | |
| 2 | Notice Date | Delivery Date | Years Between Notice Date and January 6, 2025 | 35 Business Days After The Delivery Date (the "35 Day Breach Date") | Years Between The 35 Day Breach Date And January 6, 2025 | 45 Business Days After The Delivery Date (the "45 Day Breach Date") | Years Between The 45 Day Breach Date And January 6, 2025 | Amounts SPARTA Paid For AEIC Claims | Amounts SPARTA Paid To AGRM | Total Of Amounts Paid For AEIC Claims And To AGRM | Interest Rate Per Annum | Daily Interest Accrual On Total Amount Paid | Interest Accrued From Date of Notice to January 6, 2025 | Interest Accrued From The 35 Day Breach Date to January 6, 2025 | Interest Accrued From The 45 Day Breach Date to January 6, 2025 |
| 3 | 11/07/22 | 11/08/22 | 2.17 | 12/30/22 | 2.022 | 01/17/23 | 1.973 | | | | | | | | |
| 4 | 09/28/23 | 09/29/23 | 1.28 | 11/21/23 | 1.129 | 12/06/23 | 1.088 | | | | | | | | |
| 5 | 11/06/23 | 11/07/23 | 1.17 | 12/29/23 | 1.025 | 01/16/24 | 0.975 | | | | | | | | |
| 6 | 12/19/23 | 12/20/23 | 1.05 | 02/12/24 | 0.901 | 02/27/24 | 0.860 | | | | | | | | |
| 7 | 02/06/24 | 02/09/24 | 0.92 | 04/01/24 | 0.767 | 04/15/24 | 0.729 | | | | | | | | |
| 8 | 02/26/24 | 02/29/24 | 0.86 | 04/18/24 | 0.721 | 05/02/24 | 0.682 | Redacted | | | | Redacted | | | |
| 9 | 03/26/24 | 03/28/24 | 0.78 | 05/16/24 | 0.644 | 05/31/24 | 0.603 | | | | | | | | |
| 10 | 04/30/24 | 05/02/24 | 0.69 | 06/24/24 | 0.537 | 07/09/24 | 0.496 | | | | | | | | |
| 11 | 05/20/24 | 05/22/24 | 0.63 | 07/15/24 | 0.479 | 07/29/24 | 0.441 | | | | | | | | |
| 12 | 07/23/24 | 07/25/24 | 0.46 | 09/13/24 | 0.315 | 09/27/24 | 0.277 | | | | | | | | |
| 13 | 08/13/24 | 08/15/24 | 0.40 | 10/04/24 | 0.258 | 10/21/24 | 0.211 | | | | | | | | |
| 14 | 09/24/24 | 09/26/24 | 0.28 | 11/18/24 | 0.134 | 12/03/24 | 0.093 | | | | | | | | |
| 15 | 10/17/24 | 10/21/24 | 0.22 | 12/11/24 | 0.071 | 12/26/24 | 0.030 | | | | | | | | |
| 16 | 12/17/24 | 12/19/24 | 0.05 | 02/11/25 | N/A | 02/26/25 | N/A | | | | | | | | |
| 17 | TOTALS: | | | | | | | | | $75,735,002.60 | | $24,899.18 | $9,349,621.52 | $8,032,592.87 | $7,654,488.94 |