UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.), | : : : | |
| Plaintiff, | : : | Civil Action No. 21-11205-FDS |
| v. | : | |
| PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company), | : : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Plaintiff SPARTA Insurance Company in the above-captioned action. Pursuant to Local Rule 83.5.2(b), James R. Carroll of Skadden, Arps, Slate, Meagher & Flom LLP is authorized to receive all notices in this action.

Dated: January 6, 2025  
      Boston, Massachusetts

Respectfully submitted,

*/s/ Anne E. Rabon*  
Anne E. Rabon (BBO #709625)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, Massachusetts 02116  
(617) 573-4800  
anne.rabon@skadden.com

*Counsel for Plaintiff*  
*SPARTA Insurance Company*