**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SPARTA INSURANCE COMPANY (as successor in interest to Sparta Insurance Holdings, Inc.),**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PENNSYLVANIA GENERAL INSURANCE COMPANY (now known as Pennsylvania Insurance Company),**<br><br>**Defendant.** | **Civil Action No. 21-11205-FDS** |

**MEMORANDUM AND ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1**

**SAYLOR, J.**

This is a dispute between insurance companies concerning an assumption and indemnity obligation. On January 6, 2026, this Court entered final judgment in this matter, as to Counts 1 and 2 of the Second Amended Complaint. (ECF No. 258). That ruling is currently on appeal before the First Circuit.

The parties now represent that they have reached a settlement agreement. (ECF No. 351). One of the terms of that settlement is an agreement not to oppose vacatur of the underlying final judgment. (*Id.*). To that end, defendant Pennsylvania General Insurance Company has filed an unopposed motion for this Court to provide an indicative ruling under Fed. R. Civ. P. 62.1(a)(3), stating that this Court would grant a motion to vacate its existing judgment pursuant to Fed. R. Civ. P. 60(b).

In furtherance of settlement, the motion of defendant to provide an indicative ruling under Fed. R. Civ. P. 62.1(a)(3), stating that this Court would grant a motion to vacate its existing judgment pursuant to Fed. R. Civ. P. 60(b) is GRANTED.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: November 24, 2026